LEVECKE

Home Private Label Co-Packing Brands Quality Sustainability About
Contact

**EXHIBIT A**

# HISTORICAL TIMELINE

## 1949 - 1960

*Rooted In Legacy*

LeVecke was founded in 1949 by William R. LeVecke with his sons Reed and Neil, beginning as West Coast representatives for Hyde Park Brewery. Early on, the company helped pioneer private-label beer programs for major retailers establishing a long-term focus on partnership and execution.





## 1970 - 1990

*Scale with Discipline*

As chain retail expanded, LeVecke became a full-scale bottler of distilled spirits, building flexible production lines and supporting many of America's best-selling private-label brands—quietly and reliably.



## 2000

*People First, Always*

With third-generation leadership, LeVecke expanded global sourcing, strengthened quality systems, and deepened contract production remaining family-owned and values-driven, with "Excellent" audit ratings every year since 2010.

Case: 1:26-cv-01810-JPC Doc #: 1-1 Filed: 08/03/26 3 of 18. PageID #: 32

## 2010 - 2020

*Craft With Purpose*

The development of Hali'imaile Distilling Company in Maui marked LeVecke's entry into craft distilling. Brands like PAU Maui Vodka®, Fid Street Gin®, Mahina Rum®, and Paniolo Whiskey® reflect a commitment to place, process, and culture.

## 2020

*Responsibility At Scale*

LeVecke invested in all formats production, sustainability, and innovation across formats, including canning products and Ready-to-Drink products like Beagans 1806® and Los Cabos® Margaritas while operating at a global scale.






Case: 1:26-cv-01810-JPC Doc #: 1-1 Filed: 08/03/26 4 of 18. PageID #: 33

## 2026

*A Stronger Platform*

LeVecke Investment Holding acquires the company and expands the company's perspective and resources, reinforcing long-term growth as the newly formed, LeVecke Beverage Group.

# CONTACT US

Interested in working together? Fill out some info and we will be in touch shortly. We can't wait to hear from you!

Name

First Name (required)

Last Name (required)

State or Country (required)

Email (required)

☐ SIGN UP FOR NEWS AND UPDATES

Message (required)

SEND

## ALWAYS WORKING ON... WHAT'S NEXT!

**LOCATION**

10810 Inland Ave,
Jurupa Valley, CA
91752

**CONTACT**

(951) 681-8600

Copyright © 2026 LeVecke Beverage Group. All rights reserved.

LEVECKE

Home Private Label Co-Packing Brands Quality Sustainability About Contact





## PORTFOLIO & SERVICES



















## QUALITY & SUSTAINABILITY

Wine, Beer, & Spirits by their nature are green products. It is the company and distillers' practices that make it a sustainable brand. LeVecke is committed to producing products that are sustainable, clean, and responsible. Our work doesn't stop there. We say "Proof is in the Bottle" because this commitment carries over to our commitment to quality in every bottle... or can.

QUALITY SUSTAINABILITY



# BALANCE OF LEGACY & VALUES

The LeVecke name has been part of the beverage industry since 1949. Over the decades, the company has evolved alongside the industry beginning in beer, expanding into wine, then spirits, and today producing and selling across all major beverage categories. While the business has grown and changed, our culture has remained constant.

ABOUT



# FOLLOW US ON SOCIAL






## CONTACT US

Interested in working together? Fill out some info and we will be in touch shortly. We can't wait to hear from you!

Name

First Name (required)

Last Name (required)

State or Country (required)

Email (required)

EMAIL ME WITH PROMOTIONS AND OFFERS

Message (required)

SEND

## ALWAYS WORKING ON... WHAT'S NEXT!

**LOCATION**

10810 Inland Ave,
Jurupa Valley, CA
91752

**CONTACT**

(951) 681-8600

Copyright © 2026 LeVecke Beverage Group. All rights reserved.

## HISTORICAL TIMELINE

### 1949 - 1960

*Rooted In Legacy*

LeVecke was founded in 1949 by William R. LeVecke with his sons Reed and Neil, beginning as West Coast representatives for Hyde Park Brewery. Early on, the company helped pioneer private-label beer programs for major retailers establishing a long-term focus on partnership and execution.








## 1970 - 1990

*Scale with Discipline*

As chain retail expanded, LeVecke became a full-scale bottler of distilled spirits, building flexible production lines and supporting many of America's best-selling private-label brands—quietly and reliably.

## 2000

*People First, Always*

With third-generation leadership, LeVecke expanded global sourcing, strengthened quality systems, and deepened contract production remaining family-owned and values-driven, with "Excellent" audit ratings every year since 2010.






## 2010 - 2020

*Craft With Purpose*

The development of Hali'imaile Distilling Company in Maui marked LeVecke's entry into craft distilling. Brands like PAU Maui Vodka®, Fid Street Gin®, Mahina Rum®, and Paniolo Whiskey® reflect a commitment to place, process, and culture.

## 2020

*Responsibility At Scale*

LeVecke invested in all formats production, sustainability, and innovation across formats, including canning products and Ready-to-Drink products like Beagans 1806® and Los Cabos® Margaritas while operating at a global scale.










## 2026

*A Stronger Platform*

LeVecke Investment Holding acquires the company and expands the company's perspective and resources, reinforcing long-term growth as the newly formed, LeVecke Beverage Group.

LEVECKE

Home Private Label Co-Packing Brands Quality Sustainability About Contact

# *Premium Brands* Portfolio

Our mission is to bring high-quality products to an increasingly sagacious customer. Focused on a wide range of quality spirits and liqueurs from the best makers in the world, rooted in local culture, local ingredients and traditional methods.









LEVECKE




VODKA
GIN
ESPIRITU
ALUMBRES
TEQUILA
REPOSADO
LOS CABOS
GOLD
SILVER
SOGGY
SOGGY DOLLAR

LEVECKE








LOS CABOS
MARGARITA
CLASSIC LIME
9% Alc/Vol (18 Proof)
LOS CABOS
MARGARITA
STRAWBERRY
9% Alc/Vol (18 Proof)
1.75 L