U250190443937

B3984-0344 09/04/2025 6:35 AM Received by California Secretary of State

**STATE OF CALIFORNIA**
*Office of the Secretary of State*
**UCC FINANCING STATEMENT (UCC 1)**
California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 657-5448

# EXHIBIT B

For Office Use Only
**-FILED-**
File No.: U250190443937
Date Filed: 9/4/2025

Submitter Information:

| | |
|---|---|
| Contact Name | WOLTERS KLUWER LIEN SOLUTIONS |
| Organization Name | LIEN SOLUTIONS |
| Phone Number | 800-331-3282 |
| Email Address | uccfilingreturn@wolterskluwer.com |
| Address | P.O. BOX 29071<br>GLENDALE, CA 912099071 |

Debtor Information:

| Debtor Name | Mailing Address |
|---|---|
| LE VECKE CORPORATION | 10810 INLAND AVENUE<br>JURUPA VALLEY, CA 91752 |
| LEGACY BRANDS, LLC | 10810 INLAND AVE<br>MIRA LOMA, CA 91752 |
| LEVECKE LLC | 10810 INLAND AVE<br>MIRA LOMA, CA 91752 |
| LEVECKE REAL ESTATE HOLDINGS, LLC | 10810 INLAND AVE<br>MIRA LOMA, CA 91752 |
| J.J. SPIRITS, LLC | 10810 INLAND AVE<br>MIRA LOMA, CA 91752 |
| HALIIMAILE PINEAPPLE COMPANY, LIMITED | PO BOX 880190<br>PUKALANI, HI 96788 |
| HM LEVESQUE, LLC | 10810 INLAND AVE<br>MIRA LOMA, CA 91752 |
| LEVECKE WINE, BEER & SPIRITS, LLC | 10810 INLAND AVE<br>MIRA LOMA, CA 91752 |
| J. NEIL LEVECKE | 1513 ORANGE AVENUE<br>COSTA MESA, CA 92627 |
| JOSEPH R LEVECKE | 1721 DANA PLACE<br>FULLERTON, CA 92831 |

Secured Party Information:

| Secured Party Name | Mailing Address |
|---|---|
| C T CORPORATION SYSTEM, AS REPRESENTATIVE | 330 N BRAND BLVD, SUITE 700<br>GLENDALE, CA 91203 |

Indicate how documentation of Collateral is provided:
Entered as Text

Description:
To secure payment for all purchases from Secured Party, now and in the future, Debtor hereby grants Secured Party a continuing security interest in all of Debtor's presently owned or hereafter acquired: a. goods, b. instruments, c. promissory notes, d. chattel paper including electronic chattel paper and tangible chattel paper, e. documents, f. books and records, g. accounts, h. accounts receivable, i. equipment, j. inventory, k. commercial tort claims, l. general intangibles, m. payment intangibles, and n. software, together with all proceeds and all support obligations thereof. Secured Party's security interest is explicitly limited to outstanding obligations between Secured Party and Debtor. The term obligations shall mean and include all indebtedness, liabilities, and obligations of any nature, however arising whether monetary or otherwise, now

| |
|---|
| existing or hereafter arising in favor of Secured Party, including any attorney's fees and expenses to which Secured Party may be entitled. |
| Indicate if Collateral is held in a Trust or is being administered by a Decedent's Personal Representative:<br>Not Applicable |
| Select an alternate Financing Statement type: |
| Select an additional alternate Financing Statement type: |
| Select an alternative Debtor/Secured Party designation for this Financing Statement:<br>Seller/Buyer |
| Optional Filer Reference Information:<br>105629732 |

B3984-0345 09/04/2025 6:35 AM Received by California Secretary of State

U250178667533

B3896-5910 07/30/2025 8:26 AM Received by California Secretary of State

**STATE OF CALIFORNIA**
*Office of the Secretary of State*
**UCC FINANCING STATEMENT (UCC 1)**
California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 657-5448

For Office Use Only
**-FILED-**
File No.: U250178667533
Date Filed: 7/30/2025

**Submitter Information:**

| | |
|---|---|
| Contact Name | Tina Pettiford |
| Organization Name | United Corporate Services |
| Phone Number | (212) 683-4120 |
| Email Address | TINA.PETTIFORD@UNITEDCORPORATE.COM |
| Address | 501 7TH AVENUE<br>SUITE 1615<br>NEW YORK, NY 10018 |

**Debtor Information:**

| Debtor Name | Mailing Address |
|---|---|
| LE VECKE CORPORATION | 10810 Inland Ave<br>Jurupa Valley, CA 91752 |
| LEVECKE LLC | 10810 Inland Avenue<br>Jurupa Valley, CA 91752 |
| LEVECKE REAL ESTATE HOLDINGS, LLC | 10810 Inland Avenue<br>Jurupa Valley, CA 91752 |
| LEVECKE WINE, BEER & SPIRITS, LL | 10810 Inland Avenu<br>Jurupa Valley, CA 91752 |
| LEGACY BRANDS, LLC | 10810 Inland Avenue<br>Jurupa Valley, CA 91752 |

**Secured Party Information:**

| Secured Party Name | Mailing Address |
|---|---|
| OrcaFunding | 33 East 33rd Street<br>New York, NY 10016 |

**Indicate how documentation of Collateral is provided:**
Entered as Text

**Description:**
All Accounts and Future Receipts of the Debtor, whether now owned or hereafter acquired, including without limitation: (i) payments made to the Debtor by cash, check, ACH or other electronic transfer, credit card, debit card, bank card, charge card, or other form of monetary payment in the ordinary course of Debtor's business, (ii) receivables, (iii) notes receivable, (iv) letter of credit rights, (v) General Intangibles, (vi) Payment Intangibles, and (vii) all proceeds, products, and replacements of the foregoing. Notice: Pursuant to the agreement between Debtor and Secured Party, Debtor is prohibited from obtaining any financing that impairs the value of the above collateral or Secured Party's right to collect same. In the event that any entity is granted a security interest in the above collateral contrary to the foregoing, the Secured Party asserts a claim to any proceeds thereof received by such entity.

**Indicate if Collateral is held in a Trust or is being administered by a Decedent's Personal Representative:**
Not Applicable

**Select an alternate Financing Statement type:**
Not Applicable

**Select an additional alternate Financing Statement type:**
Not Applicable

Home

Search

Forms

Help

# UCC Search

Print

*UCC Documents have been processed through: 02/08/2026*

***Disclaimer:*** *This tool allows you to search the California Secretary of State's Uniform Commercial Code database for abstracts of information for lien notices that have been filed with this office. The UCC Search is updated as documents are filed. The data provided is not a complete or certified record.*

levecke

Advanced

1

Results: 30

| UCC Type | Debtor Information | File Number | Secured Party Info | Status | Filing Date | Lapse Date |
|---|---|---|---|---|---|---|
| Judgment Lien | LEVECKE LLC, A CALIFORNIA LIMITED LIABILITY COMPANY - JURUPA VALLEY, CA | U260001394125 | FAIRWAY STAFFING SERVICES, INC., A CALIFORNIA CORPORATION - LOS ANGELES, CA | Terminated | 01/07/2026 | 01/07/203 |
| UCC | LEVECKE BEVERAGE GROUP, LLC - JURUPA VALLEY, CA | U260005340722 | C T CORPORATION SYSTEM, AS REPRESENTATIVE - GLENDALE, CA | Active | 01/22/2026 | 01/22/203 |
| Notice of Federal Tax Lien | LEVECKE CORPORATION - MIRA LOMA, CA | U210020764831 | DEPARTMENT OF THE TREASURY ALCOHOL TOBACCO TAX AND TRADE BUREAU - CINCINNATI, OH | Active | 01/26/2021 | 12/31/999 |
| Judgment Lien | LEVECKE CORPORATION, A CALIFORNIA CORPORATION - JURUPA VALLEY, CA | U260005997028 | FAIRWAY STAFFING SERVICES, INC., A CALIFORNIA CORPORATION - LOS ANGELES, CA | Active | 01/26/2026 | 01/26/203 |
| UCC | LEVECKE LLC - JURUPA VALLEY, CA | U250107728224 | ALTER DOMUS (US) LLC - CHICAGO, IL | Terminated | 01/31/2025 | 01/31/203 |
| UCC | | U250212908224 | LEVECKE INVESTMENT HOLDINGS, LLC, AS AGENT - CHESTERFIELD, MO | Terminated | 01/31/2025 | 01/31/203 |

