**EXHIBIT C**

**California Secretary of State**
Electronic Filing

**FILED**
Secretary of State
State of California

# General Stock Corporation - Articles of Incorporation

| | |
|---|---|
| Entity Name: | The Hogan Triad Group |
| Entity (File) Number: | C4704259 |
| File Date: | 03/04/2021 |
| Entity Type: | General Stock Corporation |
| Jurisdiction: | California |

## Detailed Filing Information

1. Corporate Name: The Hogan Triad Group
2. Business Addresses:
   a. Initial Street Address of Corporation: 12657 Alcosta Blvd., Suite 500, San Ramon, California, 94583, United States of America
   b. Initial Mailing Address of Corporation: PO BOX 1424, MENLO PARK, California, 94026, United States of America
3. Agent for Service of Process:
   California Registered Corporate Agent (1505): VCORP SERVICES CA, INC. (C3156773)
4. Shares: 100
5. Purpose Statement: The purpose of the corporation is to engage in any lawful act or activity for which a corporation may be organized under the General Corporation Law of California other than the banking business, the trust company business or the practice of a profession permitted to be incorporated by the California Corporations Code.

The incorporator affirms the information contained herein is true and correct.

Incorporator: H Michael Hogan III

AICPA (https://aicpaconferences.com/)

Login (https://aicpaconferences.com/login?redirect_url=https%3A%2F%2Faicpaconferences.com%2Fb%2Fsp%2Fmichael-hogan-60183)

Support (https://aicpaconferences.c



# Michael Hogan

Partner, Armanino LLP

Michael leads the national Corporate Finance and Restructuring Practice at Armanino LLP. An accomplished senior-level executive with over 35 years of diverse experience in operations, finance and strategy, he specializes in assessing strategic options, stabilizing and turning around underperforming businesses, and driving exits. Michael works extensively with the firm's national Cannabis practice supporting clients facing financial and operational challenges. Michael has diverse experience in operations, finance and strategy and a successful record of stabilizing and turning around under-performing businesses to generate returns and create exits by improving operations and margins, refocusing strategy, debt structuring/renegotiations, increasing cash flow and managing expenditures, with focused leadership and control programs. He also possesses deep transaction / divestiture talents, assessment capabilities, metric development and implementation ability, and debt restructuring skills. Financially pragmatic, Michael is experienced as both an operator and an advisor, with a long track record of working alongside executive teams, boards, investors, lenders and other parties in interest to improve outcomes.



This site uses cookies to store information on your computer. Some are essential to make our site work, others help us improve, the user experience. By using the site, you consent to the placement of these cookies. Visit our **Privacy Center (https://aicpaconferences.com/aicpa/pages/privacy_center)** to learn more.

CLOSE THIS WINDOW

Copyright © 2026 AICPA & CIMA

Powered by **Conexiant DXP (https://conexiantsolutions.com/dxp)** | **Licenses (/platform/licenses)**