EXHIBIT D

armanino

COMPANY & PEOPLE

# Our Purpose and Values Define Who We Are

When you work with Armanino, we give you options that are fully aligned with your strategy and provide the resources to help you navigate disruption.

CONTACT AN EXPERT →

Home → Company & People

OUR PURPOSE

## We Create a Positive Impact for Our Clients

Our purpose is clear, to be the most innovative and entrepreneurial firm that makes a positive impact on the lives of our clients, our communities and our people.

OUR TEAM

## Our Core Values Shape Everything We Do

Traits like honesty, integrity and hard work are a minimum prerequisite for any professional services firm. We've gone a step further and defined our "PVAs" — the purpose, core values and strategic anchors that unite us as a firm, drive our success and set us apart from our competitors.

### Wickedly Smart

We never stop challenging ourselves and each other to innovate, improve and move the firm forward

### Courageously Connected

We embrace a diverse connected community where all belong. Unmuted as their unique authentic self, everyone is valued and celebrated

### Empowered

We encourage our people to follow their ideas and passions, and we give them the freedom and support to succeed

### Positive Energy

Our positive attitude and spirit is the force multiplier that drives our success

### Firm First

We support one another and always put the firm's best interest ahead of department or individual concerns

WE ARE WHERE YOU ARE

# Meeting Your Needs

Armanino's offices are located nationwide, in key locations throughout the US. We have the ability to provide global services in more than 100 countries through our membership in Moore – one of the world's major accounting and consulting organizations.

## Service Areas

We provide key areas of service – audit and risk assurance, tax, consulting and business management. Our technology focus and global services are key aspects of our service lines. We work with clients in a large range of industries including technology, manufacturing and distribution, consumer business, financial services, nonprofit, private schools, real estate, professional services, life sciences, insurance and healthcare.

## Growth Strategy

Armanino's aggressive growth strategy has been anchored around never being satisfied with the status quo. We are constantly looking at adding new service lines, technology solutions and specialized expertise that will help us advance our client's business goals. We measure our success by how well our clients are doing.

## Recognition

We have been named to IPA's "Best of the Best" Firms in the country and Accounting Today's "Pacesetters in Growth." We have a vibrant company and have been consistently voted as a best place to work by Accounting Today, various Business Journals and Vault. Our Consulting Division, offering a robust set of technology solutions and CFO driven services, has been named a top VAR in the Country in Bob Scott's annual VAR list and named to Consulting Magazine's "Seven Small Jewels." Take a look at some of the accolades we've earned.

## Division

Armanino also operates its division – Piccadilly, specializing in media and communication services.

## Professional Memberships

We are a member of the American Institute of Certified Public Accountants (AICPA), an affiliate firm in the California Society of Certified Public Accountants (CalCPA), a member of the Center for Audit Quality and are licensed by the California Board of Accountancy. To ensure the highest quality control and operational standards, we comply with all professional education requirements and regularly undergo peer reviews by an independent public accounting firm. Based on consistently receiving "clean" opinions in these reviews, we are proud to say that we practice at the highest possible level in the profession.

CORPORATE RESPONSIBILITY

# A Responsible Company and Community Partner

To ensure we are living out our purpose, we conduct our business using community-focused guiding principles.

BALANCING PROFIT & PURPOSE

# Armanino Has Joined the B Corp Community

Certified B Corporation

Armanino is using its business as a force for good. By becoming a certified B Corporation, we are accelerating a global culture shift to redefine success in business and build a more inclusive and sustainable economy.

Certified B Corporations are a new kind of business that balance purpose and profit. They are businesses that meet the highest standards of verified social and environmental performance, public transparency, and legal accountability to balance profit and purpose. We are now among other great B Corporations pledged to making a positive impact.

