**EXHIBIT E**

**California Secretary of State**
Electronic Filing

**FILED**
Secretary of State
State of California

# General Stock Corporation - Articles of Incorporation

| | |
|---|---|
| Entity Name: | The Hogan Triad Group |
| Entity (File) Number: | C4704259 |
| File Date: | 03/04/2021 |
| Entity Type: | General Stock Corporation |
| Jurisdiction: | California |

## Detailed Filing Information

1. Corporate Name: The Hogan Triad Group
2. Business Addresses:
   a. Initial Street Address of Corporation: 12657 Alcosta Blvd., Suite 500, San Ramon, California, 94583, United States of America
   b. Initial Mailing Address of Corporation: PO BOX 1424, MENLO PARK, California, 94026, United States of America
3. Agent for Service of Process:
   California Registered Corporate Agent (1505): VCORP SERVICES CA, INC. (C3156773)
4. Shares: 100
5. Purpose Statement: The purpose of the corporation is to engage in any lawful act or activity for which a corporation may be organized under the General Corporation Law of California other than the banking business, the trust company business or the practice of a profession permitted to be incorporated by the California Corporations Code.

The incorporator affirms the information contained herein is true and correct.

Incorporator: H Michael Hogan III

BA20241541416

B2995-3691 08/26/2024 3:57 PM Received by California Secretary of State

**STATE OF CALIFORNIA**
*Office of the Secretary of State*
**STATEMENT OF INFORMATION**
**CORPORATION**
California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 657-5448

For Office Use Only

**-FILED-**

File No.: BA20241541416

Date Filed: 8/26/2024

Entity Details

| | |
|---|---|
| Corporation Name | THE HOGAN TRIAD GROUP |
| Entity No. | 4704259 |
| Formed In | CALIFORNIA |

Street Address of Principal Office of Corporation

| | |
|---|---|
| Principal Address | 2700 CAMINO RAMON<br>STE 350<br>ATTN: H HOGAN<br>SAN RAMON, CA 94583 |

Mailing Address of Corporation

| | |
|---|---|
| Mailing Address | PO BOX 1424<br>MENLO PARK, CA 94026 |
| Attention | |

Street Address of California Office of Corporation

| | |
|---|---|
| Street Address of California Office | 2700 CAMINO RAMON<br>STE 350<br>ATTN: H HOGAN<br>SAN RAMON, CA 94583 |

Officers

| Officer Name | Officer Address | Position(s) |
|---|---|---|
| H HOGAN | PO BOX 1424<br>MENLO PARK, CA 94026 | Chief Executive Officer, Secretary, Chief Financial Officer |

Additional Officers

| Officer Name | Officer Address | Position | Stated Position |
|---|---|---|---|
| None Entered | | | |

Directors

| Director Name | Director Address |
|---|---|
| H Hogan | PO Box 1424<br>Menlo Park, CA 94026 |

The number of vacancies on Board of Directors is: 0

Agent for Service of Process

| | |
|---|---|
| California Registered Corporate Agent (1505) | VCORP SERVICES CA, INC.<br>Registered Corporate 1505 Agent |

Type of Business

| | |
|---|---|
| Type of Business | CONSULTING |

Email Notifications

| | |
|---|---|
| Opt-in Email Notifications | Yes, I opt-in to receive entity notifications via email. |

Labor Judgment

BA20260151464

B4344-7069 01/21/2026 12:50 PM Received by California Secretary of State

**STATE OF CALIFORNIA**
*Office of the Secretary of State*
**STATEMENT OF INFORMATION**
**LIMITED LIABILITY COMPANY**
California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 657-5448

For Office Use Only
**-FILED-**
File No.: BA20260151464
Date Filed: 1/21/2026

| | |
|---|---|
| **Entity Details** | |
| Limited Liability Company Name | LeVecke (ABC), LLC |
| Entity No. | B20250355481 |
| Formed In | CALIFORNIA |
| **Street Address of Principal Office of LLC** | |
| Principal Address | 231 MARKET PLACE<br>373<br>SAN RAMON, CA 94583 |
| **Mailing Address of LLC** | |
| Mailing Address | 231 MARKET PLACE<br>373<br>SAN RAMON, CA 94583 |
| Attention | |
| **Street Address of California Office of LLC** | |
| Street Address of California Office | None |

Manager(s) or Member(s)

| Manager or Member Name | Manager or Member Address |
|---|---|
| + Michael Hogan | 231 MARKET PLACE<br>373<br>SAN RAMON, CA 94583 |

| | |
|---|---|
| **Agent for Service of Process** | |
| California Registered Corporate Agent (1505) | VCORP AGENT SERVICES, INC.<br>Registered Corporate 1505 Agent |
| **Type of Business** | |
| Type of Business | Financial Services |
| **Email Notifications** | |
| Opt-in Email Notifications | No, I do NOT want to receive entity notifications via email. I prefer notifications by USPS mail. |

Chief Executive Officer (CEO)

| CEO Name | CEO Address |
|---|---|
| None Entered | |

Labor Judgment

No Manager or Member, as further defined by California Corporations Code section 17702.09(a)(8), has an outstanding final judgment issued by the Division of Labor Standards Enforcement or a court of law, for which no appeal is pending, for the violation of any wage order or provision of the Labor Code.

San Ramon, California




Image capture: Sep 2022 © 2026 Goog




Help us improve Google Maps

No thanks Show question

By continuing, you agree Google uses your answers, account & system info to improve services, per our Privacy & Terms.

AI Mode All Images Videos Shopping News Forums More Tools

AI Overview

The Hogan Triad Group LLC is an entity used by Michael (Mike) Hogan to hold his partnership interest in **Armanino LLP**, one of the 20 largest accounting and business consulting firms in the United States. Michael Hogan serves as a Consulting Partner at Armanino, where he leads their national Corporate Finance and Restructuring Practice. LinkedIn · Michael Hogan +6

Through this role, he specializes in advising underperforming businesses, handling distressed debt, executing corporate turnarounds, and managing the investment banking and sale processes for companies across various sectors, including the cannabis industry. AICPAConferences.com +3

You can find his professional directory information and contact details on the Armanino People Directory.

If you are looking to get in touch with Michael Hogan, do you need help finding his **direct contact information**, or are you interested in **learning more about Armanino's restructuring and turnaround services**?

10 sites

People Directory - Armanino

Contact Me. Nicolas Hernandez. Managing Director. 925-302-4298 · LinkedIn. Contact Me. David Hersch * *David holds his interest i



Google Sign in