**EXHIBIT F**





# Michael Hogan

Partner, Armanino LLP

Michael leads the national Corporate Finance and Restructuring Practice at Armanino LLP. An accomplished senior-level executive with over 35 years of diverse experience in operations, finance and strategy, he specializes in assessing strategic options, stabilizing and turning around underperforming businesses, and driving exits. Michael works extensively with the firm's national Cannabis practice supporting clients facing financial and operational challenges. Michael has diverse experience in operations, finance and strategy and a successful record of stabilizing and turning around under-performing businesses to generate returns and create exits by improving operations and margins, refocusing strategy, debt structuring/renegotiations, increasing cash flow and managing expenditures, with focused leadership and control programs. He also possesses deep transaction / divestiture talents, assessment capabilities, metric development and implementation ability, and debt restructuring skills. Financially pragmatic, Michael is experienced as both an operator and an advisor, with a long track record of working alongside executive teams, boards, investors, lenders and other parties in interest to improve outcomes.

This site uses cookies to store information on your computer. Some are essential to make our site work, others help us improve the user experience. By using the site, you consent to the placement of these cookies. Visit our **Privacy Center (https://aicpaconferences.com/aicpa/pages/privacy_center)** to learn more.

CLOSE THIS WINDOW

armanino

# "hogan"

Showing 1-1 of 1

**Region**

Northern California



**Michael Hogan ***
Partner
408-240-4908

in CONTACT ME →

© Armanino. All Rights Reserved.

"Armanino" is the brand name under which Armanino LLP and Armanino Advisory LLC, independently owned entities, provide professional services in an alternative practice structure in accordance with law, regulations, and professional standards. Armanino LLP is a licensed independent CPA firm that provides attest services, and Armanino Advisory LLC and its subsidiary entities provide tax, advisory, and business consulting services. Armanino Advisory LLC and its subsidiary entities are not licensed CPA firms.