**EXHIBIT G**

CALIFORNIA DEPARTMENT OF
**Alcoholic Beverage Control**

Search

**Report Date:** Friday, February 06, 2026

## LICENSE INFORMATION

**License Number:**

333763

**Primary Owner:**

LEVECKE CORPORATION

**Office of Application:**

07 - RIVERSIDE

## BUSINESS NAME

LEVECKE CORPORATION

## BUSINESS ADDRESS

10810 INLAND AVE , JURUPA VALLEY, CA, 91752

**County:**

RIVERSIDE

**Census Tract:**

0405.03

## LICENSEE INFORMATION

**Licensee:**

LEVECKE CORPORATION

**Company Information**

OFFICER: LEVECKE, TIMOTHY JOSEPH (DIRECTOR)

OFFICER: LEVECKE, TIMOTHY JOSEPH (VICE PRESIDENT)

OFFICER: LEVECKE, TIMOTHY JOSEPH (CHAIRMAN)

(PRESIDENT)

OFFICER: LEVECKE, JOSEPH NEIL II (DIRECTOR)

OFFICER: LEVECKE , JOSEPH ROBERT (DIRECTOR)

OFFICER: LEVECKE , JOSEPH ROBERT (SECRETARY/ASST SEC)

---

## LICENSE TYPES

*Allow up to six weeks for expiration date updates after renewal fee submittal.

### 07 - RECTIFIER

**License Type Status:**

ACTIVE

**Status Date:**

07-AUG-2020

**Term:**

12 Month(s)

**Original Issue Date:**

16-OCT-1997

**Expiration Date*:**

31-AUG-2026

**Master:**

Y

**Duplicate:**

0

**Fee Code:**

### 09 - BEER AND WINE IMPORTER

**License Type Status:**

ACTIVE

**Status Date:**

07-AUG-2020

**Term:**

12 Month(s)

**Original Issue Date:**

16-OCT-1997

**Expiration Date*:**

31-AUG-2026

**Master:**

N

**Duplicate:**

1

**Fee Code:**

**Transfers:**

From License Number: 07-98468 Transferred On: 16-OCT-1997

## 12 - DISTILLED SPIRITS IMPORTER

**License Type Status:**

ACTIVE

**Status Date:**

07-AUG-2020

**Term:**

12 Month(s)

**Original Issue Date:**

16-OCT-1997

**Expiration Date*:**

31-AUG-2026

**Master:**

N

**Duplicate:**

1

**Fee Code:**

**Transfers:**

From License Number: 17-98468 Transferred On: 16-OCT-1997

## 17 - BEER AND WINE WHOLESALER

**License Type Status:**

ACTIVE

**Status Date:**

07-AUG-2020

**Term:**

12 Month(s)

**Original Issue Date:**

16-OCT-1997

**Expiration Date*:**

31-AUG-2026

**Master:**

Y

**Duplicate:**

0

**Fee Code:**

**Transfers:**

From License Number: 07-98468 Transferred On: 16-OCT-1997

## 22 - WINEBLENDER

**License Type Status:**

PENDING

**Status Date:**

02-DEC-2024

**Term:**

12 Month(s)

**Original Issue Date:**

**Expiration Date*:**

**Master:**

Y

**Duplicate:**

**Fee Code:**

P40-GL200K

**Transfers:**

**Transfers:**

From License Number: 17-98468 Transferred On: 16-OCT-1997

## 23 - SMALL BEER MANUFACTURER

**License Type Status:**

ACTIVE

**Status Date:**

23-AUG-2022

**Term:**

12 Month(s)

**Original Issue Date:**

12-MAY-2021

**Expiration Date*:**

30-APR-2026

**Master:**

Y

**Duplicate:**

0

**Fee Code:**

P40

**Transfers:**

## OPERATING RESTRICTIONS:

No Operating Restrictions found

---

## DISCIPLINARY ACTION:

No Active Disciplinary Action found

---

## DISCIPLINARY HISTORY:

No Disciplinary History found.

