**EXHIBIT H**

### Faxing & Scanning

Need to fax or scan important documents? We make the process easy and convenient at The UPS Store San Ramon.

FAXING & SCANNING >

# About The UPS Store San Ramon Marketplace

ABOUT STORE SERVICES

## The UPS Store San Ramon Marketplace

The UPS Store in San Ramon, CA is here to help individuals and small businesses by offering a wide range of products and services. We are locally owned and operated and conveniently located at 231 Market Pl.

While we're your local packing and shipping experts, we do much more. The UPS Store is your local print shop in 94583, providing professional printing services to market your small business or to help you complete your personal project or presentation. We offer secure mailbox and package acceptance services, document shredding, office

Contact Us

### Connect with Us

Case: 1:26-cv-01810-JPC Doc #: 1-8 Filed: 08/03/26 2 of 6. PageID #: 141

and mailing supplies, faxing, scanning and more. Everything for your small business, even shipping.

## Areas Served

San Ramon, CA

## Languages Spoken

English, Hindi, Spanish

## Accepted Payments

- American Express
- Google Pay™
- Apple Pay®
- Cash
- Check
- Discover
- MasterCard
- Samsung Pay®
- Visa

## Store Features

- In-Store Shopping

# Frequently Asked Questions

Ask us anything about this location

We're open 7 days a week



## On Campus. On Time.

Get 20% off packing and our money back guarantee** on UPS® Air shipping, exclusively at The UPS Store® retail locations. Terms and conditions apply.

THE UPS STORE | Ship & Pack | Print | Mailboxes | More Services | Estimate Shipping | Track Package | EN ES




THE UPS STORE #766

# The UPS Store San Ramon Marketplace

**Open Now** • Closes at 6:30 PM

## Hours of Operation

**Store Hours - Open 7 Days**

Open Now - Closes at 6:30 PM

**UPS Air Pickup Times**

Last Pickup Today at 5:15 PM

**UPS Ground Pickup Times**

Last Pickup Today at 5:15 PM

**Notary Hours**

Available until 4:00 PM.

231 Market Pl
San Ramon, CA 94583

Market Place Shopping Center

(925) 275-9590

(925) 275-9695

store0766@theupsstore.com

Estimate Shipping Cost

Contact Us

Schedule Appointment

Get directions, store hours & UPS pickup times. If you need printing, shipping, shredding, or mailbox services, visit us at 231 Market Pl. Locally owned and operated.

Get Directions

Design & Print Now >

# Ace the Start of the Semester

Case: 1:26-cv-01810-JPC Doc #: 1-8 Filed: 08/03/26 5 of 6. PageID #: 144



# Mailbox Services in San Ramon

## The key to more convenience.

You're busy running your business, so let us take care of your mail, packages and deliveries.

Just like the keys to your home, car and office, the keys to your mailbox at your local The UPS Store location are an important part of your everyday business. Our mailboxes offer quick and easy access and are kept in a secure location. In simplest terms, when you put us on your key ring, your business stays on track.

Download our Mailbox Service Agreement or contact us to get started.

## Getting started is easy!

Download our Mailbox Service Agreement or contact us today.

Contact Us

Download Mailbox Agreement

# Private Mailbox Features



## A Real Street Address

Why just rent a mailbox? Your private mailbox from The UPS Store San Ramon Marketplace comes with a real street address, which provides a more professional and established image for your small business or personal brand.

Example:
Sally's Cupcakes
#105
231 Market Pl
San Ramon, CA



## Secure Package Acceptance

Your mail and packages should stay secure and confidential. We accept your packages from all carriers, so you'll never miss a delivery or risk having it stolen when its just left at your door. We also offer Package and Mail Receipt Notifications so you'll receive a text or email when your mail and packages arrive.




## Mail Holding & Forwarding

We'll hold your packages in a secure location for pickup at your convenience or forward them to wherever you are. This is a great option if you need a local mailing address in San Ramon, CA while you are traveling, working remotely or conducting business elsewhere.