**EXHIBIT J**

*Carl LeVecke*
*Office: (951) 968-7201*
*carllevecke@levecke.com*
*www.levecke.com*
**LEVECKE**

Book time to meet with me

---

**From:** Tyler Sheehan <TSheehan@tql.com>
**Sent:** Thursday, February 26, 2026 4:57 PM
**To:** 'sar@meierwine.com' <sar@meierwine.com>
**Cc:** Carl LeVecke <carllevecke@levecke.com>; Team Sheehan <TeamSheehan@tql.com>
**Subject:** PO 27241 BOL

BOL attached for the totes on PO 27241

Thank you,

**Tyler K. Sheehan**
SR. Account Executive – Sales Team Leader
Office Phone: 513-831-2600 / 800-580-3101 ext: 46036
Cell Phone: 513-313-2001 (Available 24/7/365)
tsheehan@tql.com
www.TQL.com
TQL
TOTAL QUALITY LOGISTICS

**Robert McIntyre**

**From:** Lavinia Wang <lwang@naeh.com>
**Sent:** Friday, February 27, 2026 1:55 PM
**To:** Robert McIntyre
**Subject:** Fw: CNS -Bartow - Levecke

Best Regards,

Lavinia Wang
Associate | Commercial
E: lwang@naeh.com P: +1 863 224 1528 W: www.naeh.com

Important: The information transmitted by this email is intended only for the person or entity to which it is addressed. This email may contain proprietary, business-confidential and/or privileged material. If you are not the intended recipient of this message, be aware that any use, review, retransmission, distribution, reproduction or any action taken in reliance upon this message is strictly prohibited. If you received this in error, please contact the sender and delete the material from all computers.

---

**From:** Lavinia Wang <lwang@naeh.com>
**Sent:** Tuesday, February 24, 2026 9:31 PM
**To:** Carl LeVecke <carllevecke@levecke.com>
**Cc:** genau <genau@genaubrasil.net>; Joseph Freitas <jfreitas@naeh.com>; Vagner Marques <vmarques@naeh.com>; Jim Muntz <jmuntz@bartowethanol.com>; Jason LeVecke <jasonlevecke@levecke.com>; Lucas Araujo <finance@naeh.com>
**Subject:** Re: CNS -Bartow - Levecke

Hello Carl,

Great to hear from you.

Each tote holds 270 WG. We're fully prepared to proceed when you are ready.

Best Regards,

Lavinia Wang
Associate | Commercial
E: lwang@naeh.com P: +1 863 224 1528 W: www.naeh.com

Important: The information transmitted by this email is intended only for the person or entity to which it is addressed. This email may contain proprietary, business-confidential and/or privileged material. If you are not the intended recipient of this message, be aware that any use, review, retransmission, distribution, reproduction or any action taken in reliance upon this message is strictly prohibited. If you received this in error, please contact the sender and delete the material from all computers.

---

**From:** Carl LeVecke <carllevecke@levecke.com>
**Sent:** Tuesday, February 24, 2026 9:06 PM
**To:** Lucas Araujo <finance@naeh.com>

**Robert McIntyre**

| | |
|---|---|
| **From:** | Lavinia Wang <lwang@naeh.com> |
| **Sent:** | Friday, February 27, 2026 1:55 PM |
| **To:** | Robert McIntyre |
| **Subject:** | Fw: CNS -Bartow - Levecke |

Best Regards,

Lavinia Wang
Associate I Commercial
E: lwang@naeh.com P: +1 863 224 1528 W: www.naeh.com

Important: The information transmitted by this email is intended only for the person or entity to which it is addressed. This email may contain proprietary, business-confidential and/or privileged material. If you are not the intended recipient of this message, be aware that any use, review, retransmission, distribution, reproduction or any action taken in reliance upon this message is strictly prohibited. If you received this in error, please contact the sender and delete the material from all computers.

---

**From:** Lavinia Wang <lwang@naeh.com>
**Sent:** Tuesday, February 24, 2026 9:31 PM
**To:** Carl LeVecke <carllevecke@levecke.com>
**Cc:** genau <genau@genaubrasil.net>; Joseph Freitas <jfreitas@naeh.com>; Vagner Marques <vmarques@naeh.com>; Jim Muntz <jmuntz@bartowethanol.com>; Jason LeVecke <jasonlevecke@levecke.com>; Lucas Araujo <finance@naeh.com>
**Subject:** Re: CNS -Bartow - Levecke

Hello Carl,

Great to hear from you.

Each tote holds 270 WG. We're fully prepared to proceed when you are ready.

Best Regards,

Lavinia Wang
Associate I Commercial
E: lwang@naeh.com P: +1 863 224 1528 W: www.naeh.com

Important: The information transmitted by this email is intended only for the person or entity to which it is addressed. This email may contain proprietary, business-confidential and/or privileged material. If you are not the intended recipient of this message, be aware that any use, review, retransmission, distribution, reproduction or any action taken in reliance upon this message is strictly prohibited. If you received this in error, please contact the sender and delete the material from all computers.

---

**From:** Carl LeVecke <carllevecke@levecke.com>
**Sent:** Tuesday, February 24, 2026 9:06 PM
**To:** Lucas Araujo <finance@naeh.com>

**Cc:** genau <genau@genaubrasil.net>; Joseph Freitas <jfreitas@naeh.com>; Vagner Marques <vmarques@naeh.com>; Jim Muntz <jmuntz@bartowethanol.com>; Lavinia Wang <lwang@naeh.com>; Jason LeVecke <jasonlevecke@levecke.com>
**Subject:** Re: CNS -Bartow - Levecke

Hello all...

Working on getting the CNS paid for shortly as soon as we can...we have no product to run next week due to no wine.

The Wine (WFC) amount we will need is 1,775 gallons in total...don't know size of Totes you use.

Thank you.

*Carl LeVecke*
*Office: (951) 968-7201*
*carllevecke@levecke.com*
*www.levecke.com*
LEVECKE

Book time to meet with me

---

**From:** Lucas Araujo <finance@naeh.com>
**Sent:** Monday, February 16, 2026 8:14 AM
**To:** Carl LeVecke <carllevecke@levecke.com>
**Cc:** genau <genau@genaubrasil.net>; Joseph Freitas <jfreitas@naeh.com>; Vagner Marques <vmarques@naeh.com>; Jim Muntz <jmuntz@bartowethanol.com>; Lavinia Wang <lwang@naeh.com>; Jason LeVecke <jasonlevecke@levecke.com>
**Subject:** RE: CNS -Bartow - Levecke

Hi Carl,

Please see updated CNS and wine invoices. 2.5 loads of CNS and equivalent in wine (5 totes).
Wine will be available for pickup as soon as payment is made on the CNS.

Please let me know if you have any questions.

Thanks,

Lucas Araujo
Coordinator I Finance
E: finance@naeh.com P: +1 863 224 1527 W: www.naeh.com

*Important: The information transmitted by this email is intended only for the person or entity to which it is addressed. This email may contain proprietary, business-confidential and/or privileged material. If you are not the intended recipient of this message, be aware that any use review, retransmission, distribution, reproduction or any action taken in reliance upon this message is strictly prohibited. If you received this in error, please contact the sender and delete the material from all computers.*

---

**From:** Carl LeVecke <carllevecke@levecke.com>
**Sent:** Friday, February 13, 2026 6:12 PM

**Cc:** genau <genau@genaubrasil.net>; Joseph Freitas <jfreitas@naeh.com>; Vagner Marques <vmarques@naeh.com>; Jim Muntz <jmuntz@bartowethanol.com>; Lavinia Wang <lwang@naeh.com>; Jason LeVecke <jasonlevecke@levecke.com>
**Subject:** Re: CNS -Bartow - Levecke

Hello all...

Working on getting the CNS paid for shortly as soon as we can...we have no product to run next week due to no wine.

The Wine (WFC) amount we will need is 1,775 gallons in total...don't know size of Totes you use.

Thank you.

*Carl LeVecke*
*Office: (951) 968-7201*
*carllevecke@levecke.com*
*www.levecke.com*
LEVECKE

Book time to meet with me

---

**From:** Lucas Araujo <finance@naeh.com>
**Sent:** Monday, February 16, 2026 8:14 AM
**To:** Carl LeVecke <carllevecke@levecke.com>
**Cc:** genau <genau@genaubrasil.net>; Joseph Freitas <jfreitas@naeh.com>; Vagner Marques <vmarques@naeh.com>; Jim Muntz <jmuntz@bartowethanol.com>; Lavinia Wang <lwang@naeh.com>; Jason LeVecke <jasonlevecke@levecke.com>
**Subject:** RE: CNS -Bartow - Levecke

Hi Carl,

Please see updated CNS and wine invoices. 2.5 loads of CNS and equivalent in wine (5 totes).
Wine will be available for pickup as soon as payment is made on the CNS.

Please let me know if you have any questions.

Thanks,

Lucas Araujo
Coordinator I Finance
**E:** finance@naeh.com **P:** +1 863 224 1527 **W:** www.naeh.com

*Important: The information transmitted by this email is intended only for the person or entity to which it is addressed. This email may contain proprietary, business-confidential and/or privileged material. If you are not the intended recipient of this message, be aware that any use review, retransmission, distribution, reproduction or any action taken in reliance upon this message is strictly prohibited. If you received this in error, please contact the sender and delete the material from all computers.*

---

**From:** Carl LeVecke <carllevecke@levecke.com>
**Sent:** Friday, February 13, 2026 6:12 PM

**To:** Lucas Araujo <finance@naeh.com>
**Cc:** genau <genau@genaubrasil.net>; Joseph Freitas <jfreitas@naeh.com>; Vagner Marques <vmarques@naeh.com>; Jim Muntz <jmuntz@bartowethanol.com>; Lavinia Wang <lwang@naeh.com>; Jason LeVecke <jasonlevecke@levecke.com>
**Subject:** Re: CNS -Bartow - Levecke

Forgive me...and I'm representing the partners of LeVecke Beverage Group

We received 3 from Brazil under LBG and that is what Lavinia sent to us on Wednesday

Need to subtract the tanker that picked up from the 3 invoices.....invoices of 4.5 doesn't match up the 3

I send only with the best of intentions and apologetic to the position you are in.

