U250178667533

B3896-5910 07/30/2025 8:26 AM Received by California Secretary of State

**STATE OF CALIFORNIA**
*Office of the Secretary of State*
**UCC FINANCING STATEMENT (UCC 1)**
California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 657-5448

# EXHIBIT K

For Office Use Only
**-FILED-**
File No.: U250178667533
Date Filed: 7/30/2025

**Submitter Information:**

| | |
|---|---|
| Contact Name | Tina Pettiford |
| Organization Name | United Corporate Services |
| Phone Number | (212) 683-4120 |
| Email Address | TINA.PETTIFORD@UNITEDCORPORATE.COM |
| Address | 501 7TH AVENUE<br>SUITE 1615<br>NEW YORK, NY 10018 |

**Debtor Information:**

| Debtor Name | Mailing Address |
|---|---|
| LE VECKE CORPORATION | 10810 Inland Ave<br>Jurupa Valley, CA 91752 |
| LEVECKE LLC | 10810 Inland Avenue<br>Jurupa Valley, CA 91752 |
| LEVECKE REAL ESTATE HOLDINGS, LLC | 10810 Inland Avenue<br>Jurupa Valley, CA 91752 |
| LEVECKE WINE, BEER & SPIRITS, LL | 10810 Inland Avenu<br>Jurupa Valley, CA 91752 |
| LEGACY BRANDS, LLC | 10810 Inland Avenue<br>Jurupa Valley, CA 91752 |

**Secured Party Information:**

| Secured Party Name | Mailing Address |
|---|---|
| OrcaFunding | 33 East 33rd Street<br>New York, NY 10016 |

**Indicate how documentation of Collateral is provided:**
Entered as Text

**Description:**
All Accounts and Future Receipts of the Debtor, whether now owned or hereafter acquired, including without limitation: (i) payments made to the Debtor by cash, check, ACH or other electronic transfer, credit card, debit card, bank card, charge card, or other form of monetary payment in the ordinary course of Debtor's business, (ii) receivables, (iii) notes receivable, (iv) letter of credit rights, (v) General Intangibles, (vi) Payment Intangibles, and (vii) all proceeds, products, and replacements of the foregoing. Notice: Pursuant to the agreement between Debtor and Secured Party, Debtor is prohibited from obtaining any financing that impairs the value of the above collateral or Secured Party's right to collect same. In the event that any entity is granted a security interest in the above collateral contrary to the foregoing, the Secured Party asserts a claim to any proceeds thereof received by such entity.

**Indicate if Collateral is held in a Trust or is being administered by a Decedent's Personal Representative:**
Not Applicable

**Select an alternate Financing Statement type:**
Not Applicable

**Select an additional alternate Financing Statement type:**
Not Applicable

U260024453128

B4570-6862 04/07/2026 11:22 AM Received by California Secretary of State

**STATE OF CALIFORNIA**
*Office of the Secretary of State*
**UCC FINANCING STATEMENT AMENDMENT (UCC 3)**
California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 657-5448

For Office Use Only

**-FILED-**

File No.: U260024453128
Date Filed: 4/7/2026

**Submitter Information:**

| | |
|---|---|
| Contact Name | United Corporate Services, Inc. |
| Organization Name | United Corporate Services, Inc. |
| Phone Number | (212) 683-4120 |
| Email Address | nycuccfiling@unitedcorporate.com |
| Address | 501 7TH AVENUE<br>SUITE 1615<br>New York, NY 10018 |

**Amendment Action Information:**

| | |
|---|---|
| Initial Financing Statement File Number | U250178667533 |
| Date Filed | 07/30/2025 |
| Amendment Action | Debtor Amendment |
| Debtor Action | Add Debtor |

**Add Debtor:**

| Debtor Name | Mailing Address |
|---|---|
| LEVECKE BEVERAGE GROUP, LLC | 10810 INLAND AVENUE<br>JURUPA, CA 91752 |

**Name of Secured Party of Record Authorizing This Amendment:**

☐ If this Amendment is authorized by a Debtor, check this box and select the name of the Authorizing Debtor below.

| | |
|---|---|
| Authorizing Secured Party Name | ORCAFUNDING |

**Optional Filer Reference Information:**

**Miscellaneous Information:**