900995476 01/13/2026

EXHIBIT L

# TRADEMARK ASSIGNMENT COVER SHEET

Electronic Version v1.1
Stylesheet Version v1.2

Assignment ID: TMI1528772

| | |
|---|---|
| **SUBMISSION TYPE:** | NEW ASSIGNMENT |
| **NATURE OF CONVEYANCE:** | ASSIGNMENT OF THE ENTIRE INTEREST AND THE GOODWILL |

**CONVEYING PARTY DATA**

| Name | Formerly | Execution Date | Entity Type |
|---|---|---|---|
| Le Vecke Corporation | | 01/07/2026 | Corporation: CALIFORNIA |

**RECEIVING PARTY DATA**

| | |
|---|---|
| **Company Name:** | Levecke Beverage Group, LLC |
| **Street Address:** | 18500 Edison Avenue |
| **City:** | Chesterfield |
| **State/Country:** | MISSOURI |
| **Postal Code:** | 63005 |
| **Entity Type:** | Limited Liability Company: DELAWARE |

**PROPERTY NUMBERS Total: 89**

| Property Type | Number | Word Mark |
|---|---|---|
| **Serial Number:** | 97878545 | LOS CABOS |
| **Serial Number:** | 98595135 | SANT ROYAAL |
| **Serial Number:** | 88045143 | BEAGANS |
| **Serial Number:** | 88443760 | CASA DE CAMACHO |
| **Serial Number:** | 88186716 | CELEBRI |
| **Serial Number:** | 87774735 | CONCIERE |
| **Serial Number:** | 86393230 | BLACK POWDER |
| **Serial Number:** | 88061588 | PAU MAUI |
| **Serial Number:** | 87497327 | VAN DER HAUTE |
| **Serial Number:** | 88607072 | FOR EVERYWHERE YOU DON'T HAVE A MIXOLOGIST |
| **Serial Number:** | 86633077 | MAUI MULE |
| **Serial Number:** | 88607129 | CRAFT SPIRITED COCKTAILS |
| **Serial Number:** | 88751550 | SCHOONER BAY |
| **Serial Number:** | 88733887 | DRINK OF THE DEAD |
| **Serial Number:** | 88751554 | JOSEF HAUPT |
| **Serial Number:** | 88742331 | KENTUCKY WALKER |
| **Serial Number:** | 88756879 | PAU MAUI |
| **Serial Number:** | 88802659 | 10 THIRTY |
| **Serial Number:** | 88802666 | CAFÉ BRAVO |

OP $2240.00 97878545

| Property Type | Number | Word Mark |
|---|---|---|
| Serial Number: | 88607194 | GRAB LIFE BY THE CAN |
| Serial Number: | 88813418 | OLDE POINT |
| Serial Number: | 88045112 | FID ST |
| Serial Number: | 86367868 | PRESTIGE |
| Serial Number: | 88288329 | THREE BIRDS |
| Serial Number: | 88818490 | KRISTA |
| Serial Number: | 88837698 | ZAVAÑO |
| Serial Number: | 88751565 | HIGHLAND CREST |
| Serial Number: | 88756882 | LORD DIXON |
| Serial Number: | 88751558 | SCOTS ROYAL |
| Serial Number: | 88889408 | SOBOLOFF |
| Serial Number: | 88891385 | ARTISAN 49 COLLECTIVE |
| Serial Number: | 88813420 | RON ANTIGUA |
| Serial Number: | 90021125 | LOCA RITA |
| Serial Number: | 88798551 | SPA WATER |
| Serial Number: | 90085740 | BEAGANS 1806 |
| Serial Number: | 88831643 | AUGUSTINA XLIX BRANDY |
| Serial Number: | 90033489 | EARL SETTLER |
| Serial Number: | 90011133 | THE STANDARD 1994 COCKTAILS |
| Serial Number: | 86345809 | OUI |
| Serial Number: | 88233838 | BARTENDER'S BEST |
| Serial Number: | 90286797 | TRÉS DIABLOS |
| Serial Number: | 90316143 | SANTUARIU |
| Serial Number: | 88957636 | CARMEN'S ANTIGUA |
| Serial Number: | 90514448 | MIA PERLA |
| Serial Number: | 87685689 | SOBOLOFF |
| Serial Number: | 90088972 | ESPIRITU ALUMBRES |
| Serial Number: | 87584187 | UNCLE BOB'S WHISKEY 6 |
| Serial Number: | 88756887 | CANADIAN XLIX |
| Serial Number: | 90033485 | DERBY CROWN |
| Serial Number: | 87845616 | 8 NEIGHBORS |
| Serial Number: | 88044420 | SAN BLAS |
| Serial Number: | 97806267 | DOS SANTOS |
| Serial Number: | 97754261 | ROPADOPE |
| Serial Number: | 97569923 | WINTER GLEN |
| Serial Number: | 88226579 | STEDI |
| Serial Number: | 97428494 | MONTAÑA MOMIA |
| Serial Number: | 88186712 | ENVIO PERDIDO |