Business UCC

Home

Search

Forms

Help

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UCC | > | | U250212915421 | LEVECKE INVESTMENT HOLDINGS, LLC, AS AGENT - CHESTERFIELD, MO | Terminated | 01/31/2025 | 01/31/203 |
| UCC | > | TIMOTHY J. LEVECKE AND DIANN L. LEVECKE TRUST, DATED MAY 3RD, 1983 - VILLA PARK, CA | U250109281832 | ALTER DOMUS (US) LLC - CHICAGO, IL | Terminated | 02/04/2025 | 02/04/203 |
| UCC | > | | U250212918932 | LEVECKE INVESTMENT HOLDINGS, LLC, AS AGENT - CHESTERFIELD, MO | Terminated | 02/04/2025 | 02/04/203 |
| Notice of Federal Tax Lien | > | LEVECKE CORPORATION - MIRA LOMA, CA | U210033315219 | DEPARTMENT OF THE TREASURY ALCOHOL TOBACCO TAX AND TRADE BUREAU - CINCINNATI, OH | Active | 03/23/2021 | 12/31/999 |
| UCC | > | LEVECKE LLC - MIRA LOMA, CA | 207769501411 | WEBSTER CAPITAL FINANCE, INC. - KENSINGTON, CT | Lapsed | 03/24/2020 | 03/24/202 |
| UCC | > | | U250212826523 | LEVECKE INVESTMENT HOLDINGS, LLC, AS AGENT - CHESTERFIELD, MO | Terminated | 07/14/2023 | 07/14/202 |
| UCC | > | LEVECKE WINE, BEER & SPIRITS, LL - JURUPA VALLEY, CA | U250178667533 | ORCAFUNDING - NEW YORK, NY | Active | 07/30/2025 | 07/30/203 |
| UCC | > | LEVECKE REAL ESTATE HOLDINGS, LLC - MIRA LOMA, CA | U250178795029 | C T CORPORATION SYSTEM, AS REPRESENTATIVE - GLENDALE, CA | Active | 07/30/2025 | 07/30/203 |
| UCC | > | LEVECKE LLC - JURUPA VALLEY, CA | U230057874636 | SIENA LENDING GROUP LLC - STAMFORD, CT | Terminated | 08/15/2023 | 08/15/202 |
| UCC | > | | U250212911119 | LEVECKE INVESTMENT HOLDINGS, LLC, AS AGENT - CHESTERFIELD, MO | Terminated | 08/15/2023 | 08/15/202 |
| UCC | > | LEVECKE WINE, BEER & SPIRITS, LLC - MIRA LOMA, CA | U250185444841 | CREAMY CREATION B.V. - ROCHELLE PARK, NJ | Active | 08/18/2025 | 08/18/203 |
| UCC | > | LEVECKE LLC - MIRA LOMA, CA | U220220726521 | STENSON TAMADDON LLC - PHOENIX, AZ | Terminated | 08/22/2022 | 08/22/202 |

Business UCC

Home

Search

Forms

Help

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UCC | > | LEVECKE WINE, BEER & SPIRITS, LLC - JURUPA VALLEY, CA | U250190485128 | C T CORPORATION SYSTEM, AS REPRESENTATIVE - GLENDALE, CA | Active | 09/04/2025 | 09/04/203 |
| UCC | > | LEVECKE LLC - MIRA LOMA, CA | 137376925578 | JPMORGAN CHASE BANK, N.A. - IRVINE, CA | Terminated | 09/06/2013 | 09/06/202 |
| UCC | > | LEVECKE LLC - MIRA LOMA, CA | 137378211841 | FIRST FOUNDATION BANK - IRVINE, CA | Lapsed | 09/17/2013 | 09/17/202 |
| UCC | > | LEVECKE REAL ESTATE HOLDINGS, LLC - JURUPA VALLEY, CA | U220236616829 | WHITE OAK COMMERCIAL FINANCE (CALIFORNIA), LLC, AS ADMINISTRATIVE AGENT AND COLLATERAL AGENT - NEW YORK, NY | Terminated | 10/18/2022 | 10/18/202 |
| UCC | > | LEVECKE LLC - JURUPA VALLEY, CA | U220236616930 | WHITE OAK COMMERCIAL FINANCE (CALIFORNIA), LLC, AS ADMINISTRATIVE AGENT AND COLLATERAL AGENT - NEW YORK, NY | Terminated | 10/18/2022 | 10/18/202 |
| Notice of Federal Tax Lien | > | LEVECKE CORPORATION - MIRA LOMA, CA | U250217401425 | ALCOHOL AND TOBACCO TAX AND TRADE BUREAU - CINCINNATI, OH | Active | 11/26/2025 | 12/31/999 |
| UCC | > | LEVECKE REAL ESTATE HOLDINGS, LLC - MIRA LOMA, CA | U220249016831 | ON TARGET HOLDINGS, LLC, AS ADMINISTRATIVE AGENT AND COLLATERAL AGENT FOR THE LENDERS - LOS ANGELES, CA | Active | 12/02/2022 | 12/02/202 |
| UCC | > | LEVECKE LLC - JURUPA VALLEY, CA | U220249040831 | ON TARGET HOLDINGS, LLC, AS ADMINISTRATIVE AGENT AND COLLATERAL AGENT FOR THE LENDERS - LOS ANGELES, CA | Active | 12/02/2022 | 12/02/202 |
| Judgment Lien | > | JASON LEVECKE - OCEANSIDE, CA | U210023918327 | FLINT LAND COMPANY LLC - EDWARDSVILLE, IL | Active | 02/14/2021 | 02/14/203 |
| Judgment Lien | > | JASON DOMINIC LEVECKE - OCEANSIDE, CA | U220209705017 | BANK OF THE WEST - ENCINO, CA | Active | 07/12/2022 | 07/12/202 |
| UCC | > | JOSEPH R LEVECKE - FULLERTON, CA | U250190443937 | C T CORPORATION SYSTEM, AS REPRESENTATIVE - GLENDALE, CA | Active | 09/04/2025 | 09/04/203 |

U250178667533

B3896-5910 07/30/2025 8:26 AM Received by California Secretary of State

**STATE OF CALIFORNIA**
*Office of the Secretary of State*
**UCC FINANCING STATEMENT (UCC 1)**
California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 657-5448