SEE OUR SCORES →

## Inclusion & Diversity

CEO Matt Armanino signed the CEO Action for Diversity & Inclusion Pledge on behalf of the firm, corresponding with Armanino's commitment to develop programs and initiatives that identify and foster opportunities for underrepresented groups. The CEO Action for Diversity & Inclusion Pledge seeks to address disparities—from race, ethnicity, gender and sexual orientation to age, physical abilities and belief systems—within the workforce. To this end, Armanino is expanding its leadership and diversity trainings, including unconscious bias training, has committed to having meaningful and complex conversations about the topics, and will work with a community of businesses to share best practices and pitfalls in achieving goals.

We have also created a committee to spearhead the ongoing commitment to this cause. The IDEAL (Inclusion of Diverse Employees and Leaders) team is focused on helping ensure the Armanino environment is one in which everyone feels respected and valued for their uniqueness and experiences. They have hosted a series of virtual meet-ups recently that has helped promote diversity and inclusion through open conversations; most recently speaking about June's Pride month and the Black Lives Matter movement and helping other companies with conversations around social change.

## Women's Initiatives

Armanino has made a concerted effort to recognize and support women in more leadership roles in our firm. Armanino's The Bridge was founded to create opportunities that encourage women to advance in their careers and to consider partnership as a career goal. Founded in 2016, The Bridge oversees the Executive Access Program, pairing high-potential female managers with firm executives to build relationships with key leaders. Armanino also has a Transparency to Partnership track to educate managers on the expectations and benefits of partnership at the firm.

## Harassment and Discrimination

Armanino has several programs in place to ensure a workplace free of discrimination in any form based on characteristics such as race, color, age, gender identity and expression, sexual orientation, ethnicity or national origin, disability, pregnancy, religion, military veteran status, educational background, economic status or any other status protected by law. All our employees are required by law to undergo sexual harassment training and our managers are required to attend managing a respectful workplace training every other year.

## Business Ethics and Compliance

As an accounting firm, we are bound by ethical business practices. It is a core responsibility of all Armanino employees to conduct business in an open, honest and ethical manner, and to follow the company's code of ethics in all their business practices. This includes upholding all laws in the places where we do business.

## Environmental Stewardship

In recognition of the needs of environmental preservation, the firm is a certified green business dedicated to cutting down on waste and improving sustainability both in the office and at home.

## Community Involvement

From the beginning, Armanino has embodied a robust culture of giving back and supporting charitable organizations with donations of money and volunteerism. The Armanino Foundation provides Armanino staff and partners, as well as clients, vendors and friends of the firm, a formal organization for our community giving efforts. The Armanino Foundation's mission is to assist charitable organizations that create a positive impact on the lives of people in our communities.

armanino

# Find a Resource

**By Type**

- Articles
- Case Studies
- Checklists
- Events
- How-to/Demos
- Press Releases
- White Papers

**By Service Area**

- Artificial Intelligence
- Managed Services
- Audit and Assurance
- Business Application Consulting
- Business Management
- CFO Consulting Advisory
- Digital
- Individuals

+ SHOW MORE

**By Industry**

- Cannabis
- Consumer Business
- Education
- Energy
- Entertainment
- Family Office
- Financial Services
- Food and Beverage

+ SHOW MORE

← 1 2 3 →



ARTICLE

## You've Implemented Your New ERP System — Now It's Time to Maximize Your ROI

Once you have an ERP in place, phase two is your chance to maximize the software and unlock the next level of growth.

July 13, 2026



ARTICLE

## Don't Bet Your Capital Campaign on a Hunch

Find out if your organization is truly ready to launch a successful capital or endowment campaign.

July 10, 2026



ARTICLE

## Strengthen These Financial Processes to Help Your SaaS Company Thrive

Five key aspects of your operations could prove crucial to securing the future of your business.

July 08, 2026







ARTICLE

## When Should You Hire a Tax Advisor?

Find out when expert tax advice can improve outcomes, reduce risk and support growth for privately held businesses.