---

## HOLDS:

**Hold Type:**

FORM 220

**Hold Date:**

02-DEC-2024

## ESCROWS:

No Escrow found

---

## NOTIFICATIONS:

No notifications found

CALIFORNIA DEPARTMENT OF
**Alcoholic Beverage Control** Search

**Report Date:** Friday, February 06, 2026

## LICENSE INFORMATION

**License Number:**

333763

**Primary Owner:**

LEVECKE CORPORATION

**Office of Application:**

07 - RIVERSIDE

## BUSINESS NAME

LEVECKE CORPORATION

## BUSINESS ADDRESS

10810 INLAND AVE , JURUPA VALLEY, CA, 91752

**County:**

RIVERSIDE

**Census Tract:**

0405.03

## LICENSEE INFORMATION

**Licensee:**

LEVECKE CORPORATION

**Company Information**

OFFICER: LEVECKE, TIMOTHY JOSEPH (DIRECTOR)

OFFICER: LEVECKE, TIMOTHY JOSEPH (VICE PRESIDENT)

OFFICER: LEVECKE, TIMOTHY JOSEPH (CHAIRMAN)

(PRESIDENT)

OFFICER: LEVECKE, JOSEPH NEIL II
(DIRECTOR)

OFFICER: LEVECKE , JOSEPH ROBERT
(DIRECTOR)

OFFICER: LEVECKE , JOSEPH ROBERT
(SECRETARY/ASST SEC)

---

## LICENSE TYPES

*Allow up to six weeks for expiration date updates after renewal fee submittal.

### 07 - RECTIFIER

**License Type Status:** ACTIVE

**Status Date:** 07-AUG-2020

**Term:** 12 Month(s)

**Original Issue Date:** 16-OCT-1997

**Expiration Date*:** 31-AUG-2026

**Master:** Y

**Duplicate:** 0

**Fee Code:**

### 09 - BEER AND WINE IMPORTER

**License Type Status:** ACTIVE

**Status Date:** 07-AUG-2020

**Term:** 12 Month(s)

**Original Issue Date:** 16-OCT-1997

**Expiration Date*:** 31-AUG-2026

**Master:** N

**Duplicate:** 1

**Fee Code:**

**Transfers:**

From License Number: 07-98468 Transferred On: 16-OCT-1997

## 12 - DISTILLED SPIRITS IMPORTER

**License Type Status:**

ACTIVE

**Status Date:**

07-AUG-2020

**Term:**

12 Month(s)

**Original Issue Date:**

16-OCT-1997

**Expiration Date*:**

31-AUG-2026

**Master:**

N

**Duplicate:**

1

**Fee Code:**

**Transfers:**

From License Number: 17-98468 Transferred On: 16-OCT-1997

## 17 - BEER AND WINE WHOLESALER

**License Type Status:**

ACTIVE

**Status Date:**

07-AUG-2020

**Term:**

12 Month(s)

**Original Issue Date:**

16-OCT-1997

**Expiration Date*:**

31-AUG-2026

**Master:**

Y

**Duplicate:**

0

**Fee Code:**

**Transfers:**

From License Number: 07-98468 Transferred On: 16-OCT-1997

## 22 - WINEBLENDER

**License Type Status:**

PENDING

**Status Date:**

02-DEC-2024

**Term:**

12 Month(s)

**Original Issue Date:**

**Expiration Date*:**

**Master:**

Y

**Duplicate:**

**Fee Code:**

P40-GL200K

**Transfers:**

**Transfers:**

From License Number: 17-98468 Transferred On: 16-OCT-1997

## 23 - SMALL BEER MANUFACTURER

**License Type Status:**

ACTIVE

**Status Date:**

23-AUG-2022

**Term:**

12 Month(s)

**Original Issue Date:**

12-MAY-2021

**Expiration Date*:**

30-APR-2026

**Master:**

Y

**Duplicate:**

0

**Fee Code:**

P40

**Transfers:**

## OPERATING RESTRICTIONS:

No Operating Restrictions found

---

## DISCIPLINARY ACTION:

No Active Disciplinary Action found

---

## DISCIPLINARY HISTORY:

No Disciplinary History found.

---

## HOLDS:

**Hold Type:**

FORM 220

**Hold Date:**

02-DEC-2024

## ESCROWS:

No Escrow found

---

## NOTIFICATIONS:

No notifications found

CALIFORNIA DEPARTMENT OF
**Alcoholic Beverage Control**

Search

**Report Date:** Friday, February 06, 2026

## LICENSE INFORMATION

**License Number:** 588628

**Primary Owner:** LEVECKE CORPORATION

**Office of Application:** 07 - RIVERSIDE

## BUSINESS NAME

LEVECKE CORPORATION

## BUSINESS ADDRESS

10810 INLAND AVE , JURUPA VALLEY, CA, 91752

**County:** RIVERSIDE

**Census Tract:** 0405.03

## LICENSEE INFORMATION

**Licensee:** LEVECKE CORPORATION

**Company Information**

OFFICER: LEVECKE, TIMOTHY JOSEPH (DIRECTOR)

OFFICER: LEVECKE, TIMOTHY JOSEPH (VICE PRESIDENT)

OFFICER: LEVECKE, TIMOTHY JOSEPH (CHAIRMAN)

(PRESIDENT)

OFFICER: LEVECKE, JOSEPH NEIL II
(DIRECTOR)

OFFICER: LEVECKE , JOSEPH ROBERT
(DIRECTOR)

OFFICER: LEVECKE , JOSEPH ROBERT
(SECRETARY/ASST SEC)

---

## LICENSE TYPES

*Allow up to six weeks for expiration date updates after renewal fee submittal.