Appreciate the willingness to work with us...we will pay the 2.5 ish CNS when able soon, then we will pick up the wine.

Have a great weekend!

***Carl LeVecke***
*Office: (951) 968-7201*
*carllevecke@levecke.com*
*www.levecke.com*
LEVECKE

Book time to meet with me

---

**From:** Lucas Araujo <finance@naeh.com>
**Sent:** Friday, February 13, 2026 1:37 PM
**To:** Carl LeVecke <carllevecke@levecke.com>
**Cc:** genau <genau@genaubrasil.net>; Joseph Freitas <jfreitas@naeh.com>; Vagner Marques <vmarques@naeh.com>; Jim Muntz <jmuntz@bartowethanol.com>; Lavinia Wang <lwang@naeh.com>
**Subject:** CNS -Bartow - Levecke

Good afternoon Carl,

Please see attached for CNS invoice, and Wine sale order.

CNS invoice for the 4.5 loads of CNS. This corresponds to 8 totes of the Wine.

Once the CNS is paid for, you will be able to schedule pick up for Wine. Wine invoice will be NET 30.

Please reach out if you have any questions.

Thanks,

LA Lucas Araujo Chat Shared Storyline

I'm not sure what Carl's email means

Lucas Araujo Yesterday 6:25 PM

He wants to pay for 2 loads of CNS and get enough wine for 4.5

Because he has the 4.5 loads of CNS

But only 3 was received by Levecke Beverage Group

The others were received under 'old Levecke'

Yesterday 6:27 PM

So he's saying he wants those for free

Lucas Araujo Yesterday 6:27 PM

If it were me I'd tell him to kick rocks...
But my guess is we will update the invoice to match the 2.5 loads of CNS and 5 wines

> Joseph Freitas 2/13/2026 6:27 PM
> So he's saying he wants those for free

That's exactly what he is saying...

These people have 0 morals

Yesterday 6:28 PM

Thanks bro

Lucas Araujo Yesterday 6:30 PM

All the paper work on the load we picked up say Levecke corporation. I saw we still charge them for 3 loads of CNS . And only give them wine if they prepay for those too.

Yesterday 6:32 PM

. You're never going to pay us. Especially once we follow the lawsuit next week

Best Regards,
Joseph Freitas
Joseph's Availability

Joseph Freitas

CFO

**E:** jfreitas@naeh.com **P:** +1 423 316 9014 **W:** www.naeh.com

NAEH.com

Important: The information transmitted by this email is intended only for the person or entity to which it is addressed. This email may contain proprietary, business-confidential and/or privileged material. If you are not the intended recipient of this message, be aware that any use, review, retransmission, distribution, reproduction or any action taken in reliance upon this message is strictly prohibited. If you received this in error, please contact the sender and delete the material from all computers.

---

**From:** Carl LeVecke <carllevecke@levecke.com>
**Sent:** Friday, February 13, 2026 6:12 PM
**To:** Lucas Araujo <finance@naeh.com>
**Cc:** genau <genau@genaubrasil.net>; Joseph Freitas <jfreitas@naeh.com>; Vagner Marques <vmarques@naeh.com>; Jim Muntz <jmuntz@bartowethanol.com>; Lavinia Wang <lwang@naeh.com>; Jason LeVecke <jasonlevecke@levecke.com>
**Subject:** Re: CNS -Bartow - Levecke

Forgive me...and I'm representing the partners of LeVecke Beverage Group

We received 3 from Brazil under LBG and that is what Lavinia sent to us on Wednesday

Need to subtract the tanker that picked up from the 3 invoices.....invoices of 4.5 doesn't match up the 3

I send only with the best of intentions and apologetic to the position you are in.

Appreciate the willingness to work with us...we will pay the 2.5 ish CNS when able soon, then we will pick up the wine.

Have a great weekend!

*Carl LeVecke*
*Office: (951) 968-7201*
*carllevecke@levecke.com*
*www.levecke.com*
LEVECKE

Book time to meet with me

---

**From:** Lucas Araujo <finance@naeh.com>
**Sent:** Friday, February 13, 2026 1:37 PM
**To:** Carl LeVecke <carllevecke@levecke.com>
**Cc:** genau <genau@genaubrasil.net>; Joseph Freitas <jfreitas@naeh.com>; Vagner Marques <vmarques@naeh.com>; Jim Muntz <jmuntz@bartowethanol.com>; Lavinia Wang <lwang@naeh.com>
**Subject:** CNS -Bartow - Levecke

Good afternoon Carl,

Please see attached for CNS invoice, and Wine sale order.

CNS invoice for the 4.5 loads of CNS. This corresponds to 8 totes of the Wine.

Once the CNS is paid for, you will be able to schedule pick up for Wine. Wine invoice will be NET 30.

Please reach out if you have any questions.

Thanks,

Lucas Araujo
Coordinator | Finance
**E:** finance@naeh.com **P:** +1 863 224 1527 **W:** www.naeh.com

*Important: The information transmitted by this email is intended only for the person or entity to which it is addressed. This email may contain proprietary, business-confidential and/or privileged material. If you are not the intended recipient of this message, be aware that any use review, retransmission, distribution, reproduction or any action taken in reliance upon this message is strictly prohibited. If you received this in error, please contact the sender and delete the material from all computers.*

**To:** Lucas Araujo <finance@naeh.com>
**Cc:** genau <genau@genaubrasil.net>; Joseph Freitas <jfreitas@naeh.com>; Vagner Marques <vmarques@naeh.com>; Jim Muntz <jmuntz@bartowethanol.com>; Lavinia Wang <lwang@naeh.com>; Jason LeVecke <jasonlevecke@levecke.com>
**Subject:** Re: CNS -Bartow - Levecke

Forgive me...and I'm representing the partners of LeVecke Beverage Group

We received 3 from Brazil under LBG and that is what Lavinia sent to us on Wednesday

Need to subtract the tanker that picked up from the 3 invoices.....invoices of 4.5 doesn't match up the 3

I send only with the best of intentions and apologetic to the position you are in.

Appreciate the willingness to work with us...we will pay the 2.5 ish CNS when able soon, then we will pick up the wine.

Have a great weekend!

***Carl LeVecke***
*Office: (951) 968-7201*
*carllevecke@levecke.com*
*www.levecke.com*
LEVECKE

Book time to meet with me

---

**From:** Lucas Araujo <finance@naeh.com>
**Sent:** Friday, February 13, 2026 1:37 PM
**To:** Carl LeVecke <carllevecke@levecke.com>
**Cc:** genau <genau@genaubrasil.net>; Joseph Freitas <jfreitas@naeh.com>; Vagner Marques <vmarques@naeh.com>; Jim Muntz <jmuntz@bartowethanol.com>; Lavinia Wang <lwang@naeh.com>
**Subject:** CNS -Bartow - Levecke

Good afternoon Carl,

Please see attached for CNS invoice, and Wine sale order.

CNS invoice for the 4.5 loads of CNS. This corresponds to 8 totes of the Wine.

Once the CNS is paid for, you will be able to schedule pick up for Wine. Wine invoice will be NET 30.

Please reach out if you have any questions.

Thanks,

Lucas Araujo

Coordinator I Finance

**E:** finance@naeh.com **P:** +1 863 224 1527 **W:** www.naeh.com

*Important: The information transmitted by this email is intended only for the person or entity to which it is addressed. This email may contain proprietary, business-confidential and/or privileged material. If you are not the intended recipient of this message, be aware that any use review, retransmission, distribution, reproduction or any action taken in reliance upon this message is strictly prohibited. If you received this in error, please contact the sender and delete the material from all computers.*

**Robert McIntyre**

**From:** Lavinia Wang <lwang@naeh.com>
**Sent:** Friday, February 27, 2026 1:54 PM
**To:** Robert McIntyre
**Subject:** Fw: PO 27241 BOL

Best Regards,

Lavinia Wang
Associate | Commercial
E: lwang@naeh.com P: +1 863 224 1528 W: www.naeh.com

Important: The information transmitted by this email is intended only for the person or entity to which it is addressed. This email may contain proprietary, business-confidential and/or privileged material. If you are not the intended recipient of this message, be aware that any use, review, retransmission, distribution, reproduction or any action taken in reliance upon this message is strictly prohibited. If you received this in error, please contact the sender and delete the material from all computers.

---

**From:** Lavinia Wang <lwang@naeh.com>
**Sent:** Thursday, February 26, 2026 8:12 PM
**To:** Carl LeVecke <carllevecke@levecke.com>; Marcos Avila <mavila@levecke.com>; Miguel Zarraga <mzarraga@levecke.com>
**Subject:** Re: PO 27241 BOL

BOL received, thank you. I'll share this with our team.

The shipment will be released once payment is confirmed.

Best Regards,

Lavinia Wang
Associate | Commercial
E: lwang@naeh.com P: +1 863 224 1528 W: www.naeh.com

Important: The information transmitted by this email is intended only for the person or entity to which it is addressed. This email may contain proprietary, business-confidential and/or privileged material. If you are not the intended recipient of this message, be aware that any use, review, retransmission, distribution, reproduction or any action taken in reliance upon this message is strictly prohibited. If you received this in error, please contact the sender and delete the material from all computers.