| Property Type | Number | Word Mark |
|---|---|---|
| Serial Number: | 90146143 | SILVER LOU |
| Serial Number: | 98074052 | HANA BAY |
| Serial Number: | 98151720 | SPIRIT OF MAUI |
| Serial Number: | 98649505 | CONCIERE |
| Serial Number: | 99025608 | FIND YOUR FLOCK |
| Serial Number: | 85441090 | AMERICAN DISTILLING CO. |
| Serial Number: | 86329804 | AMBER SELECT |
| Serial Number: | 86787709 | MAHINA |
| Serial Number: | 85648514 | LA TRADICIÓN |
| Serial Number: | 87584182 | FID STREET |
| Serial Number: | 87389500 | WOODBANK |
| Serial Number: | 87152707 | LEGHORN |
| Serial Number: | 87503639 | LOS CABOS |
| Serial Number: | 87774737 | CORAL COVE |
| Serial Number: | 87513481 | GF CERTIFIED GLUTEN FREE |
| Serial Number: | 85448866 | DEVLIN |
| Serial Number: | 85648511 | DOS SANTOS |
| Serial Number: | 86078239 | UNCLE BOB'S |
| Serial Number: | 86506097 | SANTORO |
| Serial Number: | 86460158 | ENVIOUS |
| Serial Number: | 85357381 | ISLAND 808 |
| Serial Number: | 86271705 | AMERICAN PRIDE |
| Serial Number: | 85697241 | MAUI MOON |
| Serial Number: | 86328021 | EIGHT DEGREES |
| Serial Number: | 85316043 | PANIOLO |
| Serial Number: | 86424257 | BLACK BELL |
| Serial Number: | 85330139 | PAU MAUI |
| Serial Number: | 97753605 | GONE BANANAS |
| Serial Number: | 97754256 | BERRY POWER |
| Serial Number: | 88026697 | MAUI GOLD |
| Serial Number: | 85557985 | THE PROOF IS IN THE BOTTLE |
| Serial Number: | 86891739 | 8° |

**CORRESPONDENCE DATA**

**Fax Number:** 8015366111

***Correspondence will be sent to the e-mail address first; if that is unsuccessful, it will be sent using a fax number, if provided; if that is unsuccessful, it will be sent via US Mail.***

**Phone:** (801)532-1234

**Email:** trademarks@parsonsbehle.com,jlove@parsonsbehle.com

**Correspondent Name:** Jonathan H. Love
**Address Line 1:** 201 South Main Street, Suite 1800
**Address Line 4:** Salt Lake City, UTAH 84111

| | |
|---|---|
| **NAME OF SUBMITTER:** | JULIE OTYSON |
| **SIGNATURE:** | /JULIE OTYSON/ |
| **DATE SIGNED:** | 01/13/2026 |

**Total Attachments: 8**
source=43549_001_LIH - LeVecke - IP Assignment#page1.tiff
source=43549_001_LIH - LeVecke - IP Assignment#page2.tiff
source=43549_001_LIH - LeVecke - IP Assignment#page3.tiff
source=43549_001_LIH - LeVecke - IP Assignment#page4.tiff
source=43549_001_LIH - LeVecke - IP Assignment#page5.tiff
source=43549_001_LIH - LeVecke - IP Assignment#page6.tiff
source=43549_001_LIH - LeVecke - IP Assignment#page7.tiff
source=43549_001_LIH - LeVecke - IP Assignment#page8.tiff

# INTELLECTUAL PROPERTY ASSIGNMENT AGREEMENT

This Intellectual Property Assignment Agreement ("Assignment") is entered into as of January 7, 2026, by and between LeVecke Investment Holdings, LLC, in its capacity as a secured creditor (in such capacity, "Assignor") conducting a foreclosure by public secured party sale pursuant to Section 9-609 *et seq.* of the UCC (as defined below) of Le Vecke Corporation, a California corporation, ("Grantor"), and Levecke Beverage Group, LLC, a Delaware limited liability company (the "Assignee"). Together, Assignor and Assignee may be referred to as the "Parties" or individually as a "Party".