For Office Use Only

**-FILED-**

File No.: U250178667533
Date Filed: 7/30/2025

Submitter Information:

| | |
|---|---|
| Contact Name | Tina Pettiford |
| Organization Name | United Corporate Services |
| Phone Number | (212) 683-4120 |
| Email Address | TINA.PETTIFORD@UNITEDCORPORATE.COM |
| Address | 501 7TH AVENUE<br>SUITE 1615<br>NEW YORK, NY 10018 |

Debtor Information:

| Debtor Name | Mailing Address |
|---|---|
| LE VECKE CORPORATION | 10810 Inland Ave<br>Jurupa Valley, CA 91752 |
| LEVECKE LLC | 10810 Inland Avenue<br>Jurupa Valley, CA 91752 |
| LEVECKE REAL ESTATE HOLDINGS, LLC | 10810 Inland Avenue<br>Jurupa Valley, CA 91752 |
| LEVECKE WINE, BEER & SPIRITS, LL | 10810 Inland Avenu<br>Jurupa Valley, CA 91752 |
| LEGACY BRANDS, LLC | 10810 Inland Avenue<br>Jurupa Valley, CA 91752 |

Secured Party Information:

| Secured Party Name | Mailing Address |
|---|---|
| OrcaFunding | 33 East 33rd Street<br>New York, NY 10016 |

Indicate how documentation of Collateral is provided:
Entered as Text

Description:
All Accounts and Future Receipts of the Debtor, whether now owned or hereafter acquired, including without limitation: (i) payments made to the Debtor by cash, check, ACH or other electronic transfer, credit card, debit card, bank card, charge card, or other form of monetary payment in the ordinary course of Debtor's business, (ii) receivables, (iii) notes receivable, (iv) letter of credit rights, (v) General Intangibles, (vi) Payment Intangibles, and (vii) all proceeds, products, and replacements of the foregoing. Notice: Pursuant to the agreement between Debtor and Secured Party, Debtor is prohibited from obtaining any financing that impairs the value of the above collateral or Secured Party's right to collect same. In the event that any entity is granted a security interest in the above collateral contrary to the foregoing, the Secured Party asserts a claim to any proceeds thereof received by such entity.

Indicate if Collateral is held in a Trust or is being administered by a Decedent's Personal Representative:
Not Applicable

Select an alternate Financing Statement type:
Not Applicable

Select an additional alternate Financing Statement type:
Not Applicable

B3896-5911 07/30/2025 8:26 AM Received by California Secretary of State

| |
|---|
| Select an alternative Debtor/Secured Party designation for this Financing Statement:<br>Not Applicable |
| Optional Filer Reference Information: |
| Miscellaneous Information: |
| Search to Reflect:<br>☐ Order a Search to Reflect |

BA20260056949

**STATE OF CALIFORNIA**
*Office of the Secretary of State*
**STATEMENT OF INFORMATION**
**LIMITED LIABILITY COMPANY**
California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 657-5448

For Office Use Only

**-FILED-**

File No.: BA20260056949

Date Filed: 1/8/2026

B4307-1271 01/08/2026 12:34 PM Received by California Secretary of State

| | |
|---|---|
| **Entity Details** | |
| Limited Liability Company Name | LEVECKE BEVERAGE GROUP, LLC |
| Entity No. | B20260014149 |
| Formed In | DELAWARE |
| **Street Address of Principal Office of LLC** | |
| Principal Address | 10810 INLAND AVENUE<br>JURUPA VALLEY, CA 91752 |
| **Mailing Address of LLC** | |
| Mailing Address | 10810 INLAND AVENUE<br>JURUPA VALLEY, CA 91752 |
| Attention | |
| **Street Address of California Office of LLC** | |
| Street Address of California Office | None |

**Manager(s) or Member(s)**

| Manager or Member Name | Manager or Member Address |
|---|---|
| LeVecke Beverage Group Revocable Trust | C/O BURT RINGWOOD, CAMERON RINGWOOD ATTORNEYS, 6975 S. UNION PARK AVE<br>COTTONWOOD HEIGHTS, UT 84043 |

| | |
|---|---|
| **Agent for Service of Process** | |
| California Registered Corporate Agent (1505) | C T CORPORATION SYSTEM<br>Registered Corporate 1505 Agent |
| **Type of Business** | |
| Type of Business | Alcohol and non-alcohol beverage bottler |
| **Email Notifications** | |
| Opt-in Email Notifications | Yes, I opt-in to receive entity notifications via email. |

**Chief Executive Officer (CEO)**

| CEO Name | CEO Address |
|---|---|
| Alex Marvin Roberts | 1000 BRICKELL PLAZA, #3801<br>MIAMI, FL 33131 |

**Labor Judgment**

No Manager or Member, as further defined by California Corporations Code section 17702.09(a)(8), has an outstanding final judgment issued by the Division of Labor Standards Enforcement or a court of law, for which no appeal is pending, for the violation of any wage order or provision of the Labor Code.

B4307-1272 01/08/2026 12:34 PM Received by California Secretary of State

Electronic Signature

☒ By signing, I affirm under penalty of perjury that the information herein is true and correct and that I am authorized by California law to sign.

| | |
|---|---|
| *Joseph R. LeVecke* | *01/08/2026* |
| Signature | Date |

B3415-1437 02/04/2025 5:00 PM Received by California Secretary of State

[redacted]

For Office Use Only
**-FILED-**
File No.: U250109281832
Date Filed: 2/4/2025

# UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT SUBMITTER (optional)
CSC 1-800-858-5294

B. E-MAIL CONTACT AT SUBMITTER (optional)
SPRFiling@cscglobal.com

C. SEND ACKNOWLEDGMENT TO: (Name and Address)

3034 69610
CSC
801 Adlai Stevenson Drive
Springfield, IL 62703

Filed In: California (S.O.S.)

SEE BELOW FOR SECURED PARTY CONTACT INFORMATION

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

1a. ORGANIZATION'S NAME: TIMOTHY J. LEVECKE AND DIANN L. LEVECKE TRUST, dated May 3rd, 1983

OR

| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
|---|---|---|---|---|
| | | | | |
| **1c. MAILING ADDRESS** | **CITY** | **STATE** | **POSTAL CODE** | **COUNTRY** |
| 10082 Sycamore Circle | Villa Park | CA | 92861 | USA |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

2a. ORGANIZATION'S NAME

OR

| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
|---|---|---|---|---|
| | | | | |
| **2c. MAILING ADDRESS** | **CITY** | **STATE** | **POSTAL CODE** | **COUNTRY** |
| | | | | |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

3a. ORGANIZATION'S NAME: ALTER DOMUS (US) LLC

OR

| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
|---|---|---|---|---|
| | | | | |
| **3c. MAILING ADDRESS** | **CITY** | **STATE** | **POSTAL CODE** | **COUNTRY** |
| 225 West Washington St, 9th Floor | Chicago | IL | 60606 | USA |

4. COLLATERAL: This financing statement covers the following collateral:
See Exhibit A attached hereto and incorporated herein by this reference.

5. Check only if applicable and check only one box: Collateral is ☑ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box: ☐ Public-Finance Transaction ☐ Manufactured-Home Transaction ☐ A Debtor is a Transmitting Utility

6b. Check only if applicable and check only one box: ☐ Agricultural Lien ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:
3034 69610

B3415-1438 02/04/2025 5:00 PM Received by California Secretary of State

Exhibit A
Collateral Description

The collateral shall be the Pledged Collateral, together with any additions, exchanges, replacements and substitutions therefor, dividends and distributions with respect therefor, and the proceeds thereof.