July 07, 2026

ARTICLE

## Grant & Contribution Accounting: A Practical Guide for Nonprofits

Learn how to classify grants and contributions and when to recognize revenue with more confidence.

July 07, 2026

ARTICLE

## Are You Ready for AI in Workday?

Assess your business's data, governance and adoption readiness before scaling AI in Workday.

July 01, 2026



ARTICLE

## Going Public? Employee Guide to Manage Equity and Prepare for Taxes

Plan ahead for IPO equity, taxes and wealth decisions to protect your financial future before and after going public.

June 26, 2026



ARTICLE

## 5 Tax Planning Misconceptions That Hurt Your Business

Learn how better tax planning decisions can help privately held businesses reduce risk and improve outcomes.

June 26, 2026



ARTICLE

## Understanding Software Sales Funnel Metrics: What the Numbers Are Really Telling You

Key metrics provide unique insights into your organization and its customer purchasing journey.

June 25, 2026



ARTICLE



ARTICLE



ARTICLE

### How to Rescue a Stalled ERP Implementation

Learn what to do when your ERP implementation stalls before it costs you significant time and money.

June 24, 2026

### 4 Keys to Choosing the Right Accounting Platform for Your SaaS Company

Most cloud-based accounting solutions deliver immediate benefits, but long-term growth requires a deeper look.

June 24, 2026

### The Future of ERP is AI-Powered

AI is no longer just about automation; it's about making stronger business decisions.

June 24, 2026



ARTICLE

### What Does Intelligent ERP Mean in NetSuite?

NetSuite's intelligent ERP uses AI to predict, automate and drive smarter decisions.

June 22, 2026



ARTICLE

### Is Your ERP Holding Back Confident Decision-Making?

If you can't trust your data, this may be why.

June 22, 2026



ARTICLE

### 5 Common Corporate Tax Planning Myths

Proactive corporate tax planning can improve profitability, strengthen cash flow and reduce risk.

June 17, 2026



ARTICLE

### Why Outsourced Accounting Is an Extension of



ARTICLE

### Which Cybersecurity Test Is Right for Your Business



ARTICLE

### Do Your Vendor Contracts Need a Check-up? How

Your Team, Not a

Finance and accounting outsourcing helps reduce the day-to-day workload so you can focus on strategy and growth.

June 17, 2026

Choose the right cybersecurity test to identify risk and prioritize remediation.

June 16, 2026

to Spot the Leaks

Contract reviews help you verify pricing, service levels, credits and protections in vendor relationships.

June 15, 2026



ARTICLE

## Sales Deferral in Dynamics 365 Business Central

There are a few ways to defer sales income in Dynamics 365 Business Central

June 12, 2026



ARTICLE

## 10 Questions to Answer Before You Sell Your Business

Prepare your business for a successful and profitable sale by answering these ten essential questions.

June 08, 2026



ARTICLE

## What Defense Subcontractors Need to Know about the Cybersecurity Maturity Model Certification

Most subcontractors think they have time. They don't. Here's what CMMC actually requires and why you need to act now.

June 08, 2026

← 1 2 3 →

© Armanino. All Rights Reserved.

"Armanino" is the brand name under which Armanino LLP and Armanino Advisory LLC, independently owned entities, provide professional services in an alternative practice structure in accordance with law, regulations, and professional standards. Armanino LLP is a licensed independent CPA firm that provides attest services, and Armanino Advisory LLC and its subsidiary entities provide tax, advisory, and business consulting services. Armanino Advisory LLC and its subsidiary entities are not licensed CPA firms.

### Careers

Looking for a career at Armanino?

# Stay In Touch

Sign up to stay up-to-date with the latest accounting regulations, best practices, industry news and technology insights to run your business.

First Name*
Last Name*
Email*
Title*
Company*
Industry*

GET EXPERT UPDATES

OFFICES

# Our Locations

How can I help you today?