## 14 - PUBLIC WAREHOUSE

**License Type Status:**

ACTIVE

**Status Date:**

24-AUG-2018

**Term:**

12 Month(s)

**Original Issue Date:**

23-AUG-2018

**Expiration Date*:**

31-JUL-2026

**Master:**

Y

**Duplicate:**

0

**Fee Code:**

P40

**Transfers:**

## OPERATING RESTRICTIONS:

No Operating Restrictions found

---

## DISCIPLINARY ACTION:

No Active Disciplinary Action found

---

## DISCIPLINARY HISTORY:

No Disciplinary History found.

---

## HOLDS:

No Active Holds found

## ESCROWS:

No Escrow found

---

## NOTIFICATIONS:

No notifications found

**January 14, 2026**

| | | |
|---|---|---|
| **LEVECKE CORPORATION** | ) | **NOTICE OF ASSIGNMENT FOR** |
| | ) | **THE BENEFIT OF CREDITORS** |
| | ) | **AND DEADLINE FOR** |
| | ) | **SUBMITTING CLAIMS** |
| | ) | |

**TO ALL CREDITORS AND EQUITYHOLDERS OF LEVECKE CORPORATION AND OTHER PARTIES IN INTEREST:**

**PLEASE TAKE NOTICE** that on January 8, 2026, LeVecke Corporation ("LeVecke" or "Assignor"), a California corporation (EIN: 95-2137173) with offices at 10810 Inland Avenue, Mira Loma, California 91752, as assignor, made a General Assignment for the Benefit of Creditors (the "Assignment") to LeVecke (ABC), LLC ("Assignee"), a California limited liability company, as assignee, pursuant to California state law. The Assignment and the wind up and dissolution of Assignor previously was approved by Assignor's stockholders holding the requisite majority of the company's stock. Prior to the Assignment, a sale process and market check was pursued. After the sale process did not result in a buyer, LeVecke's senior secured creditor noticed and conducted a foreclosure sale of substantially all of LeVecke's assets used in the operation of LeVecke's business (the "Foreclosed Assets") pursuant to Article 9 of the California Commercial Code. The buyer at the foreclosure sale, LeVecke Beverage Group, LLC, is not affiliated with Assignee. Assignee understands that LeVecke Beverage Group, LLC is an entity formed to acquire the Foreclosed Assets in the foreclosure sale.

**PLEASE TAKE FURTHER NOTICE** that with the exception of the relationship created by the Assignment, and despite their similarity in name, Assignor and Assignee have no corporate affiliation to each other. A true and correct copy of the document evidencing the Assignment can be downloaded from the following website (https://levecke-abc.smartexchange.com).

**PLEASE TAKE FURTHER NOTICE** that all entities asserting any claim against Assignor must submit a proof of claim and proper supporting documentation no later than July 8, 2026 (the "Bar Date"). Claims can be filed electronically using a form located at the following landing page (https://levecke-abc.smartexchange.com). Alternatively, a statement regarding your claim and related documentation may be sent to the following address. You may include a self-addressed, stamped envelope with sufficient postage to confirm receipt:

LeVecke (ABC), LLC
c/o Claims Administration
231 Market Place, Suite 373
San Ramon, California 94583

Any claimant who fails to timely submit a claim, postmarked on or before the Bar Date, in accordance with the instructions set forth above, shall be barred from sharing in any distribution from the net liquidation proceeds, if applicable, and shall not receive any distribution from Assignee as it relates to this matter.

Dated: January 14, 2026

**BY: LeVecke (ABC), LLC**
**In its sole and limited capacity as**
**Assignee FBO Creditors of LeVecke**
**Corporation**
**231 Market Place, Suite 373**
**San Ramon, California 94583**
**United States**

CALIFORNIA DEPARTMENT OF
**Alcoholic Beverage Control**

Search

---

No license found for Company: levecke beverage group llc
Please make sure you have correct Company name.

**Try again.**

## DISCIPLINARY HISTORY:

No Disciplinary History found.