---

**From:** Carl LeVecke <carllevecke@levecke.com>
**Sent:** Thursday, February 26, 2026 8:04 PM
**To:** Lavinia Wang <lwang@naeh.com>; Marcos Avila <mavila@levecke.com>; Miguel Zarraga <mzarraga@levecke.com>
**Subject:** Fw: PO 27241 BOL

**From:** Lavinia Wang <lwang@naeh.com>
**Sent:** Wednesday, February 11, 2026 9:29 AM
**To:** Carl LeVecke <carllevecke@levecke.com>; Lucas Araujo <finance@naeh.com>; genau <genau@genaubrasil.net>; Jason LeVecke <jasonlevecke@levecke.com>
**Cc:** Joseph Freitas <jfreitas@naeh.com>; Vagner Marques <vmarques@naeh.com>; Jim Muntz <jmuntz@bartowethanol.com>; Steve Gertman <sgertman@levecke.com>
**Subject:** Re: CNS Pick up

Hello Carl,

Please see the attached invoices. The wine is ready for pick up.

Best Regards,

Lavinia Wang
Associate | Commercial
E: lwang@naeh.com P: +1 863 224 1528 W: www.naeh.com

Important: The information transmitted by this email is intended only for the person or entity to which it is addressed. This email may contain proprietary, business-confidential and/or privileged material. If you are not the intended recipient of this message, be aware that any use, review, retransmission, distribution, reproduction or any action taken in reliance upon this message is strictly prohibited. If you received this in error, please contact the sender and delete the material from all computers.

**From:** Carl LeVecke <carllevecke@levecke.com>
**Sent:** Tuesday, February 10, 2026 7:51 PM
**To:** Lucas Araujo <finance@naeh.com>; Lavinia Wang <lwang@naeh.com>; genau <genau@genaubrasil.net>; Jason LeVecke <jasonlevecke@levecke.com>
**Cc:** Joseph Freitas <jfreitas@naeh.com>; Vagner Marques <vmarques@naeh.com>; Jim Muntz <jmuntz@bartowethanol.com>; Steve Gertman <sgertman@levecke.com>
**Subject:** Re: CNS Pick up

After this load departed.....

We now have roughly 29,500 wg remaining of unusable CNS

If you provided a quote for 8 totes of Wine that should fulfill the use up of the CNS.

Please send any invoices for CNS that were received after January 7th.

Thank you all.

***Carl LeVecke***
*Office: (951) 968-7201*
*carllevecke@levecke.com*
*www.levecke.com*

LEVECKE

Book time to meet with me

**From:** Brianna Burgess <bburgess@levecke.com>
**Sent:** Tuesday, February 10, 2026 1:49 PM
**To:** Lucas Araujo <finance@naeh.com>; Carl LeVecke <carllevecke@levecke.com>; Marcos Avila <mavila@levecke.com>; Lavinia Wang <lwang@naeh.com>
**Cc:** Joseph Freitas <jfreitas@naeh.com>; Vagner Marques <vmarques@naeh.com>; Natacha Veloz <nveloz@levecke.com>
**Subject:** RE: CNS Pick up

The was shipped out, please see attached.

***Brianna Burgess***
*Blending Manager*
*Phone: (626) 260-5243*
*bburgess@levecke.com*
*www.levecke.com*
LEVECKE

**From:** Lucas Araujo <finance@naeh.com>
**Sent:** Tuesday, February 10, 2026 1:18 PM
**To:** Brianna Burgess <bburgess@levecke.com>; Carl LeVecke <carllevecke@levecke.com>; Marcos Avila <mavila@levecke.com>; Lavinia Wang <lwang@naeh.com>
**Cc:** Joseph Freitas <jfreitas@naeh.com>; Vagner Marques <vmarques@naeh.com>
**Subject:** RE: CNS Pick up

Please see attached.

Lucas Araujo
Coordinator I Finance
**E:** finance@naeh.com **P:** +1 863 224 1527 **W:** www.naeh.com

*Important: The information transmitted by this email is intended only for the person or entity to which it is addressed. This email may contain proprietary, business-confidential and/or privileged material. If you are not the intended recipient of this message, be aware that any use review, retransmission, distribution, reproduction or any action taken in reliance upon this message is strictly prohibited. If you received this in error, please contact the sender and delete the material from all computers.*

**From:** Brianna Burgess <bburgess@levecke.com>
**Sent:** Tuesday, February 10, 2026 3:43 PM
**To:** Lucas Araujo <finance@naeh.com>; Carl LeVecke <carllevecke@levecke.com>; Marcos Avila <mavila@levecke.com>;

Lavinia Wang <lwang@naeh.com>
**Cc:** Joseph Freitas <jfreitas@naeh.com>; Vagner Marques <vmarques@naeh.com>
**Subject:** Re: CNS Pick up

Thank you,
Could you help provide the SDS for this?

Brianna Burgess
Blending Manager
626-260-5243

---

**From:** Lucas Araujo <finance@naeh.com>
**Sent:** Tuesday, February 10, 2026 12:31:05 PM
**To:** Brianna Burgess <bburgess@levecke.com>; Carl LeVecke <carllevecke@levecke.com>; Marcos Avila <mavila@levecke.com>; Lavinia Wang <lwang@naeh.com>
**Cc:** Joseph Freitas <jfreitas@naeh.com>; Vagner Marques <vmarques@naeh.com>
**Subject:** RE: CNS Pick up

Hi Brianna,

Bartow thought they had a TIB on file with your facility. However, they only have the TIB on file to send product, not receive it. They have filed the request with the TTB, just waiting on approval.

Thanks,

Lucas Araujo
Coordinator I Finance
**E:** finance@naeh.com **P:** +1 863 224 1527 **W:** www.naeh.com

*Important: The information transmitted by this email is intended only for the person or entity to which it is addressed. This email may contain proprietary, business-confidential and/or privileged material. If you are not the intended recipient of this message, be aware that any use review, retransmission, distribution, reproduction or any action taken in reliance upon this message is strictly prohibited. If you received this in error, please contact the sender and delete the material from all computers.*

---

**From:** Brianna Burgess <bburgess@levecke.com>
**Sent:** Tuesday, February 10, 2026 2:58 PM
**To:** Lucas Araujo <finance@naeh.com>; Carl LeVecke <carllevecke@levecke.com>; Marcos Avila <mavila@levecke.com>; Lavinia Wang <lwang@naeh.com>
**Cc:** Joseph Freitas <jfreitas@naeh.com>; Vagner Marques <vmarques@naeh.com>
**Subject:** Re: CNS Pick up

Do we know when we will have TIB?

Brianna Burgess
Blending Manager
626-260-5243

---

**From:** Lucas Araujo <finance@naeh.com>
**Sent:** Tuesday, February 10, 2026 11:09:30 AM

**To:** Carl LeVecke <carllevecke@levecke.com>; Brianna Burgess <bburgess@levecke.com>; Marcos Avila <mavila@levecke.com>; Lavinia Wang <lwang@naeh.com>
**Cc:** Joseph Freitas <jfreitas@naeh.com>; Vagner Marques <vmarques@naeh.com>
**Subject:** RE: CNS Pick up

Hi Carl,

It's going back to Bartow.

Bartow Ethanol of FL. L.C 1705 E. Mann Rd

Waiting on copy of TIB.

Thanks,

Lucas Araujo
Coordinator I Finance
E: finance@naeh.com P: +1 863 224 1527 W: www.naeh.com

*Important: The information transmitted by this email is intended only for the person or entity to which it is addressed. This email may contain proprietary, business-confidential and/or privileged material. If you are not the intended recipient of this message, be aware that any use review, retransmission, distribution, reproduction or any action taken in reliance upon this message is strictly prohibited. If you received this in error, please contact the sender and delete the material from all computers.*

---

**From:** Carl LeVecke <carllevecke@levecke.com>
**Sent:** Tuesday, February 10, 2026 2:06 PM
**To:** Lucas Araujo <finance@naeh.com>; Brianna Burgess <bburgess@levecke.com>; Marcos Avila <mavila@levecke.com>; Lavinia Wang <lwang@naeh.com>
**Cc:** Joseph Freitas <jfreitas@naeh.com>; Vagner Marques <vmarques@naeh.com>
**Subject:** Re: CNS Pick up

We are on another email thread with Lavinia...attached

We can't let it depart till we know it's destination

*Carl LeVecke*
*Office: (951) 968-7201*
*carllevecke@levecke.com*
*www.levecke.com*
LEVECKE

Book time to meet with me

---

**From:** Lucas Araujo <finance@naeh.com>
**Sent:** Tuesday, February 10, 2026 10:58 AM
**To:** Carl LeVecke <carllevecke@levecke.com>; Brianna Burgess <bburgess@levecke.com>; Marcos Avila <mavila@levecke.com>

**Cc:** Joseph Freitas <jfreitas@naeh.com>; Vagner Marques <vmarques@naeh.com>
**Subject:** RE: CNS Pick up

Thank you for the update Carl.

Lucas Araujo
Coordinator I Finance
**E:** finance@naeh.com **P:** +1 863 224 1527 **W:** www.naeh.com

*Important: The information transmitted by this email is intended only for the person or entity to which it is addressed. This email may contain proprietary, business-confidential and/or privileged material. If you are not the intended recipient of this message, be aware that any use review, retransmission, distribution, reproduction or any action taken in reliance upon this message is strictly prohibited. If you received this in error, please contact the sender and delete the material from all computers.*

---

**From:** Carl LeVecke <carllevecke@levecke.com>
**Sent:** Tuesday, February 10, 2026 12:20 PM
**To:** Lucas Araujo <finance@naeh.com>; Brianna Burgess <bburgess@levecke.com>; Marcos Avila <mavila@levecke.com>
**Cc:** Joseph Freitas <jfreitas@naeh.com>; Vagner Marques <vmarques@naeh.com>
**Subject:** Re: CNS Pick up

Let's pause the other pickups for now....just spoke with Aquinaldo.

Brianna is loading the tanker as we email.

*Carl LeVecke*
*Office: (951) 968-7201*
*carllevecke@levecke.com*
*www.levecke.com*
LEVECKE

Book time to meet with me

---

**From:** Lucas Araujo <finance@naeh.com>
**Sent:** Tuesday, February 10, 2026 8:45 AM
**To:** Brianna Burgess <bburgess@levecke.com>; Carl LeVecke <carllevecke@levecke.com>; Marcos Avila <mavila@levecke.com>
**Cc:** Joseph Freitas <jfreitas@naeh.com>; Vagner Marques <vmarques@naeh.com>
**Subject:** RE: CNS Pick up

Hi Brianna,

Yes, one truck today.