## RECITALS

**WHEREAS**, Assignor and Grantor are parties to that certain Amended and Restated Loan and Security Agreement, dated as of January 31, 2025 (as amended, restated, amended and restated, supplemented and otherwise modified from time to time, the "Loan Agreement");

**WHEREAS**, pursuant to the Loan Agreement, Grantor granted to Assignor liens on and security interests in certain of Grantor's personal property more particularly described in the Loan Agreement (collectively, the "Collateral") to secure its obligations under (i) the Loan Agreement and (ii) as otherwise set forth in the Amended and Restated Intellectual Property Security Agreement, dated January 31, 2025;

**WHEREAS**, the Collateral includes the following (collectively, the "Intellectual Property Collateral"): (i) each trademark, patent and copyright listed on **Exhibit A** attached hereto, (such trademarks, patents and copyrights, the "Trademarks", "Patents" and "Copyrights") together with any reissues, continuations or extensions thereof, any other rights thereto, including rights of authorship with respect to Trademarks, and all of the goodwill of the business connected with the use of, and symbolized by, each Trademark, Patent and Copyright; and (ii) all products and proceeds of the forgoing, including without limitation, any claim by such Grantor against third parties for past, present or future (a) infringement or dilution of any Trademark, Copyright or Patent, or (b) injury to the goodwill associated with any Trademark;

**WHEREAS**, Assignor's security interest in the Collateral that can be perfected by the filing of a UCC-1 financing statement (including, without limitation, the Intellectual Property Collateral) was perfected by Assignor's filing of UCC-1 financing statements, (i) with respect to LeVecke, file nos. U230049790738 and U250107728123 in the Office of the California Secretary of State, and (ii) with respect to LWBS, file nos. 20234880380 and 20250702024 in the Office of the Delaware Secretary of State;

**WHEREAS**, documentation evidencing Assignor's (or its predecessor's) security interest in the Collateral was recorded with the United States Patent and Trademark Office ("USPTO") on August 15, 2023 by Siena Lending Group LLC at Reel 8168 Frame 0913 (on Trademarks), with the United States Copyright Office ("USCO"), as later assigned on July 24, 2025 at Reel 8944 Frame 0424 (on Trademarks), with the USCO;

**WHEREAS**, Grantor defaulted under the terms of the Loan Agreement;

**WHEREAS**, as a result of Grantor's defaults under the terms of the Loan Agreement and pursuant to that certain Secured Party Sale Agreement among Assignor, Assignee, Grantor and certain other parties, dated January 7, 2026 (the "Foreclosure Agreement"), Assignor by public secured party sale contemporaneously foreclosed on, inter alia, the Collateral constituting the Intellectual Property Collateral pursuant to Section 9-609 et seq. of the Uniform Commercial Code in effect in the State of California as of the date thereof (the "UCC") and transferred title thereto to Assignee; and

**WHEREAS**, the Parties desire to enter into this Assignment to further evidence this purchase and assignment by public secured party sale of such Intellectual Property Collateral, and to record this transaction with the USPTO, USCO and any other domestic or foreign intellectual property offices or similar agencies or authorities.

**NOW, THEREFORE,** for good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, the Parties have agreed as follows:

1. Capitalized terms used but not defined herein shall have the meanings provided to such terms in the Foreclosure Agreement or as incorporated therein.

2. Upon the terms and subject to the conditions of the Foreclosure Agreement, (a) Assignor does hereby sell and transfer to Assignee, its successors, assigns, and legal representatives, pursuant to Section 9-609 *et seq.* of the UCC, Grantor's right, title and interest in and to the Intellectual Property Collateral (including, with respect to United States intent-to-use trademark applications, the transfer of Grantor's business, or portion of the business to which such trademarks pertain, and that business is ongoing and existing), free and clear of all Agent Liens (as defined in the Foreclosure Agreement) including discharge of the security interests recorded against the Intellectual Property Collateral, (b) Assignor hereby authorizes and requests the USPTO, USCO, or any domestic or foreign equivalent thereof, to record Assignee as the owner of the Intellectual Property Collateral, and as assignee of the entire right, title and interest in, to and under the same, for the sole use and enjoyment of Assignee, its successors, assigns or other legal representatives, and (c) Assignor hereby agrees further that it will, at Assignee's expense, when requested, execute, deliver and acknowledge such further instruments of conveyance and do and perform all such other acts and things as Assignee may reasonably require to more effectively accomplish the assignment, transfer and recordation thereof of the said Intellectual Property Collateral.