The following definitions apply:

"***Issuer***" means each corporation, limited partnership, general partnership or limited liability company listed on ***Schedule I*** attached hereto (each such corporation, limited partnership, general partnership or limited liability company an Issuer).

"***Organic Documents***" means, with respect to any Issuer, any charter, articles or certificate of incorporation, certificate of organization, registration or formation, certificate of partnership or limited partnership, bylaws, operating agreement, limited liability company agreement, or partnership agreement and any and all other applicable documents relating to such Issuer's formation, organization or entity governance matters (including any shareholders' or equity holders' agreement or voting trust agreement) and specifically includes, without limitation, any certificates of designation for preferred stock or other forms of preferred equity

"***Pledged Collateral***" shall mean all of the following:

(a) all of the shares of capital stock and other equity interests in those corporations listed on ***Schedule I*** attached hereto, whether now owned or hereafter acquired by the Debtor or in which the Debtor now or hereafter has any rights, options or warrants, together with all certificates representing such shares and interests and all rights (but none of the obligations) under or arising out of the applicable Organic Documents of such corporations;

(b) all of the partnership interests and other equity interests in those limited partnerships and general partnerships listed on ***Schedule I*** attached hereto, whether now owned or hereafter acquired by the Debtor or in which the Debtor now or hereafter has any rights, options or warrants, together with all certificates, if any, representing such interests and all rights (but none of the obligations) under or arising out of the applicable Organic Documents of such partnerships; including without limitation all rights and remedies of the Debtor as a general partner or limited partner with respect to the respective partnership interests and other equity interests of the Debtor in each such partnership under the respective Organic Documents of such partnership and under the partnership laws of the state in which each such partnership is organized; and

(c) all of the membership/limited liability company interests and other equity interests in those limited liability companies listed on ***Schedule I*** attached hereto, whether now owned or hereafter acquired by the Debtor or in which the Debtor now or hereafter has any rights, options or warrants, together with all certificates, if any, representing such interests and all rights (but none of the obligations) under or arising out of the applicable Organic Documents of such companies; including without limitation all rights and remedies of the Debtor as a member or manager or managing member with respect to the respective membership interests and other equity interests of the Debtor in each such limited liability company under the respective Organic Documents of

such limited liability company and under the limited liability company laws of the state in which each such limited liability company is organized;

provided, that, in each case under the foregoing clauses (a) through (c), the rights relating to the applicable equity interests included in the "***Pledged Collateral***" shall include, without limitation, all of the following rights relating to such equity interests, whether arising under the Organic Documents of the applicable Issuer (as defined below) or under the applicable laws of such Issuer's jurisdiction of organization relating to the formation, existence and governance of corporations, limited liability companies or partnerships, as applicable: (i) all economic rights (including all rights to receive dividends and distributions), (ii) all voting rights and rights to consent to any particular action(s) by the applicable Issuer, (iii) all management rights with respect to such Issuer, (iv) in the case of any Pledged Collateral consisting of a general partner interest in a partnership, all powers and rights as a general partner with respect to the management, operations and control of the business and affairs of the applicable Issuer, (v) in the case of any Pledged Collateral consisting of the membership/limited liability company interests of a managing member in a limited liability company, all powers and rights as a managing member with respect to the management, operations and control of the business and affairs of the applicable Issuer, (vi) all rights to designate or appoint or vote for or remove any officers, directors, manager(s), general partner(s), managing member(s) and/or any members of any board of members/managers/partners/directors that may now or hereafter have any rights to manage and direct the business and affairs of the applicable Issuer under its Organic Documents as in effect from time to time, (vii) all rights to amend the Organic Documents of such Issuer, (viii) in the case of any Pledged Collateral consisting of equity interests in partnership or limited liability company, the Debtor's status as a "***partner***," general or limited, or "***member***" (as applicable) under the applicable Organic Documents and/or applicable state law and (ix) all certificates evidencing any of the foregoing described Pledged Collateral.

D3410-1453 02/04/2023 3:00 PM Received by California Secretary of State

# SCHEDULE 1

## Pledged Membership Interests

| Debtor | Name of Limited Liability Company ("Issuer") | State of Formation | Percentage of Interests Owned by Pledgor | Percentage of Interests Pledged by Debtor |
|---|---|---|---|---|
| TIMOTHY J. LEVECKE AND DIANN L. LEVECKE TRUST, dated May 3rd, 1983 | LeVecke LLC | CA | 50% (500,000 units) | 24.5% (122,500 units) |

Received by California Secretary of State

BA20250184874

B3390-6975 01/27/2025 1:27 PM Received by California Secretary of State

**STATE OF CALIFORNIA**
*Office of the Secretary of State*
**STATEMENT OF INFORMATION**
**LIMITED LIABILITY COMPANY**
California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 657-5448

For Office Use Only

**-FILED-**

File No.: BA20250184874

Date Filed: 1/27/2025

Entity Details

| | |
|---|---|
| Limited Liability Company Name | LEVECKE LLC |
| Entity No. | 199614310012 |
| Formed In | CALIFORNIA |

Street Address of Principal Office of LLC

| | |
|---|---|
| Principal Address | 10810 INLAND AVE<br>JURUPA VALLEY, CA 91752-3235 |

Mailing Address of LLC

| | |
|---|---|
| Mailing Address | 10810 INLAND AVE<br>JURUPA VALLEY, CA 91752-3235 |
| Attention | |

Street Address of California Office of LLC

| | |
|---|---|
| Street Address of California Office | 10810 INLAND AVE<br>JURUPA VALLEY, CA 91752-3235 |

Manager(s) or Member(s)

| Manager or Member Name | Manager or Member Address |
|---|---|
| J. Neil LeVecke II | 10810 INLAND AVE<br>JURUPA VALLEY, CA 91752-3235 |
| Timothy J. LEVECKE | 10810 INLAND AVE<br>JURUPA VALLEY, CA 91752-3235 |

Agent for Service of Process

| | |
|---|---|
| Agent Name | J NEIL LEVECKE |
| Agent Address | 10810 INLAND AVE<br>JURUPA VALLEY, CA 91752 |

Type of Business

| | |
|---|---|
| Type of Business | PROPERTY INVESTMENT & MANAGEMENT |

Email Notifications

| | |
|---|---|
| Opt-in Email Notifications | No, I do NOT want to receive entity notifications via email. I prefer notifications by USPS mail. |

Chief Executive Officer (CEO)

| CEO Name | CEO Address |
|---|---|
| None Entered | |

Labor Judgment

No Manager or Member, as further defined by California Corporations Code section 17702.09(a)(8), has an outstanding final judgment issued by the Division of Labor Standards Enforcement or a court of law, for which no appeal is pending, for the violation of any wage order or provision of the Labor Code.

B3390-6976 01/27/2025 1:27 PM Received by California Secretary of State

Electronic Signature

☒ By signing, I affirm under penalty of perjury that the information herein is true and correct and that I am authorized by California law to sign.

| | |
|---|---|
| *Lori Keeran* | *01/27/2025* |
| Signature | Date |

B1187-9505 12/02/2022 5:00 PM Received by California Secretary of State

For Office Use Only

**-FILED-**

File No.: U220249040831

Date Filed: 12/2/2022

# UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT FILER (optional)

B. E-MAIL CONTACT AT FILER (optional)

C. SEND ACKNOWLEDGMENT TO: (Name and Address)

Haynes and Boone, LLP
30 Rockefeller Plaza, 26th Floor
New York, NY 10112
Attention: Rebecca Landau, Esq.
Abbey Hone, Esq.