## San Ramon

## Ahmedabad

San Ramon, CA 94583

925-790-2600
Get Directions

Iskon-Ambli Road
Ahmedabad, Gujarat
380058, India

+91-74350-32600
Get Directions

## Austin

401 S 1st St #1375
Austin, TX 78704

512-610-7200
Get Directions

## Bellevue

225 108th Ave NE #580
Bellevue, WA 98004

925-790-2600
Get Directions

## Boca Raton

4755 Technology Way #109
Boca Raton, FL
33431

561-392-8135
Get Directions

## Boise

950 W. Bannock St Suite 350
Boise, ID 83702

925-790-2600
Get Directions

## Century City

2121 Avenue of the Stars
15th Floor
Los Angeles, CA 90067

310-478-4148
Get Directions

## Chicago

200 S. Wacker Dr Suite 1550
Chicago, IL 60606

925-790-2600
Get Directions

## Dallas

15950 N. Dallas Pkwy #600
Dallas, TX 75248

972-661-1843
Get Directions

## Denver

999 18th St #3300
Denver, CO 80202

720-617-1360
Get Directions

How can I help you today?

## El Segundo

400 Continental Blvd
Suite 510
El Segundo, CA 90245

310-822-8552
Get Directions

## Hyderabad

1801, 18th Floor, Gowra Palladium
HITEC City, Raidurg
Hyderabad, Telangana
500081, India

+91-74350-32600
Get Directions

## Irvine - Orange County

400 Spectrum Center Dr #400
Irvine, CA 92618

949-224-3300
Get Directions

## Long Island

100 Quentin Roosevelt Blvd #516
Garden City, NY 11530

516-542-6300
Get Directions

## Los Angeles

777 S Figueroa St #2600
Los Angeles, CA 90017

213-334-7300
Get Directions

## Nashville

1222 Demonbreun St #1225
Nashville, TN 37203

615-953-2100

Get Directions

## New York City

437 Madison Ave
37th Floor
New York, NY 10022

212-792-6300
Get Directions

## Philadelphia

1600 Market St #3300
Philadelphia, PA 19103

215-665-3960
Get Directions

## Salt Lake City

170 S Main St Suite 800
Salt Lake City, UT
84101

801-433-2140

## San Francisco

44 Montgomery St #3000
San Francisco, CA 94104

How can I help you today?

415-568-3280
Get Directions

## San Jose

50 W San Fernando St #500
San Jose, CA 95113

408-200-6400
Get Directions

## Scranton

515 Center St
Scranton, PA 18503

570-260-8686
Get Directions

## St. Charles

1520 S 5th St #309
St. Charles, MO 63303

314-983-1200
Get Directions

## St. Louis

6 CityPlace Dr #900
St. Louis, MO 63141

314-983-1200
Get Directions

## Vancouver

999 W Hastings St
Suite 1250
Vancouver, BC, V6C, 1M3, Canada

604-334-4710
Get Directions

## Woodland Hills

21650 W Oxnard St
Suite 2400
Woodland Hills, CA 91367

818-587-9300
Get Directions

How can I help you today?

D-1

armanino



FIND A WAY FORWARD

# Restructuring

Whether there's a turnaround opportunity or it's time for a graceful exit, we can guide you through every option and help your business make the transition.

YOUR NEEDS

## Running Out of Time?

Every company that starts will eventually end. We can help you achieve the best possible ending or a successful turnaround.



OUR SERVICES

## Helping You With Major Transitions

You want the best possible outcome for all involved. We can help you analyze the situation, develop a game plan and carry out the strategy, from beginning to end.

### Turnaround Services

Our veteran team has provided restructuring guidance and support to technology companies since 1987.

### Managing Liquidations

A managed liquidation may be a better option for a company than bankruptcy.