## HOLDS:

**Hold Type:**

FORM 220

**Hold Date:**

16-APR-2026

**Hold Type:**

NON-RETAIL LICENSING UNIT

**Hold Date:**

09-JUL-2026

## ESCROWS:

NONE, ,

## NOTIFICATIONS:

No notifications found

CALIFORNIA DEPARTMENT OF
# Alcoholic Beverage Control

Search

**Report Date:** Friday, July 17, 2026

## LICENSE INFORMATION

**License Number:**

678409

**Primary Owner:**

LEVECKE BEVERAGE GROUP LLC

**Office of Application:**

07 - RIVERSIDE

## BUSINESS ADDRESS

10810 INLAND AVE , JURUPA VALLEY, CA, 91752

**County:**

RIVERSIDE

**Census Tract:**

0405.03

## LICENSEE INFORMATION

**Licensee:**

LEVECKE BEVERAGE GROUP LLC

**Company Information**

OFFICER: BAILEY, SETH ADAM (MANAGER)

OFFICER: BAILEY, SETH ADAM (DIRECTOR)

OFFICER: CLIFFORD, CHRISTOPHER SHAYNE (DIRECTOR)

OFFICER: CLIFFORD, CHRISTOPHER SHAYNE (MANAGER)

OFFICER: LEVECKE BEVERAGE GROUP REVOCALE TRUST (MEMBER)

MEMBER: LEVECKE BEVERAGE GROUP REVOCALE TRUST

## LICENSE TYPES

*Allow up to six weeks for expiration date updates after renewal fee submittal.

### 07 - RECTIFIER

**License Type Status:**
PENDING

**Status Date:**
16-APR-2026

**Term:**
12 Month(s)

**Original Issue Date:**
**Expiration Date*:**
**Master:** Y
**Duplicate:**
**Fee Code:**

### 09 - BEER AND WINE IMPORTER

**License Type Status:**
PENDING

**Status Date:**
16-APR-2026

**Term:**
12 Month(s)

**Original Issue Date:**
**Expiration Date*:**
**Master:** N
**Duplicate:** 1
**Fee Code:**

P40

**Transfers:**

From License Number: 23-333763

## 12 - DISTILLED SPIRITS IMPORTER

**License Type Status:**

PENDING

**Status Date:**

16-APR-2026

**Term:**

12 Month(s)

**Original Issue Date:**

**Expiration Date*:**

**Master:** N

**Duplicate:** 1

**Fee Code:**

P40

**Transfers:**

From License Number: 23-333763

P40

**Transfers:**

From License Number: 23-333763

## 17 - BEER AND WINE WHOLESALER

**License Type Status:**

PENDING

**Status Date:**

16-APR-2026

**Term:**

12 Month(s)

**Original Issue Date:**

**Expiration Date*:**

**Master:** Y

**Duplicate:**

**Fee Code:**

P40

**Transfers:**

From License Number: 23-333763

## 23 - SMALL BEER MANUFACTURER

**License Type Status:**

PENDING

**Status Date:**

16-APR-2026

**Term:**

12 Month(s)

**Original Issue Date:**

**Expiration Date*:**

**Master:** Y

**Duplicate:**

**Fee Code:**

P40

**Transfers:**

From License Number: 23-333763

---

## OPERATING RESTRICTIONS:

No Operating Restrictions found

---

## DISCIPLINARY ACTION:

No Active Disciplinary Action found

---

## DISCIPLINARY HISTORY:

No Disciplinary History found.

---

## HOLDS:

**Hold Type:**

FORM 220

**Hold Date:**

16-APR-2026

**Hold Type:**

NON-RETAIL LICENSING UNIT

**Hold Date:**

09-JUL-2026

## ESCROWS:

NONE, ,

---

## NOTIFICATIONS:

No notifications found

CALIFORNIA DEPARTMENT OF

# Alcoholic Beverage Control

Search

Show 10 entries Search:

| License Number | Licensee Name | Business Name | Address | Status |
|---|---|---|---|---|
| 98468 | LEVECKE CORPORATION | | 1491 SANTA FE DR, TUSTIN, CA 92680 | 07-(CANCEL), 09-(CANCEL), 12-(CANCEL), 17-(CANCEL) |
| 333763 | LEVECKE CORPORATION | LEVECKE CORPORATION | 10810 INLAND AVE, JURUPA VALLEY, CA 91752-3235 | 07-(ACTIVE), 09-(ACTIVE), 12-(ACTIVE), 17-(ACTIVE), 23-(ACTIVE) |
| 333763 | LEVECKE CORPORATION | LEVECKE CORPORATION | 10810 INLAND AVE, JURUPA VALLEY, CA 91752-3235 | 22-(WTHDRN) |
| 512193 | LEVECKE CORPORATION | | 10855 PHILADELPHIA AVE, JURUPA VALLEY, CA 91752 | 14-(WTHDRN) |
| 515835 | LEVECKE CORPORATION | LEVECKE CORPORATION | 10855 PHILADELPHIA AVE, STE B, JURUPA VALLEY, CA 91752 | 09-(CANCEL), 12-(CANCEL), 17-(CANCEL), 18-(CANCEL) |
| 532346 | LEVECKE CORPORATION | LEVECKE CORPORATION | 3090 GRAPEVINE ST, MIRA LOMA, CA 91752-3500 | 09-(CANCEL), 12-(CANCEL), 17-(CANCEL), 18-(CANCEL) |
| 588628 | LEVECKE CORPORATION | LEVECKE CORPORATION | 10810 INLAND AVE, JURUPA VALLEY, CA 91752-3235 | 14-(ACTIVE) |
| 593596 | LEVECKE CORPORATION | LEVECKE CORPORATION | , | |