We will confirm the scheduling of the remaining trucks this week. Can you please confirm the total volume/trucks required?

Thanks,

Lucas Araujo
Coordinator I Finance
E: finance@naeh.com P: +1 863 224 1527 W: www.naeh.com

*Important: The information transmitted by this email is intended only for the person or entity to which it is addressed. This email may contain proprietary, business-confidential and/or privileged material. If you are not the intended recipient of this message, be aware that any use review, retransmission, distribution, reproduction or any action taken in reliance upon this message is strictly prohibited. If you received this in error, please contact the sender and delete the material from all computers.*

---

**From:** Brianna Burgess <bburgess@levecke.com>
**Sent:** Tuesday, February 10, 2026 10:40 AM
**To:** Lucas Araujo <finance@naeh.com>; Carl LeVecke <carllevecke@levecke.com>; Marcos Avila <mavila@levecke.com>
**Cc:** Joseph Freitas <jfreitas@naeh.com>; Vagner Marques <vmarques@naeh.com>
**Subject:** Re: CNS Pick up

Good morning,

By any chance has this been arranged already? I have a driver on site with an empty requesting to be loaded. It is a Ballard tanker 323. Please advise.

Brianna Burgess
Blending Manager
626-260-5243

---

**From:** Lucas Araujo <finance@naeh.com>
**Sent:** Tuesday, February 10, 2026 6:43:53 AM
**To:** Brianna Burgess <bburgess@levecke.com>; Carl LeVecke <carllevecke@levecke.com>; Marcos Avila <mavila@levecke.com>
**Cc:** Joseph Freitas <jfreitas@naeh.com>; Vagner Marques <vmarques@naeh.com>
**Subject:** RE: CNS Pick up

Hi Brianna,

Do we have to schedule the pickup thru opendock? Is there a PO/ reference number that they need to reference?

And can you please confirm the total amount you have available for us to pick up?

Thanks,

Lucas Araujo
Coordinator I Finance
E: finance@naeh.com P: +1 863 224 1527 W: www.naeh.com

*Important: The information transmitted by this email is intended only for the person or entity to which it is addressed. This email may contain proprietary, business-confidential and/or privileged material. If you are not the intended recipient of this message, be aware that any use review, retransmission, distribution, reproduction or any action taken in reliance upon this message is strictly prohibited. If you received this in error, please contact the sender and delete the material from all computers.*

**From:** Carl LeVecke <carllevecke@levecke.com>
**Sent:** Friday, February 6, 2026 12:51 PM
**To:** Lucas Araujo <finance@naeh.com>; Marcos Avila <mavila@levecke.com>
**Cc:** Joseph Freitas <jfreitas@naeh.com>; Vagner Marques <vmarques@naeh.com>; Brianna Burgess <bburgess@levecke.com>
**Subject:** Re: CNS Pick up

Yes, if able. Coordinate with Brianna On this email. She wonderfully runs our Blending Operations.

Sooner the better as its tying up space

---

**From:** Lucas Araujo <finance@naeh.com>
**Sent:** Friday, February 6, 2026 9:48:33 AM
**To:** Carl LeVecke <carllevecke@levecke.com>; Marcos Avila <mavila@levecke.com>
**Cc:** Joseph Freitas <jfreitas@naeh.com>; Vagner Marques <vmarques@naeh.com>
**Subject:** CNS Pick up

Good morning Carl and Marcos,

I just wanted to confirm the volume of CNS that will be available for pick up. 35k WG/ 67.2k PGs?
How do we go about scheduling the pickups? Do we schedule it directly on opendock?

Thanks,

Lucas Araujo
Coordinator I Finance
E: finance@naeh.com P: +1 863 224 1527 W: www.naeh.com

*Important: The information transmitted by this email is intended only for the person or entity to which it is addressed. This email may contain proprietary, business-confidential and/or privileged material. If you are not the intended recipient of this message, be aware that any use review, retransmission, distribution, reproduction or any action taken in reliance upon this message is strictly prohibited. If you received this in error, please contact the sender and delete the material from all computers.*

I hope you're doing well. There are no more shipments arriving due to an outstanding payment issue. The PO you sent for the wine concentrate is currently on hold and will remain so until it is prepaid. I've communicated this to Carl as well.

Please let me know if you have any questions.

Best Regards,

Lavinia Wang
Associate I Commercial
E: lwang@naeh.com P: +1 863 224 1528 W: www.naeh.com

Important: The information transmitted by this email is intended only for the person or entity to which it is addressed. This email may contain proprietary, business-confidential and/or privileged material. If you are not the intended recipient of this message, be aware that any use, review, retransmission, distribution, reproduction or any action taken in reliance upon this message is strictly prohibited. If you received this in error, please contact the sender and delete the material from all computers.

---

**From:** Marcos Avila <mavila@levecke.com>
**Sent:** Tuesday, January 20, 2026 2:02 PM
**To:** Lavinia Wang <lwang@naeh.com>
**Subject:** Re: PO 27241 - LeVecke Corporation

Hello Lavinia,

an I get a status update on any containers that maybe arriving to us? Also which ones maybe cancelled?

***Marcos Avila***
*Director of Supply Chain*
*Phone: (909) 900-7031*
*mavila@levecke.com*
*www.levecke.com*
LEVECKE

---

**From:** Lavinia Wang <lwang@naeh.com>
**Sent:** Tuesday, January 6, 2026 2:58 PM
**To:** Miguel Zarraga <mzarraga@levecke.com>; DIS-Meiers-Orders <orders@drinkmeiers.com>
**Cc:** Marcos Avila <mavila@levecke.com>; Brianna Burgess <bburgess@levecke.com>; Carl LeVecke <carllevecke@levecke.com>
**Subject:** Re: PO 27241 - LeVecke Corporation

Hi Miguel,

Thank you for the purchase order. We've received it and are currently coordinating with your finance team on payment for the outstanding balance.

Once payment is received and confirmed, we'll share the updated timeline for processing and shipment.

Best Regards,

Lavinia Wang
Associate | Commercial
E: lwang@naeh.com P: +1 863 224 1528 W: www.naeh.com

Important: The information transmitted by this email is intended only for the person or entity to which it is addressed. This email may contain proprietary, business-confidential and/or privileged material. If you are not the intended recipient of this message, be aware that any use, review, retransmission, distribution, reproduction or any action taken in reliance upon this message is strictly prohibited. If you received this in error, please contact the sender and delete the material from all computers.

---

**From:** Miguel Zarraga <mzarraga@levecke.com>
**Sent:** Monday, January 5, 2026 4:04 PM
**To:** Lavinia Wang <lwang@naeh.com>; DIS-Meiers-Orders <orders@drinkmeiers.com>
**Cc:** Marcos Avila <mavila@levecke.com>; Brianna Burgess <bburgess@levecke.com>; Carl LeVecke <carllevecke@levecke.com>
**Subject:** PO 27241 - LeVecke Corporation

Hello @Lavinia, @DIS-Meiers-Orders,

**Please see attached:**

| PO | ISOs | GAL | PROOF GAL | ITEM # | ITEM DESCRIPTION |
|---|---|---|---|---|---|
| 27241 | 1 | 5471 | N/A | ? | Wine Fortified Concentrator |

**'ricing and ISO volume based on (emailed quotes attached):**
Wine Fortified Concentrator = $36.50/gallon; 5471 gal (44886 lbs) per ISO

**Please plan this PO according to the table of dates below:**

| ISO Load Schedule | | | | | | |
|---|---|---|---|---|---|---|
| ***Product*** | ***LeVecke PO #*** | ***Supplier*** | ***ISOs*** | ***Release Date at Supplier*** | ***Delivery Dates to LeVecke*** | ***Carrier*** |
| *Wine Fortified Concentrator* | 27241 | 3 Rivers | *1* | *ASAP* | *ASAP* | Freight PP&A |

**Please coordinate freight per the requested pickup date above and then advise on ETD to LeVecke.**

**Delivery Appointment Instructions (PLEASE RELAY TO CARRIER):**
1) Register for free at www.opendock.com;
2) Enter your name, email, and password;
3) Go to "Find Warehouse" and search for "LeVecke Corporation - Inland Mira Loma";
4) Schedule delivery appointment date, time, and ENTER THE LEVECKE PO # 27241. You will receive confirmation email with delivery appointment details.

**Robert McIntyre**

| | |
|---|---|
| **Subject:** | Naeh / LeVecke |
| **Location:** | Microsoft Teams Meeting |
| **Start:** | Tue 12/16/2025 12:00 PM |
| **End:** | Tue 12/16/2025 12:25 PM |
| **Show Time As:** | Tentative |
| **Recurrence:** | (none) |
| **Meeting Status:** | Not yet responded |
| **Organizer:** | Jason LeVecke |

---

**From:** Joseph Freitas <jfreitas@naeh.com>
**Sent:** Friday, December 12, 2025 8:42:19 PM
**To:** Maribel Villalobos <mvillalobos@levecke.com>; Jason LeVecke <jasonlevecke@levecke.com>; genau <genau@genaubrasil.net>; Vagner Marques <vmarques@naeh.com>
**Subject:** RE: Visit Bartow/ Naeh

Thanks Maribel Tuesday at 9am pst works great for me.
For my own planning purposes though. Could you give me a date today +- a few days. We anticipated payment this week, and without it, and I need re-work my funds flow with the proper timing. Thanks so much.

Best Regards,
Joseph Freitas
Joseph's Availability

NAEH.com

Important: The information transmitted by this email is intended only for the person or entity to which it is addressed. This email may contain proprietary, business-confidential and/or privileged material. If you are not the intended recipient of this message, be aware that any use, review, retransmission, distribution, reproduction or any action taken in reliance upon this message is strictly prohibited. If you received this in error, please contact the sender and delete the material from all computers.