3. This Assignment is subject to and includes by reference all terms and conditions of the Foreclosure Agreement, including all of the representations, warranties, and covenants set forth in the Foreclosure Agreement. Nothing contained in this Assignment shall be deemed to modify, limit, or amend any such rights or obligations of the Parties hereto under the Foreclosure Agreement. In the event of any conflict or inconsistency between the terms and conditions of this Assignment and the Foreclosure Agreement, the terms and conditions of the Foreclosure Agreement shall govern.

4. The laws of the State of California shall govern the interpretation, validity, performance and enforcement of this Assignment. If any provision of this Assignment should be held to be invalid or unenforceable, the validity and enforceability of the remaining provisions of this Assignment shall not be affected thereby. This Assignment may be executed in counterparts, and each such counterpart shall be deemed an original and all such counterparts shall constitute one and the same instrument. This Assignment may be executed by facsimile or other electronic signature, and any such signature shall be of the same force and effect as an original signature.

5. Except for the representations and warranties of Assignor specifically enumerated in Article III of the Foreclosure Agreement, or which are specifically incorporated in Article III of the Foreclosure Agreement by reference, Assignor makes no other representations or warranties. The Transferred Assets are conveyed free and clear of all Agent Liens (as defined in the Foreclosure Agreement), but otherwise are "As Is", "Where Is" and "With All Faults" as of the date hereof. ASSIGNEE ACKNOWLEDGES AND AGREES THAT (A) THERE IS NO WARRANTY FROM ASSIGNOR RELATING TO TITLE, POSSESSION, QUIET ENJOYMENT OR THE LIKE IN THIS DISPOSITION; (B) THE SALE OF THE TRANSFERRED ASSETS HEREUNDER IS WITHOUT RECOURSE TO ASSIGNOR, AND WITHOUT ANY REPRESENTATIONS OR WARRANTIES OF ASSIGNOR, AS TO ITEMS, CONDITION OR QUANTITY OF THE TRANSFERRED ASSETS OR ANY OTHER

MATTERS WHATSOEVER; (C) ASSIGNOR MAKES NO REPRESENTATION AS TO THE VALUE, IF ANY, OF THE TRANSFERRED ASSETS BEING TRANSFERRED HEREBY; (D) ASSIGNOR MAKES NO REPRESENTATION OR WARRANTY CONCERNING THE POSSIBLE INFRINGEMENT OF ANY INTELLECTUAL PROPERTY ARISING OUT OF THE USE BY ASSIGNEE OF ANY OF THE TRANSFERRED ASSETS; (E) ASSIGNOR MAKES NO REPRESENTATIONS OR WARRANTIES, EXPRESS OR IMPLIED, THAT ALL OR ANY PORTION OF THE TRANSFERRED ASSETS ARE MERCHANTABLE (IN THE SENSE OF AN IMPLIED WARRANTY OF MERCHANTABILITY UNDER THE UCC) OR FIT FOR A PARTICULAR PURPOSE; (F) ASSIGNOR MAKES NO REPRESENTATION THAT THE TRANSFERRED ASSETS ARE BEING SOLD FREE AND CLEAR OF LIENS OTHER THAN THE AGENT LIENS (AS DEFINED IN THE FORECLOSURE AGREEMENT); (G) ASSIGNOR MAKES NO REPRESENTATION AS TO ANY GRANTOR'S TITLE TO ANY OF THE TRANSFERRED ASSETS; AND (H) THE SOLE REPRESENTATIONS AND WARRANTIES OF ASSIGNOR REGARDING THE TRANSFERRED ASSETS ARE THOSE SPECIFICALLY PROVIDED IN, AND THOSE SPECIFICALLY INCORPORATED BY REFERENCE IN, ARTICLE III OF THE FORECLOSURE AGREEMENT. Assignor represents, and Assignee acknowledges, that Seller cannot transfer or convey title to property that the Grantor does not own or that is not subject to the liens created pursuant to the Loan Agreement.