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| | | | | | |
|---|---|---|---|---|---|
| 1a. ORGANIZATION'S NAME<br>LEVECKE LLC | | | | | |
| OR 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | | SUFFIX |
| 1c. MAILING ADDRESS<br>10810 Inland Avenue | CITY<br>Jurupa Valley | STATE<br>CA | POSTAL CODE<br>91752 | | COUNTRY<br>USA |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| | | | | |
|---|---|---|---|---|
| 2a. ORGANIZATION'S NAME | | | | |
| OR 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| | | | | |
|---|---|---|---|---|
| 3a. ORGANIZATION'S NAME<br>ON TARGET HOLDINGS, LLC, as administrative agent and collateral agent for the lenders | | | | |
| OR 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 3c. MAILING ADDRESS<br>11812 San Vicente Blvd., Ste 503 | CITY<br>Los Angeles | STATE<br>CA | POSTAL CODE<br>90049 | COUNTRY<br>USA |

4. COLLATERAL: This financing statement covers the following collateral:

**See Exhibit A attached hereto and by this reference incorporated herein for a description of the collateral.**

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box: ☐ Public-Finance Transaction ☐ Manufactured-Home Transaction ☐ A Debtor is a Transmitting Utility

6b. Check only if applicable and check only one box: ☐ Agricultural Lien ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:
LeVecke - 10810 Inland (Pledge)

**To be filed with California Secretary of State**

B1187-9506 12/02/2022 5:00 PM Received by California Secretary of State

**EXHIBIT A**

(Collateral Description)

| Debtor: | Secured Party: |
|---|---|
| **LEVECKE LLC**<br>10810 Inland Avenue<br>Jurupa Valley, California 91752 | **ON TARGET HOLDINGS, LLC,**<br>as Administrative Agent and Collateral Agent for the Lenders<br>11812 San Vicente Blvd., Ste 503<br>Los Angeles, CA 90049 |

This UCC-1 Financing Statement pertains to security interests granted pursuant to that certain **PLEDGE AND SECURITY AGREEMENT**, made as of December 1, 2022, made by Debtor, as pledgor, for the benefit of Secured Party, as administrative agent (as the same may be amended, restated, replaced, supplemented or otherwise modified from time to time, the "**Pledge Agreement**"), and covers the following collateral:

All of Debtor's right, title and interest in and to the following, whether now owned by Debtor or hereafter acquired and whether now existing or hereafter coming into existence (collectively, the "**Collateral**"):

(a) all limited liability company interests and limited partnership interests, as applicable, of the Debtor in **LEVECKE REAL ESTATE HOLDINGS, LLC**, a California limited liability company ("**Borrower**"), listed on Exhibit B attached hereto and made a part hereof, together with all membership interest certificates, limited partnership interest certificates, options or rights of any nature whatsoever which may be issued or granted by the applicable Borrower to the Debtor while the Pledge Agreement is in effect (collectively, the "**Pledged Securities**");

(b) all securities, moneys or property representing dividends or interest on any of the Pledged Securities, or representing a distribution in respect of the Pledged Securities, or resulting from a split-up, revision, reclassification or other like change of the Pledged Securities or otherwise received in exchange therefor, and any subscription warrants, rights or options issued to the holders of, or otherwise in respect of, the Pledged Securities;

(c) all "accounts", "general intangibles", "instruments" and "investment property" (in each case as defined in the Code) constituting or relating to the foregoing;

(d) all rights, privileges, authority and power arising from Debtor's interest in Borrower (provided, however, that, so long as no Event of Default exists and Secured Party has not accelerated the Loan, Debtor may exercise such rights, privileges, authority and power vested in Borrower on an exclusive basis);

(e) the capital of Debtor in Borrower and any and all profits, losses, distributions and allocations attributable thereto as well as the proceeds of any distribution thereof, whether arising under the terms of the Borrower Organizational Documents, and all amendments or modifications thereto, and all other agreements, instruments and/or other organizational or governing documents of or relating to Borrower (provided, however, that, so long as no Event of Default exists and Secured Party has not accelerated the Loan, Debtor shall retain all rights with respect to all such profits, losses, distribution, allocation and proceeds);

(f) all other payments, if any, due or to become due to Debtor in respect of any of the items listed in Section 2 of the Pledge Agreement, under or arising out of any Borrower Organizational

B1187-9507 12/02/2022 5:00 PM Received by California Secretary of State

Document or otherwise, whether as contractual obligations, damages, insurance proceeds, condemnation awards or otherwise;

(g) all of Debtors' claims, rights, powers, privileges, authority, options, security interests, Liens and remedies, if any, under or arising out of the ownership of the Pledged Securities;

(h) all present and future claims, if any, of Debtor against Borrower for monies loaned or advanced, for services rendered or otherwise;

(i) all of Debtors' rights pursuant to any of Borrower's Organizational Documents or at law or in equity, to exercise and enforce every right, power, remedy, authority, option and privilege of Debtor relating to the Pledged Securities, including, but not limited to, the right to execute any instruments and to take any and all other action on behalf of and in the name of Borrower in respect of the Pledged Securities and/or Borrower, to make determinations, to exercise any election (including, but not limited to, election of remedies) or option or to give or receive any notice, consent, amendment, waiver or approval, together with full power and authority to demand, receive, enforce or collect any of the foregoing or any property of Borrower, to enforce or execute any checks, or other instruments or orders and to file any claims and to take any action in connection with any of the foregoing (provided, however, that, so long as no Event of Default exists and Secured Party has not accelerated the Loan, Debtor shall retain all rights with respect to voting with respect to the Pledged Securities);

(j) all Investment Property (as such term is defined in the Code) issued by, or relating to, Borrower;

(k) all equity interests or other property now owned or hereafter acquired by Debtor as a result of exchange offers, recapitalizations of any type, contributions to capital, options or other rights relating to the Pledged Securities; and

(l) all Proceeds of any of the foregoing property of Borrower (including, without limitation, any proceeds of insurance thereon).

All capitalized terms not defined herein shall have the respective meanings as set forth in the Pledge Agreement.

B1187-9508 12/02/2022 5:00 PM Received by California Secretary of State

# EXHIBIT B

## DESCRIPTION OF PLEDGED SECURITIES

| Issuer | Owner | Class of Interest | Percentage of Interests |
|---|---|---|---|
| LEVECKE REAL ESTATE HOLDINGS, LLC | LEVECKE LLC | Membership | 100% |

epartment of State: Division of Corporations

Allowable Charac

OME

Entity Details

THIS IS NOT A STATEMENT OF GOOD STANDING

| | | | |
|---|---|---|---|
| File Number: | 10294487 | Incorporation Date / Formation Date: | 8/13/2025 (mm/dd/yyyy) |
| Entity Name: | **LEVECKE INVESTMENT HOLDINGS, LLC** | | |
| Entity Kind: | **Limited Liability Company** | Entity Type: | **General** |
| Residency: | **Domestic** | State: | **DELAWARE** |

REGISTERED AGENT INFORMATION

| | | | |
|---|---|---|---|
| Name: | **REGISTERED AGENT SOLUTIONS, INC.** | | |
| Address: | **838 WALKER ROAD SUITE 21-2** | | |
| City: | **DOVER** | County: | **Kent** |
| State: | **DE** | Postal Code: | **19904** |
| Phone: | **888-716-7274** | | |

Additional Information is available for a fee. You can retrieve Status for a fee of $10.00 or more detailed information including current franchise tax assessment, current filing history and more for a fee of $20.00.