### Wind-Downs

Wind down operations in an orderly fashion and avoid bankruptcy court

### Asset Sales

Maximize the value of your company assets and intellectual property with a competitive auction

### Bankruptcy Advisory

Choose the best option for your business and get expert help to manage the entire process

### Shareholder Representation

Maximize payout to shareholders from the acquiring company while minimizing costly legal disputes

OUR TEAM

# Gain Peace of Mind in Challenging Situations

You can rely on the restructuring experts at Armanino to guide you through any situation.

- 30+ years of restructuring experience
- 400+ restructuring engagements
- Team-based approach
- Top 25 independent accounting and business consulting firm
- Deep industry expertise
- A certified B Corporation

NEED TO TALK?

armanino

·LUTIONS COMPANY & PEOPLE RESOURCES CAREERS

earch

CONTACT | SEND RFP | PAYME

Search by Name
michael hogan

'michael hogan"

Showing 1-1 of

Region

Northern California



Michael Hogan *
Partner
408-240-4908

in CONTACT ME

How can I help you today?

multi-jurisdictional families with U.S. connections, including foreign trusts with U.S. beneficiaries; and income tax treaty analysis.

**Nick Gibbons, Tax partner,** is based in the firm's San Jose office and has more than 17 years of public and private accounting experience, with significant hands-on expertise in ASC 740 (FAS 109), corporate taxation, purchase accounting, opportunity zones consulting, cryptocurrency taxation and business development. He serves numerous industries, including technology, real estate, biotech and entertainment.

**Michael Hogan, Consulting partner,** is based in the firm's San Ramon office and leads the firm's Corporate Finance and Restructuring practices. An accomplished senior-level executive, he has more than 30 years of diverse experience in operations, finance and strategy. He specializes in assessing strategic options, stabilizing and turning around underperforming businesses and driving exits by improving operations and margins, refocusing strategy, negotiating debt structuring/renegotiations, increasing cash flow and managing expenditures with focused leadership and control.

**Jill Juniper, Tax partner,** is located in the firm's Irvine office and has more than 20 years of experience serving high-net-worth individuals and their closely held businesses. She provides tax, consulting and compliance expertise and works extensively in the areas of real estate entities, individual taxation, partnerships, limited liability companies, S corps and trusts.

**Jonathan LaMantia, Audit partner,** is based in the firm's Los Angeles office and has more than 10 years of public accounting experience and over two years of accounting experience in the private sector. He is the Digital Media and MadTech practice leader and also has significant experience working with technology, manufacturing and distribution companies.

**Julissa Quirk, Tax partner,** is located in the firm's Irvine

Hi, I am Armanino's virtual assistant, how can I assist you?

and has more than 20 years of public accounting exper

She focuses on helping C corporations and S corporations, partnerships, limited liability companies and high-net-worth

D-2

| DATE | DOCUMENT ID | DESCRIPTION | FILING | EXPED | PENALTY | CERT | COPY |
|---|---|---|---|---|---|---|---|
| 11/28/2022 | 202233204516 | Subsequent Agent Appointment (FGS) | 25.00 | | | | 0 |

**Receipt**

This is not a bill. Please do not remit payment.

**COGENCY GLOBAL INC.**
**212 S TRYON STREET**
**SUITE 1000**
**CHARLOTTE, NC, 28281**

# STATE OF OHIO
## CERTIFICATE

### Ohio Secretary of State, Frank LaRose

**2318059**

It is hereby certified that the Secretary of State of Ohio has custody of the business records for

**ARMANINO LLP**

and, that said business records show the filing and recording of:

| Document(s) | Document No(s): |
|---|---|
| **Subsequent Agent Appointment** | **202233204516** |

**Effective Date: 11/28/2022**

United States of America
State of Ohio
Office of the Secretary of State

Witness my hand and the seal of the Secretary of State at Columbus, Ohio this 28th day of November, A.D. 2022.