| License Number | Licensee Name | Business Name | Address | Status |
|---|---|---|---|---|
| 593833 | LEVECKE CORPORATION | LEVECKE CORPORATION | 10720 MULBERRY AVE, FONTANA, CA 92337-7062 | 09-(NREN), 17-(NREN) |
| 617574 | LEVECKE CORPORATION | LEVECKE CORPORATION | 12087 LANDON DR, JURUPA VALLEY, CA 91752 | 09-(ACTIVE), 12-(ACTIVE), 14-(ACTIVE), 17-(ACTIVE), 18-(ACTIVE) |

Showing 1 to 10 of 11 entries

Previous 1 2 Next

DOWNLOAD REPORT (CSV)

CALIFORNIA DEPARTMENT OF
**Alcoholic Beverage Control**

Search

**Report Date:** Friday, July 17, 2026

## LICENSE INFORMATION

**License Number:**
678409

**Primary Owner:**
LEVECKE BEVERAGE GROUP LLC

**Office of Application:**
07 - RIVERSIDE

## BUSINESS ADDRESS

10810 INLAND AVE , JURUPA VALLEY, CA, 91752

**County:**
RIVERSIDE

**Census Tract:**
0405.03

## LICENSEE INFORMATION

**Licensee:**
LEVECKE BEVERAGE GROUP LLC

**Company Information**

OFFICER: BAILEY, SETH ADAM (MANAGER)

OFFICER: BAILEY, SETH ADAM (DIRECTOR)

OFFICER: CLIFFORD, CHRISTOPHER SHAYNE (DIRECTOR)

OFFICER: CLIFFORD, CHRISTOPHER SHAYNE (MANAGER)

OFFICER: LEVECKE BEVERAGE GROUP REVOCALE TRUST (MEMBER)

MEMBER: LEVECKE BEVERAGE GROUP REVOCALE TRUST

---

## LICENSE TYPES

*Allow up to six weeks for expiration date updates after renewal fee submittal.

### 07 - RECTIFIER

**License Type Status:** PENDING

**Status Date:** 16-APR-2026

**Term:** 12 Month(s)

**Original Issue Date:**

**Expiration Date*:**

**Master:** Y

**Duplicate:**

**Fee Code:**

### 09 - BEER AND WINE IMPORTER

**License Type Status:** PENDING

**Status Date:** 16-APR-2026

**Term:** 12 Month(s)

**Original Issue Date:**

**Expiration Date*:**

**Master:** N

**Duplicate:** 1

**Fee Code:**

P40

**Transfers:**

From License Number: 23-333763

## 12 - DISTILLED SPIRITS IMPORTER

**License Type Status:**

PENDING

**Status Date:**

16-APR-2026

**Term:**

12 Month(s)

**Original Issue Date:**

**Expiration Date*:**

**Master:** N

**Duplicate:** 1

**Fee Code:**

P40

**Transfers:**

From License Number: 23-333763

P40

**Transfers:**

From License Number: 23-333763

## 17 - BEER AND WINE WHOLESALER

**License Type Status:**

PENDING

**Status Date:**

16-APR-2026

**Term:**

12 Month(s)

**Original Issue Date:**

**Expiration Date*:**

**Master:** Y

**Duplicate:**

**Fee Code:**

P40

**Transfers:**

From License Number: 23-333763

## 23 - SMALL BEER MANUFACTURER

**License Type Status:**

PENDING

**Status Date:**

16-APR-2026

**Term:**

12 Month(s)

**Original Issue Date:**

**Expiration Date*:**

Y

**Master:**

**Duplicate:**

**Fee Code:**

P40

**Transfers:**

From License Number: 23-333763

---

## OPERATING RESTRICTIONS:

No Operating Restrictions found

---

## DISCIPLINARY ACTION:

No Active Disciplinary Action found

---