---

**From:** Maribel Villalobos <mvillalobos@levecke.com>
**Sent:** Friday, December 12, 2025 3:15 PM
**To:** Joseph Freitas <jfreitas@naeh.com>; Jason LeVecke <jasonlevecke@levecke.com>; genau <genau@genaubrasil.net>; Vagner Marques <vmarques@naeh.com>
**Subject:** Re: Visit Bartow/ Naeh

Hello Joseph
Hello, here are the time options for next week.
Tuesday, Dec 16th
9:00 am PST
1:00 pm PST
2:00 pm PST
Wednesday, Dec 17th
9:30 am PST
1:00 pm PST
2:00 pm PST
Thursday, Dec 18th
8:30 am PST
12:30 pm PST
1:00 pm PST
Regards,

***Maribel Villalobos***
***Project Manager***
*mobile: (951) 332-8803*
*mvillalobos@levecke.com*
*www.levecke.com*

---

**From:** Joseph Freitas <jfreitas@naeh.com>
**Sent:** Friday, December 12, 2025 7:25 AM
**To:** Jason LeVecke <jasonlevecke@levecke.com>; genau <genau@genaubrasil.net>; Vagner Marques <vmarques@naeh.com>; Maribel Villalobos <mvillalobos@levecke.com>
**Subject:** RE: Visit Bartow/ Naeh

Hi Jason,
Thanks for the update and for keeping us in the loop! Great to hear the equity and ABL refinancing are nearing the finish line. I'm sure that's been a heavy lift, and I appreciate the progress given the complexity of both transactions.
Could you clarify when we can expect payment on the outstanding balance? (3ish million) With the 25-day notice pushing closing to month-end, should we now anticipate funds being released in early January? Just want to be sure I'm reading this right. As you can imagine, pressure is mounting—our suppliers and lenders are closely tracking this, and we're operating with virtually no cash on hand at the moment.
Also, as we discussed, interest began accruing on the past due balance as of October 1st. Once payment is made, we'll follow up with a full interest calculation for your review to settle the past due amount in full. This is not intended to be punitive in any means, the goal here is merely to recoup the external cost we have had to borrow additional funds.

Appreciate you looping in Maribel—happy to jump on a call anytime if easier to align on timing and next steps.

Hope you had a great Thanksgiving, and wishing you and your team a strong finish to the year. Thanks so much!

Best Regards,

Joseph Freitas

Joseph's Availability

NAEH.com

Important: The information transmitted by this email is intended only for the person or entity to which it is addressed. This email may contain proprietary, business-confidential and/or privileged material. If you are not the intended recipient of this message, be aware that any use, review, retransmission, distribution, reproduction or any action taken in reliance upon this message is strictly prohibited. If you received this in error, please contact the sender and delete the material from all computers.

---

**From:** Jason LeVecke <jasonlevecke@levecke.com>
**Sent:** Friday, December 12, 2025 9:59 AM
**To:** Joseph Freitas <jfreitas@naeh.com>; genau <genau@genaubrasil.net>; Vagner Marques <vmarques@naeh.com>; Maribel Villalobos <mvillalobos@levecke.com>
**Subject:** Re: Visit Bartow/ Naeh

Joseph,

Wanted to be sure and update you. All documents are signed both for the equity and new ABL refinancing. We are in closing mode. We did have to give a 25-day notice period which pushed our closing out to the end of the month. I am happy to get on a call to answer any questions and keep you updated. You are important to us.

I have copied @Maribel Villalobos to help arrange a call if desired. Hope you had a great Thanksgiving and Happy Holidays. Sincerely, Jason

***Jason LeVecke***
*mobile: (602) 740-1652*
*jasonlevecke@levecke.com*
*www.levecke.com*

---

**From:** Jason LeVecke <jasonlevecke@levecke.com>
**Sent:** Monday, November 3, 2025 8:20 AM
**To:** Joseph Freitas <jfreitas@naeh.com>; Genau <genau@genaubrasil.net>; Vagner Marques <vmarques@naeh.com>
**Subject:** Re: Visit Bartow/ Naeh

Joseph,

Thank you as well. I wanted to be sure and send you a quick update. We have two events happening this month:

Hello Joseph
Hello, here are the time options for next week.
Tuesday, Dec 16th
9:00 am PST
1:00 pm PST
2:00 pm PST
Wednesday, Dec 17th
9:30 am PST
1:00 pm PST
2:00 pm PST
Thursday, Dec 18th
8:30 am PST
12:30 pm PST
1:00 pm PST
Regards,

***Maribel Villalobos***
***Project Manager***
*mobile: (951) 332-8803*
*mvillalobos@levecke.com*
*www.levecke.com*

---

**From:** Joseph Freitas <jfreitas@naeh.com>
**Sent:** Friday, December 12, 2025 7:25 AM
**To:** Jason LeVecke <jasonlevecke@levecke.com>; genau <genau@genaubrasil.net>; Vagner Marques <vmarques@naeh.com>; Maribel Villalobos <mvillalobos@levecke.com>
**Subject:** RE: Visit Bartow/ Naeh

Hi Jason,
Thanks for the update and for keeping us in the loop! Great to hear the equity and ABL refinancing are nearing the finish line. I'm sure that's been a heavy lift, and I appreciate the progress given the complexity of both transactions.
Could you clarify when we can expect payment on the outstanding balance? (3ish million) With the 25-day notice pushing closing to month-end, should we now anticipate funds being released in early January? Just want to be sure I'm reading this right. As you can imagine, pressure is mounting—our suppliers and lenders are closely tracking this, and we're operating with virtually no cash on hand at the moment.
Also, as we discussed, interest began accruing on the past due balance as of October 1st. Once payment is made, we'll follow up with a full interest calculation for your review to settle the past due amount in full. This is not intended to be punitive in any means, the goal here is merely to recoup the external cost we have had to borrow additional funds.

Appreciate you looping in Maribel—happy to jump on a call anytime if easier to align on timing and next steps.
Hope you had a great Thanksgiving, and wishing you and your team a strong finish to the year. Thanks so much!
Best Regards,
Joseph Freitas
Joseph's Availability

NAEH.com

Important: The information transmitted by this email is intended only for the person or entity to which it is addressed. This email may contain proprietary, business-confidential and/or privileged material. If you are not the intended recipient of this message, be aware that any use, review, retransmission, distribution, reproduction or any action taken in reliance upon this message is strictly prohibited. If you received this in error, please contact the sender and delete the material from all computers.

---

**From:** Jason LeVecke <jasonlevecke@levecke.com>
**Sent:** Friday, December 12, 2025 9:59 AM
**To:** Joseph Freitas <jfreitas@naeh.com>; genau <genau@genaubrasil.net>; Vagner Marques <vmarques@naeh.com>; Maribel Villalobos <mvillalobos@levecke.com>
**Subject:** Re: Visit Bartow/ Naeh

Joseph,

Wanted to be sure and update you. All documents are signed both for the equity and new ABL refinancing. We are in closing mode. We did have to give a 25-day notice period which pushed our closing out to the end of the month. I am happy to get on a call to answer any questions and keep you updated. You are important to us.

I have copied @Maribel Villalobos to help arrange a call if desired. Hope you had a great Thanksgiving and Happy Holidays. Sincerely, Jason

***Jason LeVecke***
*mobile: (602) 740-1652*
*jasonlevecke@levecke.com*
*www.levecke.com*

---

**From:** Jason LeVecke <jasonlevecke@levecke.com>
**Sent:** Monday, November 3, 2025 8:20 AM
**To:** Joseph Freitas <jfreitas@naeh.com>; Genau <genau@genaubrasil.net>; Vagner Marques <vmarques@naeh.com>
**Subject:** Re: Visit Bartow/ Naeh

Joseph,

Thank you as well. I wanted to be sure and send you a quick update. We have two events happening this month:

**Please contact any of the following if you have any issues scheduling the delivery appointment to LeVecke via Opendock:**
**bburgess@levecke.com (Brianna Burgess, Blending Manager)**
**mzarraga@levecke.com (Miguel Zarraga, Supply Chain Manager)**
**mhuizar@levecke.com (Mary Huizar, Shipping and Receiving Clerk)**

**Please send:**

- **Invoices** to the following: payables@levecke.com, lmazon@levecke.com, carllevecke@levecke.com, mzarraga@levecke.com, and mavila@levecke.com. **If payment is required to process PO, please notify these contacts immediately so that payment can be coordinated.**
- **Shipping and Quality Documents** to the following: FoodSafetyQuality@levecke.com, bburgess@levecke.com, mzarraga@levecke.com, and mavila@levecke.com.

Thanks and please confirm order!

***Miguel Zarraga***
*Supply Chain Manager*
*Phone/Mobile: (909) 968 -7994*
*mzarraga@levecke.com*
*www.levecke.com*
LeVecke

---

**From:** Lavinia Wang <lwang@naeh.com>
**Sent:** Monday, December 8, 2025 2:05 PM
**To:** Miguel Zarraga <mzarraga@levecke.com>
**Cc:** Marcos Avila <mavila@levecke.com>
**Subject:** Re: Wine Concerntrate

Great, thanks for the update!

Get Outlook for iOS

---

**From:** Miguel Zarraga <mzarraga@levecke.com>
**Sent:** Monday, December 8, 2025 4:30:51 PM
**To:** Lavinia Wang <lwang@naeh.com>
**Cc:** Marcos Avila <mavila@levecke.com>
**Subject:** RE: Wine Concerntrate

Hi Lavinia,

Yes, we will be ordering the Orange Dessert Wine separately. We are expected to deplete our current Orange Dessert Wine inventory sometime in either late Jan or early Feb 2026.

I am planning on submitting the PO for another load of Orange Dessert Wine to you on first week of Jan 2026.