[*The remainder of this page is intentionally left blank; signature pages follow.*]

**IN WITNESS WHEREOF**, the Parties have executed this Assignment as of the date set forth above.

**ASSIGNOR:**

**LEVECKE INVESTMENT HOLDINGS, LLC,**
in its capacity as secured creditor of LE VECKE CORPORATION, a California corporation, conducting a foreclosure by public secured party sale pursuant to Section 9-610 et seq. of the UCC

By: Sean Miller
Name: Sean Miller
Title: Member

**ASSIGNEE:**

**LEVECKE BEVERAGE GROUP, LLC,**
a Delaware limited liability company

By: ____________________
Name: Seth Bailey
Title: Director

**IP ASSIGNMENT**

**SIGNATURE PAGE**

**ACKNOWLEDGED:**

**GRANTOR:**

**LE VECKE CORPORATION,**
as Grantor

Signed by:
By: Joseph R. LeVecke
915604499EF3471
Name: Joseph R. LeVecke
Title: President

**IP ASSIGNMENT**

**SIGNATURE PAGE**

# EXHIBIT A

**Patents and Patent Licenses:**

None.

**Trademarks:**

| Trademark | Country | Serial Number |
|---|---|---|
| LOS CABOS | USA | 97878545 |
| SANT ROYAAL | USA | 98595135 |
| BEAGANS | USA | 88045143 |
| CASA DE CAMACHO | USA | 88443760 |
| CELEBRI | USA | 88186716 |
| CONCIERE | USA | 87774735 |
| BLACK POWDER | USA | 86393230 |
| PAU MAUI | USA | 88061588 |
| VAN DER HAUTE | USA | 87497327 |
| FOR EVERYWHERE YOU DON'T HAVE A N | USA | 88607072 |
| MAUI MULE | USA | 86633077 |
| CRAFT SPIRITED COCKTAILS | USA | 88607129 |
| SCHOONER BAY | USA | 88751550 |
| DRINK OF THE DEAD | USA | 88733887 |
| JOSEF HAUPT | USA | 88751554 |
| KENTUCKY WALKER | USA | 88742331 |
| PAU MAUI | USA | 88756879 |
| 10 THIRTY | USA | 88802659 |
| CAFÉ BRAVO | USA | 88802666 |
| GRAB LIFE BY THE CAN | USA | 88607194 |
| OLDE POINT | USA | 88813418 |
| FID ST | USA | 88045112 |
| PRESTIGE | USA | 86367868 |
| THREE BIRDS | USA | 88288329 |
| KRISTA | USA | 88818490 |
| ZAVAÑO | USA | 88837698 |
| HIGHLAND CREST | USA | 88751565 |
| LORD DIXON | USA | 88756882 |
| SCOTS ROYAL | USA | 88751558 |
| SOBOLOFF | USA | 88889408 |
| ARTISAN 49 COLLECTIVE | USA | 88891385 |
| RON ANTIGUA | USA | 88813420 |
| LOCA RITA | USA | 90021125 |
| SPA WATER | USA | 88798551 |
| BEAGAN'S 1806 | USA | 90085740 |
| AUGUSTINA XLIX BRANDY | USA | 88831643 |
| EARL SETTLER | USA | 90033489 |
| THE STANDARD 1994 COCKTAILS | USA | 90011133 |
| OUI | USA | 86345809 |
| BARTENDER'S BEST | USA | 88233838 |
| TRÉS DIABLOS | USA | 90286797 |
| SANTUARIU | USA | 90316143 |
| CARMEN'S ANTIGUA | USA | 88957636 |
| MIA PERLA | USA | 90514448 |