Would you like ○ Status ○ Status,Tax & History Information

Submit

New Entity Search

ıelp on a particular field click on the Field Tag to take you to the help area.

epartment of State: Division of Corporations

Allowable Charac

OME

Entity Details

THIS IS NOT A STATEMENT OF GOOD STANDING

| | | | |
|---|---|---|---|
| File Number: | 10386546 | Incorporation Date / Formation Date: | 10/30/2025 (mm/dd/yyyy) |
| Entity Name: | LEVECKE ACQUISITION LLC | | |
| Entity Kind: | Limited Liability Company | Entity Type: | General |
| Residency: | Domestic | State: | DELAWARE |

REGISTERED AGENT INFORMATION

| | | | |
|---|---|---|---|
| Name: | REGISTERED AGENT SOLUTIONS, INC. | | |
| Address: | 838 WALKER ROAD SUITE 21-2 | | |
| City: | DOVER | County: | Kent |
| State: | DE | Postal Code: | 19904 |
| Phone: | 888-716-7274 | | |

Additional Information is available for a fee. You can retrieve Status for a fee of $10.00 or more detailed information including current franchise tax assessment, current filing history and more for a fee of $20.00.

Would you like ○ Status ○ Status,Tax & History Information

Submit

New Entity Search

help on a particular field click on the Field Tag to take you to the help area.

[redacted]

For Office Use Only

**-FILED-**

File No.: U250212918932

Date Filed: 11/20/2025

## UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT SUBMITTER (optional)
Kerry Heard

B. E-MAIL CONTACT AT SUBMITTER (optional)
kheard@swlaw.com

C T CORPORATION
555 CAPITOL MALL, SUITE 1150
SACRAMENTO, CA 95814
106665284/7
ACCOUNT 00051

...MATION

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1a. INITIAL FINANCING STATEMENT FILE NUMBER
U250109281832

1b. ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. Filer: attach Amendment Addendum (Form UCC3Ad) and provide Debtor's name in item 13.

2. ☐ TERMINATION: Effectiveness of the Financing Statement identified above is terminated with respect to the security interest(s) of Secured Part(y)(ies) authorizing this Termination Statement

3. ☑ ASSIGNMENT: Provide name of Assignee in item 7a or 7b, and address of Assignee in item 7c and name of Assignor in item 9
For partial assignment, complete items 7 and 9; check ASSIGN Collateral box in item 8 and describe the affected collateral in item 8

4. ☐ CONTINUATION: Effectiveness of the Financing Statement identified above with respect to the security interest(s) of Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law

5. PARTY INFORMATION CHANGE:
Check one of these two boxes: This Change affects ☐ Debtor or ☐ Secured Party of record
AND Check one of these three boxes to: ☐ CHANGE name and/or address: Complete item 6a or 6b; and item 7a or 7b and item 7c ☐ ADD name: Complete item 7a or 7b, and item 7c ☐ DELETE name: Give record name to be deleted in item 6a or 6b

6. CURRENT RECORD INFORMATION: Complete for Party Information Change - provide only one name (6a or 6b)
6a. ORGANIZATION'S NAME
OR 6b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX

7. CHANGED OR ADDED INFORMATION: Complete for Assignment or Party Information Change - provide only one name (7a or 7b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)
7a. ORGANIZATION'S NAME
Levecke Investment Holdings, LLC, as Agent
OR 7b. INDIVIDUAL'S SURNAME
INDIVIDUAL'S FIRST PERSONAL NAME
INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| Attn: Ben Tischler or Doug Morriss,18600 Edison Ave. | Chesterfield | MO | 63005 | USA |

8. COLLATERAL CHANGE: Check only one box: ☐ ADD collateral ☐ DELETE collateral ☐ RESTATE covered collateral ☐ ASSIGN* collateral
Indicate collateral:
*Check ASSIGN COLLATERAL only if the assignee's power to amend the record is limited to certain collateral and describe the collateral in Section 8

9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT: Provide only one name (9a or 9b) (name of Assignor, if this is an Assignment)
If this is an Amendment authorized by a DEBTOR, check here ☐ and provide name of authorizing Debtor
9a. ORGANIZATION'S NAME
Alter Domus (US) LLC
OR 9b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX

10. OPTIONAL FILER REFERENCE DATA:
Timothy J. LeVecke and Diann L. LeVecke Trust, dated May 3rd, 1983

**Secretary of State**
**Statement of Information**
(Limited Liability Company)

**LLC-12**

21-F69432

# FILED

In the office of the Secretary of State of the State of California

OCT 30, 2021

**This Space For Office Use Only**

**IMPORTANT** — Read instructions **before completing this form.**

**Filing Fee – $20.00**

**Copy Fees** – First page $1.00; each attachment page $0.50; Certification Fee - $5.00 plus copy fees

**1. Limited Liability Company Name** (Enter the exact name of the LLC. If you registered in California using an alternate name, see instructions.)
LEVECKE REAL ESTATE HOLDINGS, LLC

| 2. 12-Digit Secretary of State File Number | 3. State, Foreign Country or Place of Organization (only if formed outside of California) |
|---|---|
| 202127710823 | CALIFORNIA |

**4. Business Addresses**

| | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| a. Street Address of Principal Office - Do not list a P.O. Box: 10810 Inland Avenue | Jurupa Valley | CA | 91752 |
| b. Mailing Address of LLC, if different than item 4a: 10810 Inland Avenue | Jurupa Valley | CA | 91752 |
| c. Street Address of California Office, if Item 4a is not in California - Do not list a P.O. Box: 10810 Inland Avenue | Jurupa Valley | CA | 91752 |

**5. Manager(s) or Member(s)** If no **managers** have been appointed or elected, provide the name and address of each **member**. At least one name and address must be listed. If the manager/member is an individual, complete Items 5a and 5c (leave Item 5b blank). If the manager/member is an entity, complete Items 5b and 5c (leave Item 5a blank). Note: The LLC cannot serve as its own manager or member. If the LLC has additional managers/members, enter the name(s) and addresses on Form LLC-12A (see instructions).

| a. First Name, if an individual - Do not complete Item 5b | Middle Name | Last Name | Suffix |
|---|---|---|---|
| J. | Neil | LeVecke | II |

b. Entity Name - Do not complete Item 5a

| c. Address | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| 10810 Inland Avenue | Jurupa Valley | CA | 91752 |

**6. Service of Process** (Must provide either Individual **OR** Corporation.)

**INDIVIDUAL** – Complete Items 6a and 6b only. Must include agent's full name and California street address.

| a. California Agent's First Name (if agent is not a corporation) | Middle Name | Last Name | Suffix |
|---|---|---|---|
| J. | Neil | LeVecke | II |

| b. Street Address (if agent is not a corporation) - Do not enter a P.O. Box | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| 10810 Inland Avenue | Jurupa Valley | CA | 91752 |

**CORPORATION** – Complete Item 6c only. Only include the name of the registered agent Corporation.

c. California Registered Corporate Agent's Name (if agent is a corporation) – Do not complete Item 6a or 6b

**7. Type of Business**

a. Describe the type of business or services of the Limited Liability Company
Single Purpose Entity - Real Property

**8. Chief Executive Officer, if elected or appointed**

| a. First Name | Middle Name | Last Name | Suffix |
|---|---|---|---|
| | | | |

| b. Address | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| | | | |

**9. The Information contained herein, including any attachments, is true and correct.**

| 10/30/2021 | J. Michael Vaughn | Auth Rep | |
|---|---|---|---|
| Date | Type or Print Name of Person Completing the Form | Title | Signature |

**Return Address (Optional)** (For communication from the Secretary of State related to this document, or if purchasing a copy of the filed document enter the name of a person or company and the mailing address. This information will become public when filed. SEE INSTRUCTIONS BEFORE COMPLETING.)