**Ohio Secretary of State**

Form 521 Prescribed by:

Frank LaRose
Ohio Secretary of State

Date Electronically Filed: 11/28/2022

Toll Free: 877.767.3453 | Central Ohio: 614.466.3910
OhioSoS.gov | business@OhioSoS.gov
File online or for more information: OhioBusinessCentral.gov

# Statutory Agent Update
## Filing Fee: $25
### Form Must Be Typed

**(CHECK ONLY ONE(1) BOX)**

| (1) Subsequent Appointment of Agent | (2) Change of Address of an Agent | (3) Resignation of Agent |
|---|---|---|
| ☐ Corp (165-AGS) | ☐ Corp (145-AGA) | ☐ Corp (155-AGR) |
| ☒ LP (165-AGS) | ☐ LP (145-AGA) | ☐ LP (155-AGR) |
| ☐ LLC (171-LSA) | ☐ LLC (144-LAD) | ☐ LLC (153-LAG) |
| | | ☐ Partnership (153-LAG) |
| ☐ Business Trust (171-LSA) | ☐ Business Trust (144-LAD) | ☐ Business Trust (153-LAG) |
| ☐ Real Estate Investment Trust (171-LSA) | ☐ Real Estate Investment Trust (144-LAD) | ☐ Real Estate Investment Trust (153-LAG) |

Name of Entity: ARMANINO LLP

Charter, License or Registration No. 2318059

Name of Current Agent: NATIONAL REGISTERED AGENTS, INC.

**Complete the information in this section if box (1) is checked**

Name and Address of New Agent

COGENCY GLOBAL INC.
Name of Agent

3958-D BROWN PARK DR.
Mailing Address

HILLIARD | OH | 43026
City | State | ZIP Code

**Complete the information in this section if box (1) is checked and business is an Ohio entity or Foreign LLC**

ACCEPTANCE OF APPOINTMENT FOR DOMESTIC ENTITY'S AGENT

The Undersigned, ______ , named herein as the
Name of Agent

statutory agent for ______ , hereby acknowledges
Name of Business Entity

and accepts the appointment of statutory agent for said entity.

Signature: ______
Individual Agent's Signature/Signature on behalf of Business Serving as Agent

**Complete the information in this section if box (2) is checked**

New Address of Agent ______
Mailing Address

______ OH ______
City State ZIP Code

**Complete the information in this section if box (3) is checked**

The agent of record for the entity identified on page 1 resigns as statutory agent.

Current or last known address of the entity's principal office where a copy of this Resignation of Agent was sent as of the date of filing or prior to the date filed.

______
Mailing Address

______ ______ ______
City State Zip Code

**By signing and submitting this form to the Ohio Secretary of State, the undersigned hereby certifies that he or she has the requisite authority to execute this document.**

**Required**

Agent update must be signed by an authorized representative (see instructions for specific information).

If authorized representative is an individual, then they must sign in the "signature" box and print their name in the "Print Name" box.

If authorized representative is a business entity, not an individual, then please print the business name in the "signature" box, an authorized representative of the business entity must sign in the "By" box and print their name in the "Print Name" box.

| |
|---|
| MATTHEW ARMANINO |

Signature

| |
|---|
| |

By (if applicable)

| |
|---|
| |

Print Name

| |
|---|
| |

Signature

| |
|---|
| |

By (if applicable)

| |
|---|
| |

Print Name

armanino

# Our Leadership

**Region**

- Colorado and Mountain West
- Midwest
- Northeast
- Northern California
- Pacific Northwest
- Southern California
- Texas and Southwest

← 1 2 →



## Matt Armanino

Chief Executive Officer (CEO)

925-790-2610

VIEW PROFILE



## Chris Carlberg

Chief Strategy Officer (CSO)

925-790-2775

VIEW PROFILE



## John Kogan

Chief Financial and Administrative Officer (CFAO)

408-200-6496

VIEW PROFILE



## Tony Caleca

Chief Growth Officer (CGO)

314-983-1267



## Helena Avalos

Chief of Staff (COS)

972-590-5679



## Owen Bailitz

Partner - Head of Quality & Risk Management

312-481-7442