***Miguel Zarraga***
*Supply Chain Manager*
*Phone/Mobile: (909) 968 -7994*

mzarraga@levecke.com
www.levecke.com
LeVecke

---

**From:** Lavinia Wang <lwang@naeh.com>
**Sent:** Monday, December 8, 2025 12:43 PM
**To:** Miguel Zarraga <mzarraga@levecke.com>
**Cc:** Marcos Avila <mavila@levecke.com>
**Subject:** Wine Concerntrate

Hi Miguel,

Quick question- will you be sending a separate PO for the wine concentrate for your Orange Dessert Wine? If you could let me know the expected timeframe, we can begin fermenting so it's ready when you need it.

Thank you!

Best Regards,

Lavinia Wang
Associate I Commercial
E: lwang@naeh.com P: +1 863 224 1528 W: www.naeh.com

Important: The information transmitted by this email is intended only for the person or entity to which it is addressed. This email may contain proprietary, business-confidential and/or privileged material. If you are not the intended recipient of this message, be aware that any use, review, retransmission, distribution, reproduction or any action taken in reliance upon this message is strictly prohibited. If you received this in error, please contact the sender and delete the material from all computers.

**Robert McIntyre**

| | |
|---|---|
| **Subject:** | Naeh / LeVecke |
| **Location:** | Microsoft Teams Meeting |
| **Start:** | Tue 12/16/2025 12:00 PM |
| **End:** | Tue 12/16/2025 12:25 PM |
| **Show Time As:** | Tentative |
| **Recurrence:** | (none) |
| **Meeting Status:** | Not yet responded |
| **Organizer:** | Jason LeVecke |

---

**From:** Joseph Freitas <jfreitas@naeh.com>
**Sent:** Friday, December 12, 2025 8:42:19 PM
**To:** Maribel Villalobos <mvillalobos@levecke.com>; Jason LeVecke <jasonlevecke@levecke.com>; genau <genau@genaubrasil.net>; Vagner Marques <vmarques@naeh.com>
**Subject:** RE: Visit Bartow/ Naeh

Thanks Maribel Tuesday at 9am pst works great for me.
For my own planning purposes though. Could you give me a date today +- a few days. We anticipated payment this week, and without it, and I need re-work my funds flow with the proper timing. Thanks so much.

Best Regards,
Joseph Freitas
Joseph's Availability

NAEH.com

Important: The information transmitted by this email is intended only for the person or entity to which it is addressed. This email may contain proprietary, business-confidential and/or privileged material. If you are not the intended recipient of this message, be aware that any use, review, retransmission, distribution, reproduction or any action taken in reliance upon this message is strictly prohibited. If you received this in error, please contact the sender and delete the material from all computers.

---

**From:** Maribel Villalobos <mvillalobos@levecke.com>
**Sent:** Friday, December 12, 2025 3:15 PM
**To:** Joseph Freitas <jfreitas@naeh.com>; Jason LeVecke <jasonlevecke@levecke.com>; genau <genau@genaubrasil.net>; Vagner Marques <vmarques@naeh.com>
**Subject:** Re: Visit Bartow/ Naeh

mzarraga@levecke.com
www.levecke.com
Levecke

---

**From:** Lavinia Wang <lwang@naeh.com>
**Sent:** Monday, December 8, 2025 12:43 PM
**To:** Miguel Zarraga <mzarraga@levecke.com>
**Cc:** Marcos Avila <mavila@levecke.com>
**Subject:** Wine Concerntrate

Hi Miguel,

Quick question- will you be sending a separate PO for the wine concentrate for your Orange Dessert Wine? If you could let me know the expected timeframe, we can begin fermenting so it's ready when you need it.

Thank you!

Best Regards,

Lavinia Wang
Associate I Commercial
E: lwang@naeh.com P: +1 863 224 1528 W: www.naeh.com

Important: The information transmitted by this email is intended only for the person or entity to which it is addressed. This email may contain proprietary, business-confidential and/or privileged material. If you are not the intended recipient of this message, be aware that any use, review, retransmission, distribution, reproduction or any action taken in reliance upon this message is strictly prohibited. If you received this in error, please contact the sender and delete the material from all computers.

| Manufacturer | Model | Stick Pin Diameter (Inch) | Stick Pin Diameter (mm) | Stick Width (Inch) | Bucket Width at Stick (Inch) | Link Pin Diameter (Inch) | Link Pin Diameter (mm) | Link Width (Inch) | Bucket Width at Link (Inch) | Pin Centers (Inch) |
|---|---|---|---|---|---|---|---|---|---|---|
| Bobcat | 337 | 1.77 | 45 | 6.00 | | 1.77 | 45 | 3.75 | | 8.62 |
| Bobcat | 341 | 1.77 | 45 | 6.00 | | 1.77 | 45 | 3.75 | | 8.62 |
| Bobcat | 435 | | | | | | | | | |
| Bobcat | 442 | 1.97 | 50 | 7.28 | 7.28 | 1.97 | 50 | 7.28 | 7.28 | 10.82 |
| Bobcat | X337C | | | | | | | | | |
| Bobcat | X341C | | | | | | | | | |
| Bobcat | zx125 | 1.97 | 50 | 8.70 | 8.71 | 1.97 | 50 | 8.70 | 8.71 | 11.41 |
| Case | 580M | 1.75 | | 10.00 | 10.12 | 1.50 | | 5.00 | 5.12 | 13.93 |
| Case | 580M Series 2 | 1.75 | | 10.00 | 10.12 | 1.50 | | 5.00 | 5.12 | 13.93 |
| Case | 580M Super M | 1.75 | | 10.00 | 10.12 | 1.50 | | 5.00 | 5.12 | 13.93 |
| Case | 580M Super M Series 2 | 1.75 | | 10.00 | 10.12 | 1.50 | | 5.00 | 5.12 | 13.93 |
| Case | 590M Super M | 1.75 | | 10.00 | 10.12 | 1.50 | | 5.00 | 5.12 | 13.93 |
| Case | 590M Super M Series 2 | 1.75 | | 10.00 | 10.12 | 1.50 | | 5.00 | 5.12 | 13.93 |
| Case | 9007B | 1.97 | 50 | 7.48 | 7.52 | 1.97 | 50 | 7.48 | 7.52 | 11.81 |
| Case | 9050B | 3.54 | 90 | 15.75 | 15.87 | 3.54 | 90 | 15.75 | 15.87 | 22.25 |
| Case | 9060B | 3.94 | 100 | 18.85 | 18.89 | 3.94 | 100 | 18.85 | 18.89 | 22.44 |
| Case | CX 47, 50B | 1.77 | 45 | | 5.98 | 1.77 | 45 | | 5.98 | 10.00 |
| Case | CX 75SR | 1.97 | 50 | 7.49 | 7.52 | 1.97 | 50 | 7.49 | 7.52 | 11.81 |
| Case | CX130 | 2.56 | 65 | 10.00 | 10.04 | 2.56 | 65 | 10.00 | 10.04 | 15.16 |
| Case | CX135SR | 2.56 | 65 | 10.00 | 10.04 | 2.56 | 65 | 10.00 | 10.04 | 15.16 |
| Case | CX160 | 3.15 | 80 | 11.81 | 11.85 | 3.15 | 80 | 11.81 | 11.85 | 17.12 |
| Case | CX210 | 3.15 | 80 | 12.05 | 12.09 | 3.15 | 80 | 12.05 | 12.09 | 17.71 |
| Case | CX225SR | 3.15 | 80 | 12.05 | 12.09 | 3.15 | 80 | 12.05 | 12.09 | 17.71 |
| Case | CX240 | 3.54 | 90 | 12.80 | 12.83 | 3.54 | 90 | 12.80 | 12.83 | 19.29 |
| Case | CX290 | 3.54 | 90 | 12.80 | 12.83 | 3.54 | 90 | 12.80 | 12.83 | 19.29 |
| Case | CX330 | 3.54 | 90 | 15.76 | 15.79 | 3.54 | 90 | 15.76 | 15.79 | 21.06 |
| Case | CX460 | 3.94 | 100 | 18.87 | 18.90 | 3.94 | 100 | 18.87 | 18.90 | 22.44 |
| Case | CX800 | 5.12 | 130 | 22.69 | 22.72 | 5.12 | 130 | 22.76 | 22.72 | 26.57 |
| Caterpillar | 305CR | 1.58 | 40 | 6.26 | 6.26 | 1.58 | 40 | 6.26 | 6.26 | 9.00 |
| Caterpillar | 307C | 1.77 | 45 | 7.28 | | 1.77 | 45 | 7.28 | | 12.05 |
| Caterpillar | 311C | 2.56 | 65 | 8.66 | 8.70 | 2.56 | 65 | 8.66 | 8.70 | 16.03 |
| Caterpillar | 312B | 2.56 | 65 | 8.66 | 8.70 | 2.56 | 65 | 8.66 | 8.70 | 16.03 |
| Caterpillar | 312C L | 2.56 | 65 | 8.66 | 8.70 | 2.56 | 65 | 8.66 | 8.70 | |
| Caterpillar | 314C LCR | 2.56 | 65 | 8.66 | 8.70 | 2.56 | 65 | 8.66 | 8.70 | 16.03 |
| Caterpillar | 315B & 315B L | 2.76 | 70 | 11.02 | 11.06 | 2.76 | 70 | 11.02 | 11.06 | 18.23 |
| Caterpillar | 315C L | 2.76 | 70 | 11.02 | 11.06 | 2.76 | 70 | 11.02 | 11.06 | 18.23 |

- ABL Refi - This is our most important initiative as we have essentially operated without an ABL for the last two years. We are finalizing our field exam this week with eCapital. We have an additional live meeting with them on Wednesday of this week. They expect to close in the next 2-3 weeks.
- Restructure Capital - We are also finalizing our restructuring efforts which will allow additional capital into the business. This is scheduled to close as soon as next week.

We are also growing existing customer relationships and closing in on new ones. More info here soon.