4920-3738-8924

| | | |
|---|---|---|
| SOBOLOFF | USA | 87685689 |
| ESPIRITU ALUMBRES | USA | 90088972 |
| UNCLE BOB'S WHISKEY 6 | USA | 87584187 |
| CANADIAN XLIX | USA | 88756887 |
| DERBY CROWN | USA | 90033485 |
| 8 NEIGHBORS | USA | 87845616 |
| SAN BLAS | USA | 88044420 |
| DOS SANTOS | USA | 97806267 |
| ROPADOPE | USA | 97754261 |
| WINTER GLEN | USA | 97569923 |
| STEDI | USA | 88226579 |
| MONTANA MOMIA | USA | 97428494 |
| ENVIO PERDIDO | USA | 88186712 |
| SILVER LOU | USA | 90146143 |
| HANA BAY | USA | 98074052 |
| SPIRIT OF MAUI | USA | 98151720 |
| CONCIERE | USA | 98649505 |
| FIND YOUR FLOCK | USA | 99025608 |
| AMERICAN DISTILLING CO. | USA | 85441090 |
| AMBER SELECT | USA | 86329804 |
| MAHINA | USA | 86787709 |
| LA TRADICIÓN | USA | 85648514 |
| FID STREET | USA | 87584182 |
| WOODBANK | USA | 87389500 |
| LEGHORN | USA | 87152707 |
| LOS CABOS | USA | 87503639 |
| CORAL COVE | USA | 87774737 |
| CERTIFIED GLUTEN FREE GF | USA | 87513481 |
| DEVLIN | USA | 85448866 |
| DOS SANTOS | USA | 85648511 |
| UNCLE BOB'S | USA | 86078239 |
| SANTORO | USA | 86506097 |
| ENVIOUS | USA | 86460158 |
| ISLAND 808 | USA | 85357381 |
| AMERICAN PRIDE | USA | 86271705 |
| MAUI MOON | USA | 85697241 |
| EIGHT DEGREES | USA | 86328021 |
| PANIOLO | USA | 85316043 |
| BLACK BELL | USA | 86424257 |
| PAU MAUI | USA | 85330139 |
| GONE BANANAS | USA | 97753605 |
| BERRY POWER | USA | 97754256 |
| MAUI GOLD | USA | 88026697 |
| THE PROOF IS IN THE BOTTLE | USA | 85557985 |
| 8° | USA | 86891739 |
| Beagan's | Mexico | 1930898 |

4920-3738-8924

| | | |
|---|---|---|
| Beagans 1806 | Canada | 1,208,395 |
| Conciere | Canada | 1,984,266 |
| Conciere | Mexico | 2085450 |
| Conciere | Colombia | Pending |
| Devlin | Canada | 1,928,652 |
| Devlin | Mexico | 2021751 |
| Fid Street | Mexico | 1641003 |
| Mahina | Mexico | 1640767 |
| Paniolo | Japan | 1,276,041 |
| Pau Maui | Australia | 1276040 |
| Pau Maui | Canada | 1,002,312 |
| Pau Maui | Japan | 1,276,040 |
| Pau Maui | Mexico | 2261966 |
| Pau Maui | Philippines | 1,276,040 |
| Pau Maui | Taiwan | 1914892 |
| Three Birds | Australia | 2191401 |
| Three Birds | Korea | 1548425 |
| Three Birds | Mexico | 2329327 |
| UNCLE BOB'S | Australia | 1777273 |
| UNCLE BOB'S | Canada | 1,002,308 |
| UNCLE BOB'S | Japan | 1,272,488 |
| UNCLE BOB'S | Mexico | 1750793 |
| UNCLE BOB'S | Philippines | 1,272,488 |
| UNCLE BOB'S | Taiwan | 1902044 |

**Copyright and Copyright Licenses:**

None.

An official website of the United States government Here's how you know



Trademark search



**Please read**

**Use our new image search feature:** Log into your USPTO.gov account and select "Image search" from the drop-down or select the camera icon in the search box. Learn more on our Trademark search system updates page.

Try our new beta feature to see more info when you open results On

Owner levecke

– Status filter

- [x] Live 90
- [x] Registered
- [ ] Pending
- [ ] Dead 0
- [ ] Cancelled
- [ ] Abandoned

– Class filter

Coordinated

001 002 003 004 005 006 007 008 009 010 011 012 013 014 015 016 017 018 019 020 021 022 023 024 025 026 027 028 029 030 031 032 033 034 035 036 037 038 039 040 041 042 043 044 045 A B 200