Name:

Company:

Address:

City/State/Zip:

**Attachment to Statement of Information** (Limited Liability Company)

**LLC-12A Attachment**

21-F69432

**A. Limited Liability Company Name**

LEVECKE REAL ESTATE HOLDINGS, LLC

This Space For Office Use Only

| **B. 12-Digit Secretary of State File Number** | **C. State or Place of Organization** (only if formed outside of California) |
|---|---|
| 202127710823 | CALIFORNIA |

**D. List of Additional Manager(s) or Member(s)** - If the manager/member is an individual, enter the individual's name and address. If the manager/member is an entity, enter the entity's name and address. Note: The LLC cannot serve as its own manager or member.

| First Name | Middle Name | Last Name | Suffix |
|---|---|---|---|
| Timothy | J. | LeVecke | |
| Entity Name | | | |
| | | | |
| Address | City (no abbreviations) | State | Zip Code |
| 10810 Inland Avenue | Jurupa Valley | CA | 91752 |
| First Name | Middle Name | Last Name | Suffix |
| Entity Name | | | |
| Address | City (no abbreviations) | State | Zip Code |
| First Name | Middle Name | Last Name | Suffix |
| Entity Name | | | |
| Address | City (no abbreviations) | State | Zip Code |
| First Name | Middle Name | Last Name | Suffix |
| Entity Name | | | |
| Address | City (no abbreviations) | State | Zip Code |
| First Name | Middle Name | Last Name | Suffix |
| Entity Name | | | |
| Address | City (no abbreviations) | State | Zip Code |
| First Name | Middle Name | Last Name | Suffix |
| Entity Name | | | |
| Address | City (no abbreviations) | State | Zip Code |
| First Name | Middle Name | Last Name | Suffix |
| Entity Name | | | |
| Address | City (no abbreviations) | State | Zip Code |



2016 California Secretary of State
www.sos.ca.gov/business/be

B3415-1437 02/04/2025 5:00 PM Received by California Secretary of State

[redacted]

For Office Use Only

**-FILED-**

File No.: U250109281832

Date Filed: 2/4/2025

# UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT SUBMITTER (optional)
CSC 1-800-858-5294

B. E-MAIL CONTACT AT SUBMITTER (optional)
SPRFiling@cscglobal.com

C. SEND ACKNOWLEDGMENT TO: (Name and Address)

3034 69610
CSC
801 Adlai Stevenson Drive
Springfield, IL 62703

Filed In: California (S.O.S.)

SEE BELOW FOR SECURED PARTY CONTACT INFORMATION

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

1a. ORGANIZATION'S NAME: TIMOTHY J. LEVECKE AND DIANN L. LEVECKE TRUST, dated May 3rd, 1983

OR

| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 10082 Sycamore Circle | Villa Park | CA | 92861 | USA |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

2a. ORGANIZATION'S NAME

OR

| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

3a. ORGANIZATION'S NAME: ALTER DOMUS (US) LLC

OR

| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 225 West Washington St, 9th Floor | Chicago | IL | 60606 | USA |

4. COLLATERAL: This financing statement covers the following collateral:
See Exhibit A attached hereto and incorporated herein by this reference.

5. Check only if applicable and check only one box: Collateral is ☑ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box: ☐ Public-Finance Transaction ☐ Manufactured-Home Transaction ☐ A Debtor is a Transmitting Utility

6b. Check only if applicable and check only one box: ☐ Agricultural Lien ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:
3034 69610

B3415-1438 02/04/2025 5:00 PM Received by California Secretary of State

Exhibit A
Collateral Description

The collateral shall be the Pledged Collateral, together with any additions, exchanges, replacements and substitutions therefor, dividends and distributions with respect therefor, and the proceeds thereof.

The following definitions apply:

"***Issuer***" means each corporation, limited partnership, general partnership or limited liability company listed on ***Schedule I*** attached hereto (each such corporation, limited partnership, general partnership or limited liability company an Issuer).

"***Organic Documents***" means, with respect to any Issuer, any charter, articles or certificate of incorporation, certificate of organization, registration or formation, certificate of partnership or limited partnership, bylaws, operating agreement, limited liability company agreement, or partnership agreement and any and all other applicable documents relating to such Issuer's formation, organization or entity governance matters (including any shareholders' or equity holders' agreement or voting trust agreement) and specifically includes, without limitation, any certificates of designation for preferred stock or other forms of preferred equity

"***Pledged Collateral***" shall mean all of the following:

(a) all of the shares of capital stock and other equity interests in those corporations listed on ***Schedule I*** attached hereto, whether now owned or hereafter acquired by the Debtor or in which the Debtor now or hereafter has any rights, options or warrants, together with all certificates representing such shares and interests and all rights (but none of the obligations) under or arising out of the applicable Organic Documents of such corporations;

(b) all of the partnership interests and other equity interests in those limited partnerships and general partnerships listed on ***Schedule I*** attached hereto, whether now owned or hereafter acquired by the Debtor or in which the Debtor now or hereafter has any rights, options or warrants, together with all certificates, if any, representing such interests and all rights (but none of the obligations) under or arising out of the applicable Organic Documents of such partnerships; including without limitation all rights and remedies of the Debtor as a general partner or limited partner with respect to the respective partnership interests and other equity interests of the Debtor in each such partnership under the respective Organic Documents of such partnership and under the partnership laws of the state in which each such partnership is organized; and

(c) all of the membership/limited liability company interests and other equity interests in those limited liability companies listed on ***Schedule I*** attached hereto, whether now owned or hereafter acquired by the Debtor or in which the Debtor now or hereafter has any rights, options or warrants, together with all certificates, if any, representing such interests and all rights (but none of the obligations) under or arising out of the applicable Organic Documents of such companies; including without limitation all rights and remedies of the Debtor as a member or manager or managing member with respect to the respective membership interests and other equity interests of the Debtor in each such limited liability company under the respective Organic Documents of

D3410-1459 02/04/2020 3:08 PM Received by California Secretary of State

such limited liability company and under the limited liability company laws of the state in which each such limited liability company is organized;

provided, that, in each case under the foregoing clauses (a) through (c), the rights relating to the applicable equity interests included in the "*Pledged Collateral*" shall include, without limitation, all of the following rights relating to such equity interests, whether arising under the Organic Documents of the applicable Issuer (as defined below) or under the applicable laws of such Issuer's jurisdiction of organization relating to the formation, existence and governance of corporations, limited liability companies or partnerships, as applicable: (i) all economic rights (including all rights to receive dividends and distributions), (ii) all voting rights and rights to consent to any particular action(s) by the applicable Issuer, (iii) all management rights with respect to such Issuer, (iv) in the case of any Pledged Collateral consisting of a general partner interest in a partnership, all powers and rights as a general partner with respect to the management, operations and control of the business and affairs of the applicable Issuer, (v) in the case of any Pledged Collateral consisting of the membership/limited liability company interests of a managing member in a limited liability company, all powers and rights as a managing member with respect to the management, operations and control of the business and affairs of the applicable Issuer, (vi) all rights to designate or appoint or vote for or remove any officers, directors, manager(s), general partner(s), managing member(s) and/or any members of any board of members/managers/partners/directors that may now or hereafter have any rights to manage and direct the business and affairs of the applicable Issuer under its Organic Documents as in effect from time to time, (vii) all rights to amend the Organic Documents of such Issuer, (viii) in the case of any Pledged Collateral consisting of equity interests in partnership or limited liability company, the Debtor's status as a "*partner*," general or limited, or "*member*" (as applicable) under the applicable Organic Documents and/or applicable state law and (ix) all certificates evidencing any of the foregoing described Pledged Collateral.