Want to make sure you know we are making good progress and very much appreciate your understanding/support.
Sincerely, Jason

***Jason LeVecke***
*mobile: (602) 740-1652*
*jasonlevecke@levecke.com*
*www.levecke.com*

---

**From:** Joseph Freitas <jfreitas@naeh.com>
**Sent:** Tuesday, October 7, 2025 5:55 AM
**To:** Jason LeVecke <jasonlevecke@levecke.com>; genau <genau@genaubrasil.net>; Vagner Marques <vmarques@naeh.com>
**Subject:** Re: Visit Bartow/ Naeh

Hi Jason,

Thank you again for taking the time to meet with us and walk through your facility. We appreciated the opportunity to see your operation firsthand and discuss a path forward. Below is a summary of the key takeaways and the terms we are proceeding with based on that conversation and our internal alignment:

**Shipment Terms – Effective Immediately**

- We are moving forward with shipment from Brazil as discussed.
- While payment will remain COD, to support logistics, we will invoice upon U.S. customs clearance and confirmed transport to your facility. This provides a few business days to process payment prior to delivery.
- No product will be released at the destination unless payment is confirmed in full.

**Outstanding Balance & Payment Timeline**

- As agreed, your outstanding balance must be paid in full within 90 days, with the clock starting October 1, 2025.
- This includes the full past due balance as previously communicated (approx. $2.98M).
- Interest will accrue on the outstanding balance at an annual rate of 10% APR, effective from October 1, 2025.

**Performance Expectations**

- We strongly encourage interim payments during the 90-day period to demonstrate continued good faith and help reduce interest burden, but are not required.
- We are currently evaluating appropriate penalties or enforcement measures in the event the full payment is not received within the agreed timeline. Our intent is to avoid such outcomes, but reserve the right to revisit penalties on overdue amounts or take further action if necessary.

**Contractual Addendum**

- Once the above terms are confirmed by your team, we will draft and send an addendum to our current agreement to formalize these terms and establish clear contractual footing for both parties.

**Future Outlook**

We remain committed to supporting a long-term partnership, and we are confident in the opportunity to continue growing together once this matter is resolved. Our logistical footprint and service offering already deliver significant value to partners like Diageo, and we believe there is strong mutual upside with LeVecke as well.

Let me know if you have any questions or would like to propose specific timing for payments or credit support discussions. Otherwise, we will proceed under the terms above. Thanks so much!

Best Regards,
Joseph Freitas
Joseph's Availability

NAEH.com

Important: The information transmitted by this email is intended only for the person or entity to which it is addressed. This email may contain proprietary, business-confidential and/or privileged material. If you are not the intended recipient of this message, be aware that any use, review, retransmission, distribution, reproduction or any action taken in reliance upon this message is strictly prohibited. If you received this in error, please contact the sender and delete the material from all computers.

---

**From:** Jason LeVecke <jasonlevecke@levecke.com>
**Sent:** Friday, September 19, 2025 7:28 AM
**To:** Joseph Freitas <jfreitas@naeh.com>; genau <genau@genaubrasil.net>; Danielle Miller <dmiller@levecke.com>; Carl LeVecke <carllevecke@levecke.com>; Jim Muntz <jmuntz@bartowethanol.com>; Maribel Villalobos <mvillalobos@levecke.com>
**Subject:** Re: Visit Bartow/ Naeh

- ABL Refi - This is our most important initiative as we have essentially operated without an ABL for the last two years. We are finalizing our field exam this week with eCapital. We have an additional live meeting with them on Wednesday of this week. They expect to close in the next 2-3 weeks.
- Restructure Capital - We are also finalizing our restructuring efforts which will allow additional capital into the business. This is scheduled to close as soon as next week.

We are also growing existing customer relationships and closing in on new ones. More info here soon.

Want to make sure you know we are making good progress and very much appreciate your understanding/support.
Sincerely, Jason

***Jason LeVecke***
*mobile: (602) 740-1652*
*jasonlevecke@levecke.com*
*www.levecke.com*

---

**From:** Joseph Freitas <jfreitas@naeh.com>
**Sent:** Tuesday, October 7, 2025 5:55 AM
**To:** Jason LeVecke <jasonlevecke@levecke.com>; genau <genau@genaubrasil.net>; Vagner Marques <vmarques@naeh.com>
**Subject:** Re: Visit Bartow/ Naeh

Hi Jason,

Thank you again for taking the time to meet with us and walk through your facility. We appreciated the opportunity to see your operation firsthand and discuss a path forward. Below is a summary of the key takeaways and the terms we are proceeding with based on that conversation and our internal alignment:

**Shipment Terms – Effective Immediately**

- We are moving forward with shipment from Brazil as discussed.
- While payment will remain COD, to support logistics, we will invoice upon U.S. customs clearance and confirmed transport to your facility. This provides a few business days to process payment prior to delivery.
- No product will be released at the destination unless payment is confirmed in full.

**Outstanding Balance & Payment Timeline**

- As agreed, your outstanding balance must be paid in full within 90 days, with the clock starting October 1, 2025.
- This includes the full past due balance as previously communicated (approx. $2.98M).
- Interest will accrue on the outstanding balance at an annual rate of 10% APR, effective from October 1, 2025.

**Performance Expectations**

- We strongly encourage interim payments during the 90-day period to demonstrate continued good faith and help reduce interest burden, but are not required.
- We are currently evaluating appropriate penalties or enforcement measures in the event the full payment is not received within the agreed timeline. Our intent is to avoid such outcomes, but reserve the right to revisit penalties on overdue amounts or take further action if necessary.

**Contractual Addendum**

- Once the above terms are confirmed by your team, we will draft and send an addendum to our current agreement to formalize these terms and establish clear contractual footing for both parties.

**Future Outlook**

We remain committed to supporting a long-term partnership, and we are confident in the opportunity to continue growing together once this matter is resolved. Our logistical footprint and service offering already deliver significant value to partners like Diageo, and we believe there is strong mutual upside with LeVecke as well.

Let me know if you have any questions or would like to propose specific timing for payments or credit support discussions. Otherwise, we will proceed under the terms above. Thanks so much!

Best Regards,
Joseph Freitas
Joseph's Availability

NAEH.com

Important: The information transmitted by this email is intended only for the person or entity to which it is addressed. This email may contain proprietary, business-confidential and/or privileged material. If you are not the intended recipient of this message, be aware that any use, review, retransmission, distribution, reproduction or any action taken in reliance upon this message is strictly prohibited. If you received this in error, please contact the sender and delete the material from all computers.

---

**From:** Jason LeVecke <jasonlevecke@levecke.com>
**Sent:** Friday, September 19, 2025 7:28 AM
**To:** Joseph Freitas <jfreitas@naeh.com>; genau <genau@genaubrasil.net>; Danielle Miller <dmiller@levecke.com>; Carl Levecke <carllevecke@levecke.com>; Jim Muntz <jmuntz@bartowethanol.com>; Maribel Villalobos <mvillalobos@levecke.com>
**Subject:** Re: Visit Bartow/ Naeh

---

**From:** Jason LeVecke <jasonlevecke@levecke.com>
**Sent:** Wednesday, September 17, 2025 12:41 PM
**To:** genau <genau@genaubrasil.net>; Danielle Miller <dmiller@levecke.com>; Carl Levecke <carllevecke@levecke.com>; Jim Muntz <jmuntz@bartowethanol.com>; Joseph Freitas <jfreitas@naeh.com>
**Subject:** Re: Visit Bartow/ Naeh

Aguinaldo,

-

Thank you. Please see my responses below:

- I am proposing a sit down within next couple of weeks to find a resolution of a long past due balance and establish clear terms for following shipments. ------------- please send us some dates that work. We are happy to meet and review.
- Once we have no clear indication of possible payment as agreed, steady weekly payment and booster payment, our CFO Joseph Freitas would be conducting AR from now on, consolidating a clear exposure and offering terms accordingly. --------------- no problem

Look forward to it. Jason

***Jason LeVecke***
*mobile: (602) 740-1652*
*jasonlevecke@levecke.com*
*www.levecke.com*

---

**From:** Genau <genau@genaubrasil.net>
**Sent:** Tuesday, September 16, 2025 2:14 PM
**To:** Jason LeVecke <jasonlevecke@levecke.com>; Danielle Miller <dmiller@levecke.com>; Carl Levecke <carllevecke@levecke.com>; Jim Muntz <jmuntz@bartowethanol.com>; Joseph Freitas <jfreitas@naeh.com>
**Subject:** Visit Bartow/ Naeh

Hi everyone,

I am proposing a sit down within next couple of weeks to find a resolution of a long past due balance and establish clear terms for following shipments.

Once we have no clear indication of possible payment as agreed, steady weekly payment and booster payment, our CFO Joseph Freitas would be conducting AR from now on, consolidating a clear exposure and offering terms accordingly.

Please, advice best date for a sit down in California.

Joseph Freitas and Jim Muntz would be attending the meeting.

Thank you

Aguinaldo Barbosa

**Microsoft Teams** Need help?

## Join the meeting now

Meeting ID: 296 349 425 284 67

Passcode: 9Z3Ay9qi

---

**Dial in by phone**

+1 657-341-5133,,713549438# United States, Brea

Find a local number

Phone conference ID: 713 549 438#

For organizers: Meeting options | Reset dial-in PIN

---

Joseph, we look forward to the meeting. @Maribel Villalobos can you please help block out 2 hours for a meeting in Mira Loma the week of September 29th? Thank you!! Jason

***Jason LeVecke***
*mobile: (602) 740-1652*
*jasonlevecke@levecke.com*
*www.levecke.com*

---

**From:** Joseph Freitas <jfreitas@naeh.com>
**Sent:** Thursday, September 18, 2025 5:53 AM
**To:** Jason LeVecke <jasonlevecke@levecke.com>; genau <genau@genaubrasil.net>; Danielle Miller <dmiller@levecke.com>; Carl Levecke <carllevecke@levecke.com>; Jim Muntz <jmuntz@bartowethanol.com>
**Subject:** Re: Visit Bartow/ Naeh

Hi Jason, Danielle, Carl, Jim,

Thank you for getting back so promptly. I appreciate your willingness to sit down and resolve this together.