+ Sort

– Configure

- [x] Show image

Reset

**90 results** for levecke

Export

| Result | Image | Wordmark | Class | Serial | Status |
|---|---|---|---|---|---|
| 51 | SANTUARIU | SANTUARIU | 033 | 90316143 | LIVE REGISTERED |
| 52 | MAUI MULE | MAUI MULE | 033 | 86633077 | LIVE REGISTERED |
| 53 | MAUI MOON | MAUI MOON | 033 | 85697241 | LIVE REGISTERED |
| 54 | AMERICAN PRIDE | AMERICAN PRIDE | 033 | 86271705 | LIVE REGISTERED |
| 55 | BLACK POWDER | BLACK POWDER | 033 | 86393230 | LIVE REGISTERED |
| 56 | ENVIOUS | ENVIOUS | 033 | 86460158 | LIVE REGISTERED |
| 57 | SANTORO | SANTORO | 033 | 86506097 | LIVE REGISTERED |
| 58 | MAHINA | MAHINA | 033 | 86787709 | LIVE REGISTERED |
| 59 | SAN BLAS | SAN BLAS | 033 | 88044420 | LIVE REGISTERED |
| 60 | ENVIO PERDIDO | ENVIO PERDIDO | 033 | 88186712 | LIVE REGISTERED |
| 61 | HIGHLAND CREST | HIGHLAND CREST | 033 | 88751565 | LIVE REGISTERED |
| 62 | PAU MAUI | PAU MAUI | 021 | 88756879 | LIVE REGISTERED |
| 63 | LORD DIXON | LORD DIXON | 033 | 88756882 | LIVE REGISTERED |
| 64 | CANADIAN XLIX | CANADIAN XLIX | 033 | 88756887 | LIVE REGISTERED |
| 65 | ZAVAÑO | ZAVAÑO | 033 | 88837698 | LIVE REGISTERED |
| 66 | DERBY CROWN | DERBY CROWN | 033 | 90033485 | LIVE REGISTERED |
| 67 | EARL SETTLER | EARL SETTLER | 033 | 90033489 | LIVE REGISTERED |
| 68 | LOS CABOS | LOS CABOS | 033 | 97878545 | LIVE REGISTERED |
| 69 | HANA BAY | HANA BAY | 033 | 98074052 | LIVE REGISTERED |

Feedback

| | | | | | | |
|---|---|---|---|---|---|---|
| 70 | SANT ROYAAL | SANT ROYAAL | 033 | 98595135 | LIVE | REGISTERED |
| 71 | PANIOLO | PANIOLO | 033 | 85316043 | LIVE | REGISTERED |
| 72 | [illegible] | AMERICAN DISTILLING CO. | 033 | 85441090 | LIVE | REGISTERED |
| 73 | [illegible] | THE PROOF IS IN THE BOTTLE | 032, 033 | 85557985 | LIVE | REGISTERED |
| 74 | SOBOLOFF | SOBOLOFF | 033 | 87685689 | LIVE | REGISTERED |
| 75 | MAUI GOLD | MAUI GOLD | 025 | 88026697 | LIVE | REGISTERED |
| 76 | FID ST | FID ST | 033 | 88045112 | LIVE | REGISTERED |
| 77 | 10 THIRTY | 10 THIRTY | 033 | 88802659 | LIVE | REGISTERED |
| 78 | OLDE POINT | OLDE POINT | 033 | 88813418 | LIVE | REGISTERED |
| 79 | SOBOLOFF | SOBOLOFF | 033 | 88889408 | LIVE | REGISTERED |
| 80 | [illegible] | ARTISAN 49 COLLECTIVE | 035 | 88891385 | LIVE | REGISTERED |
| 81 | SILVER LOU | SILVER LOU | 033 | 90146143 | LIVE | REGISTERED |
| 82 | [illegible] | TRÉS DIABLOS | 033 | 90286797 | LIVE | REGISTERED |
| 83 | MIA PERLA | MIA PERLA | 033 | 90514448 | LIVE | REGISTERED |
| 84 | [illegible] | MONTAÑA MOMIA | 033 | 97428494 | LIVE | REGISTERED |
| 85 | ROPADOPE | ROPADOPE | 033 | 97754261 | LIVE | REGISTERED |
| 86 | [illegible] | SPIRIT OF MAUI | 025 | 98151720 | LIVE | REGISTERED |
| 87 | [illegible] | BEAGANS 1806 | 033 | 90085740 | LIVE | REGISTERED |
| 88 | [illegible] | CRAFT SPIRITED COCKTAILS | 033 | 88607129 | LIVE | REGISTERED |
| 89 | [illegible] | SCHOONER BAY | 033 | 88751550 | LIVE | REGISTERED |
| 90 | PAU MAUI | PAU MAUI | 033 | 85330139 | LIVE | REGISTERED |

|< < Page 2 of 2 > >|


## Receive updates from the USPTO

Enter your email to subscribe or update your preferences

your@email.com **Subscribe**

About the USPTO · Search for patents · Search for trademarks

US Department of Commerce
Accessibility
Privacy Policy
Terms of Use