Received by California Secretary of State

## SCHEDULE 1

**Pledged Membership Interests**

| Debtor | Name of Limited Liability Company ("Issuer") | State of Formation | Percentage of Interests Owned by Pledgor | Percentage of Interests Pledged by Debtor |
|---|---|---|---|---|
| TIMOTHY J. LEVECKE AND DIANN L. LEVECKE TRUST, dated May 3rd, 1983 | LeVecke LLC | CA | 50% (500,000 units) | 24.5% (122,500 units) |

B3415-1437 02/04/2025 5:00 PM Received by California Secretary of State

[redacted]

For Office Use Only

**-FILED-**

File No.: U250109281832

Date Filed: 2/4/2025

# UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT SUBMITTER (optional)
CSC 1-800-858-5294

B. E-MAIL CONTACT AT SUBMITTER (optional)
SPRFiling@cscglobal.com

C. SEND ACKNOWLEDGMENT TO: (Name and Address)

3034 69610
CSC
801 Adlai Stevenson Drive
Springfield, IL 62703

Filed In: California (S.O.S.)

SEE BELOW FOR SECURED PARTY CONTACT INFORMATION

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

1a. ORGANIZATION'S NAME: TIMOTHY J. LEVECKE AND DIANN L. LEVECKE TRUST, dated May 3rd, 1983

OR

| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 10082 Sycamore Circle | Villa Park | CA | 92861 | USA |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

2a. ORGANIZATION'S NAME

OR

| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

3a. ORGANIZATION'S NAME: ALTER DOMUS (US) LLC

OR

| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 225 West Washington St, 9th Floor | Chicago | IL | 60606 | USA |

4. COLLATERAL: This financing statement covers the following collateral:
See Exhibit A attached hereto and incorporated herein by this reference.

5. Check only if applicable and check only one box: Collateral is ☑ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box: ☐ Public-Finance Transaction ☐ Manufactured-Home Transaction ☐ A Debtor is a Transmitting Utility

6b. Check only if applicable and check only one box: ☐ Agricultural Lien ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:
3034 69610

B3415-1438 02/04/2025 5:00 PM Received by California Secretary of State

Exhibit A
Collateral Description

The collateral shall be the Pledged Collateral, together with any additions, exchanges, replacements and substitutions therefor, dividends and distributions with respect therefor, and the proceeds thereof.

The following definitions apply:

"***Issuer***" means each corporation, limited partnership, general partnership or limited liability company listed on ***Schedule I*** attached hereto (each such corporation, limited partnership, general partnership or limited liability company an Issuer).

"***Organic Documents***" means, with respect to any Issuer, any charter, articles or certificate of incorporation, certificate of organization, registration or formation, certificate of partnership or limited partnership, bylaws, operating agreement, limited liability company agreement, or partnership agreement and any and all other applicable documents relating to such Issuer's formation, organization or entity governance matters (including any shareholders' or equity holders' agreement or voting trust agreement) and specifically includes, without limitation, any certificates of designation for preferred stock or other forms of preferred equity

"***Pledged Collateral***" shall mean all of the following:

(a) all of the shares of capital stock and other equity interests in those corporations listed on ***Schedule I*** attached hereto, whether now owned or hereafter acquired by the Debtor or in which the Debtor now or hereafter has any rights, options or warrants, together with all certificates representing such shares and interests and all rights (but none of the obligations) under or arising out of the applicable Organic Documents of such corporations;

(b) all of the partnership interests and other equity interests in those limited partnerships and general partnerships listed on ***Schedule I*** attached hereto, whether now owned or hereafter acquired by the Debtor or in which the Debtor now or hereafter has any rights, options or warrants, together with all certificates, if any, representing such interests and all rights (but none of the obligations) under or arising out of the applicable Organic Documents of such partnerships; including without limitation all rights and remedies of the Debtor as a general partner or limited partner with respect to the respective partnership interests and other equity interests of the Debtor in each such partnership under the respective Organic Documents of such partnership and under the partnership laws of the state in which each such partnership is organized; and

(c) all of the membership/limited liability company interests and other equity interests in those limited liability companies listed on ***Schedule I*** attached hereto, whether now owned or hereafter acquired by the Debtor or in which the Debtor now or hereafter has any rights, options or warrants, together with all certificates, if any, representing such interests and all rights (but none of the obligations) under or arising out of the applicable Organic Documents of such companies; including without limitation all rights and remedies of the Debtor as a member or manager or managing member with respect to the respective membership interests and other equity interests of the Debtor in each such limited liability company under the respective Organic Documents of

B3413-1433 02/04/2023 3:00 PM Received by California Secretary of State

such limited liability company and under the limited liability company laws of the state in which each such limited liability company is organized;

provided, that, in each case under the foregoing clauses (a) through (c), the rights relating to the applicable equity interests included in the "***Pledged Collateral***" shall include, without limitation, all of the following rights relating to such equity interests, whether arising under the Organic Documents of the applicable Issuer (as defined below) or under the applicable laws of such Issuer's jurisdiction of organization relating to the formation, existence and governance of corporations, limited liability companies or partnerships, as applicable: (i) all economic rights (including all rights to receive dividends and distributions), (ii) all voting rights and rights to consent to any particular action(s) by the applicable Issuer, (iii) all management rights with respect to such Issuer, (iv) in the case of any Pledged Collateral consisting of a general partner interest in a partnership, all powers and rights as a general partner with respect to the management, operations and control of the business and affairs of the applicable Issuer, (v) in the case of any Pledged Collateral consisting of the membership/limited liability company interests of a managing member in a limited liability company, all powers and rights as a managing member with respect to the management, operations and control of the business and affairs of the applicable Issuer, (vi) all rights to designate or appoint or vote for or remove any officers, directors, manager(s), general partner(s), managing member(s) and/or any members of any board of members/managers/partners/directors that may now or hereafter have any rights to manage and direct the business and affairs of the applicable Issuer under its Organic Documents as in effect from time to time, (vii) all rights to amend the Organic Documents of such Issuer, (viii) in the case of any Pledged Collateral consisting of equity interests in partnership or limited liability company, the Debtor's status as a "***partner***," general or limited, or "***member***" (as applicable) under the applicable Organic Documents and/or applicable state law and (ix) all certificates evidencing any of the foregoing described Pledged Collateral.

## SCHEDULE 1

**Pledged Membership Interests**

| Debtor | Name of Limited Liability Company ("Issuer") | State of Formation | Percentage of Interests Owned by Pledgor | Percentage of Interests Pledged by Debtor |
|---|---|---|---|---|
| TIMOTHY J. LEVECKE AND DIANN L. LEVECKE TRUST, dated May 3rd, 1983 | LeVecke LLC | CA | 50%<br>(500,000 units) | 24.5%<br>(122,500 units) |

D3410-1446 02/04/2025 9:00 PM Received by California Secretary of State