**Meeting Dates**

- We are available the week of **September 29th** for an in-person meeting in California. Please let me know a few days/times during that week which work for your team, so we can lock something in.

**What We Need to Accomplish in the Meeting**

To make our time together most productive, I propose the following agenda:

1. **Review of outstanding balance**
   - Detailed accounting of what is owed (invoices, dates, amounts).
   - Any disputes or concerns from your side about specific line items.
2. **Payment plan agreement**
   - Weekly payments: amounts, start date.
   - Booster payments: definition, timing, amounts (e.g. when and how much to reduce past-due balance).
   - Clear responsibility: who from your side is accountable for payment oversight.
3. **Terms for future shipments**
   - Criteria you must meet (payments, credit terms, etc.) before we release more product.

- Possibly smaller/fractional shipments or prepayment until past due is under control.
- Any changes in lead times, penalties or interest for late payment.

4. **Ongoing AR (Accounts Receivable) oversight & transparency**
   - Regular status updates: weekly or biweekly, including forecast of what's to come.
5. **Contingency**
   - What happens if agreed payments are missed.
   - Possibility of scaling down or suspending services until compliance.
6. **Timeline and milestones**
   - Key dates: first payment, booster, review points.
   - Clear commitments from both sides.

**Go-Forward Plan for Continued Service**

- We will resume shipments only after we reach an agreement binding both parties on payments + future terms.
- New orders will be contingent upon meeting the agreed payment schedule.
- We might require advance payment, partial payments or stricter credit terms until we see consistency.
- We'll set up regular check-ins (weekly AR reviews) so there are no surprises.

I believe with a clear, jointly agreed plan, we can maintain our relationship without exposing NAEH to undue risk and hardship, and help LeVecke stabilize cash flow on their end as well.

Looking forward to confirming a time that works for you all. Thanks so much.

Best Regards,
Joseph Freitas
Joseph's Availability

NAEH.com

Important: The information transmitted by this email is intended only for the person or entity to which it is addressed. This email may contain proprietary, business-confidential and/or privileged material. If you are not the intended recipient of this message, be aware that any use, review, retransmission, distribution, reproduction or any action taken in reliance upon this message is strictly prohibited. If you received this in error, please contact the sender and delete the material from all computers.

**From:** Jason LeVecke <jasonlevecke@levecke.com>
**Sent:** Wednesday, September 17, 2025 12:41 PM
**To:** genau <genau@genaubrasil.net>; Danielle Miller <dmiller@levecke.com>; Carl Levecke <carllevecke@levecke.com>; Jim Muntz <jmuntz@bartowethanol.com>; Joseph Freitas <jfreitas@naeh.com>
**Subject:** Re: Visit Bartow/ Naeh

Aguinaldo,

•

Thank you. Please see my responses below:

- I am proposing a sit down within next couple of weeks to find a resolution of a long past due balance and establish clear terms for following shipments. ------------- please send us some dates that work. We are happy to meet and review.
- Once we have no clear indication of possible payment as agreed, steady weekly payment and booster payment, our CFO Joseph Freitas would be conducting AR from now on, consolidating a clear exposure and offering terms accordingly. --------------- no problem

Look forward to it. Jason

***Jason LeVecke***
*mobile: (602) 740-1652*
*jasonlevecke@levecke.com*
*www.levecke.com*

---

**From:** Genau <genau@genaubrasil.net>
**Sent:** Tuesday, September 16, 2025 2:14 PM
**To:** Jason LeVecke <jasonlevecke@levecke.com>; Danielle Miller <dmiller@levecke.com>; Carl Levecke <carllevecke@levecke.com>; Jim Muntz <jmuntz@bartowethanol.com>; Joseph Freitas <jfreitas@naeh.com>
**Subject:** Visit Bartow/ Naeh

Hi everyone,

I am proposing a sit down within next couple of weeks to find a resolution of a long past due balance and establish clear terms for following shipments.

Once we have no clear indication of possible payment as agreed, steady weekly payment and booster payment, our CFO Joseph Freitas would be conducting AR from now on, consolidating a clear exposure and offering terms accordingly.

Please, advice best date for a sit down in California.

Joseph Freitas and Jim Muntz would be attending the meeting.

Thank you

Aguinaldo Barbosa

# Microsoft Teams Need help?

## Join the meeting now

Meeting ID: 296 349 425 284 67

Passcode: 9Z3Ay9qi

---

### Dial in by phone

+1 657-341-5133,,713549438# United States, Brea

Find a local number

Phone conference ID: 713 549 438#

For organizers: Meeting options | Reset dial-in PIN

---

| Manufacturer | Model | Stick Pin Diameter (Inch) | Stick Pin Diameter (mm) | Stick Width (Inch) | Bucket Width at Stick (Inch) | Link Pin Diameter (Inch) | Link Pin Diameter (mm) | Link Width (Inch) | Bucket Width at Link (Inch) | Pin Centers (Inch) |
|---|---|---|---|---|---|---|---|---|---|---|
| Bobcat | 337 | 1.77 | 45 | 6.00 | | 1.77 | 45 | 3.75 | | 8.62 |
| Bobcat | 341 | 1.77 | 45 | 6.00 | | 1.77 | 45 | 3.75 | | 8.62 |
| Bobcat | 435 | | | | | | | | | |
| Bobcat | 442 | 1.97 | 50 | 7.28 | 7.28 | 1.97 | 50 | 7.28 | 7.28 | 10.82 |
| Bobcat | X337C | | | | | | | | | |
| Bobcat | X341C | | | | | | | | | |
| Bobcat | zx125 | 1.97 | 50 | 8.70 | 8.71 | 1.97 | 50 | 8.70 | 8.71 | 11.41 |
| Case | 580M | 1.75 | | 10.00 | 10.12 | 1.50 | | 5.00 | 5.12 | 13.93 |
| Case | 580M Series 2 | 1.75 | | 10.00 | 10.12 | 1.50 | | 5.00 | 5.12 | 13.93 |
| Case | 580M Super M | 1.75 | | 10.00 | 10.12 | 1.50 | | 5.00 | 5.12 | 13.93 |
| Case | 580M Super M Series 2 | 1.75 | | 10.00 | 10.12 | 1.50 | | 5.00 | 5.12 | 13.93 |
| Case | 590M Super M | 1.75 | | 10.00 | 10.12 | 1.50 | | 5.00 | 5.12 | 13.93 |
| Case | 590M Super M Series 2 | 1.75 | | 10.00 | 10.12 | 1.50 | | 5.00 | 5.12 | 13.93 |
| Case | 9007B | 1.97 | 50 | 7.48 | 7.52 | 1.97 | 50 | 7.48 | 7.52 | 11.81 |
| Case | 9050B | 3.54 | 90 | 15.75 | 15.87 | 3.54 | 90 | 15.75 | 15.87 | 22.25 |
| Case | 9060B | 3.94 | 100 | 18.85 | 18.89 | 3.94 | 100 | 18.85 | 18.89 | 22.44 |
| Case | CX 47, 50B | 1.77 | 45 | | 5.98 | 1.77 | 45 | | 5.98 | 10.00 |
| Case | CX 75SR | 1.97 | 50 | 7.49 | 7.52 | 1.97 | 50 | 7.49 | 7.52 | 11.81 |
| Case | CX130 | 2.56 | 65 | 10.00 | 10.04 | 2.56 | 65 | 10.00 | 10.04 | 15.16 |
| Case | CX135SR | 2.56 | 65 | 10.00 | 10.04 | 2.56 | 65 | 10.00 | 10.04 | 15.16 |
| Case | CX160 | 3.15 | 80 | 11.81 | 11.85 | 3.15 | 80 | 11.81 | 11.85 | 17.12 |
| Case | CX210 | 3.15 | 80 | 12.05 | 12.09 | 3.15 | 80 | 12.05 | 12.09 | 17.71 |
| Case | CX225SR | 3.15 | 80 | 12.05 | 12.09 | 3.15 | 80 | 12.05 | 12.09 | 17.71 |
| Case | CX240 | 3.54 | 90 | 12.80 | 12.83 | 3.54 | 90 | 12.80 | 12.83 | 19.29 |
| Case | CX290 | 3.54 | 90 | 12.80 | 12.83 | 3.54 | 90 | 12.80 | 12.83 | 19.29 |
| Case | CX330 | 3.54 | 90 | 15.76 | 15.79 | 3.54 | 90 | 15.76 | 15.79 | 21.06 |
| Case | CX460 | 3.94 | 100 | 18.87 | 18.90 | 3.94 | 100 | 18.87 | 18.90 | 22.44 |
| Case | CX800 | 5.12 | 130 | 22.69 | 22.72 | 5.12 | 130 | 22.76 | 22.72 | 26.57 |
| Caterpillar | 305CR | 1.58 | 40 | 6.26 | 6.26 | 1.58 | 40 | 6.26 | 6.26 | 9.00 |
| Caterpillar | 307C | 1.77 | 45 | 7.28 | | 1.77 | 45 | 7.28 | | 12.05 |
| Caterpillar | 311C | 2.56 | 65 | 8.66 | 8.70 | 2.56 | 65 | 8.66 | 8.70 | 16.03 |
| Caterpillar | 312B | 2.56 | 65 | 8.66 | 8.70 | 2.56 | 65 | 8.66 | 8.70 | 16.03 |
| Caterpillar | 312C L | 2.56 | 65 | 8.66 | 8.70 | 2.56 | 65 | 8.66 | 8.70 | |
| Caterpillar | 314C LCR | 2.56 | 65 | 8.66 | 8.70 | 2.56 | 65 | 8.66 | 8.70 | 16.03 |
| Caterpillar | 315B & 315B L | 2.76 | 70 | 11.02 | 11.06 | 2.76 | 70 | 11.02 | 11.06 | 18.23 |
| Caterpillar | 315C L | 2.76 | 70 | 11.02 | 11.06 | 2.76 | 70 | 11.02 | 11.06 | 18.23 |